UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10286-PBS

UNITED STATES OF AMERICA

v.

MICHAEL W. ALCOTT

## FURTHER ORDER ON EXCLUDABLE TIME

December 6, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

December 6, 2004 through January 7, 2005

that being the period between the Initial Status Conference and the Interim Status

Conference.

Based upon the prior order of the court dated October 14, 2004, and this order,

at the time of the Interim Status Conference on January 7, 2005 there will be zero (0)

days of non-excludable time under the Speedy Trial Act, and seventy (70) days will

remain under the Speedy Trial Act in which this case must be tried.

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge