UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10286-PBS

UNITED STATES OF AMERICA

v.

MICHAEL W. ALCOTT

## FURTHER ORDER ON EXCLUDABLE TIME

January 7, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 7, 2005 through March 8, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated October 14, 2004, December 6, 2004 and this order, at the time of the Final Status Conference on March 8, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge