UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| MICHAEL W. ALCOTT, | ) |  |
| Defendant | ) |  |
|  | ) |  |

**JOINT STATUS REPORT**
**CONCERNING LOCAL RULE 116.5(C)**

The parties file this status report in connection with the final status conference of the

above-captioned matter scheduled for March 8, 2005:

1.  The United States is not aware of any outstanding discovery issues not yet
    presented or resolved by the Court.

2.  The United States does not anticipate providing any additional discovery as a
    result of future receipt of information, documents, or reports of examinations or
    tests.  The United States will promptly inform the defendant if its intentions
    change in this regard.

3.  The United States is not aware that the defendant intends to raise a defense of
    insanity or public authority.

4.  The United States hereby requests a notice of alibi by the defendant.

5.  The United States is unaware of any intention on the part of the defendant to file
    motions to sever, dismiss, or suppress, or any other motion requiring a ruling by
    the District Court.

6.  The defendant has stated to the United States that he intends to schedule a change
    of plea hearing upon referral to the District Court.

7.  The court has already excluded the following time under the Speedy Trial Act:

    •   October 14, 2004 (the date of the defendant's initial
        appearance) through December 6, 2004 (the date of the
        initial status conference).

- December 6, 2004 (the date of the initial status conference) through January 7, 2005 (the date of the interim status conference).

- January 7, 2005 (the date of the interim status conference) through March 8, 2005 (the date of the final status conference).

Once the matter is referred to the District Court for a change of plea hearing, the United States will seek to have the time between the final status conference and the plea hearing excluded under the Speedy Trial Act.

8.      The parties do not anticipate a trial, but should the matter need to be resolved via trial, the government anticipates a trial would last five trial days.

Respectfully submitted,

MICHAEL W. ALCOTT          MICHAEL J. SULLIVAN
Defendant                          United States Attorney


                                   **/s/ Jack W. Pirozzolo**
**/s/Peter Muse**                       Jack W. Pirozzolo
Peter Muse                         Assistant U.S. Attorney
Muse & Muse                        U.S. Attorney's Office
15 Foster Street                   U.S. Courthouse, Suite 9200
Quincy, MA 02169                   1 Courthouse Way
Counsel for Michael W. Alcott      Boston, MA 02210

Date: March 8, 2005


## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on March 8, 2005, I served a copy of the foregoing document by facsimile on counsel for the defendant.

                                   **/s/ Jack W. Pirozzolo**
                                   Jack W. Pirozzolo