UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10286-PBS

UNITED STATES OF AMERICA

v.

MICHAEL W. ALCOTT

**FINAL STATUS REPORT**

March 8, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, March 8, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. It is likely that the defendant will enter a plea. However, no plea agreement has been finalized.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated October 14, 2004, December 6, 2004 and January 7, 2005, as of the time of the Final Status Conference on March 8, 2005 there were zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered a further order on excludable time excluding the period March 8, 2005 through March 28, 2005 to allow the parties additional time to resolve this matter.

5. No trial is anticipated. However, the parties estimate that if the case goes to trial, the trial will last approximately five (5) days.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge