UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10286-PBS

UNITED STATES OF AMERICA

v.

MICHAEL W. ALCOTT

## FURTHER ORDER ON EXCLUDABLE TIME

March 8, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 8, 2005 through March 28, 2005

that being the period following the Final Status Conference to allow the parties time to resolve this matter.

Based upon the prior orders of the court dated October 14, 2004, December 6, 2004, January 7, 2005 and this order, as of March 28, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge