UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10286-PBS

v.

MICHAEL ALCOTT

### NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                                     April 5, 2005

The Rule 11 Hearing previously scheduled for April 11, 2005, has been **rescheduled** to **April 28, 2005, at 4:00 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc