UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL W. ALCOTT, | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY**

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

March 28, 2005 (the date through which the court has previously excluded) through April 28, 2005 (the date the court has set for a plea hearing).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with his expected plea. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                                  **/s/ Jack W. Pirozzolo**
                                                  Jack W. Pirozzolo
                                                  Assistant U.S. Attorney
                                                  U.S. Attorney's Office
                                                  1 Courthouse Way
                                                  Boston, MA 02210

Date: April 8, 2005

## **CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on April 8, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

## **CERTIFICATE OF CONFERENCE**

I, Jack W. Pirozzolo, hereby certify that I conferred with Peter Muse, counsel for defendant Michael Alcott, who stated that he assents to the motion.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo