UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-10286-PBS |
| v. | ) |
| | ) |
| | ) |
| MICHAEL W. ALCOTT, | ) |
| Defendant | ) |

## ORDER

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from March 28, 2005 through April 28, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Honorable Patti B. Saris
U.S. District Judge

Dated: April 12, 2005