

# MASSACHUSETTS GENERAL HOSPITAL CANCER CENTER
55 Fruit Street
Boston, MA 02114

Peter Muse, Esquire
15 Foster Street
Quincy, MA 02169




April 21, 2005

Attorney Muse,

I am writing you in regards to my patient, Michael W. Alcott. Mr. Alcott was presented to me in March of 2004. At that time I diagnosed him as having "Advanced Stage Prostate Cancer". Mr. Alcott's original diagnosis included a staging level of N2 and a Gleason score of 7-8. To sum it up Mr. Alcott's cancer was not contained to the Prostate gland and it was found to be in 1 of 3 pelvic lymph nodes that we biopsied, he was given a 30% survival rate over a period of 5 years.

Determining Mr. Alcott's treatment regimen was a challenge, as he had a previous Testicular cancer and had previously undergone several weeks of "Direct beam radiation", which resulted in much scar tissue. So, "Direct beam radiation", which would have been our first choice was not possible. On 4/13/04 we performed an "Ultrasound-guided brachytherapy" on Mr. Alcott (this entailed implanting 119 radioactive seeds in and around the Prostate gland). It was also decided to put Mr. Alcott through a bi-weekly chemotherapy regimen and twice weekly "Direct beam radiation" (this being an experimental study here at MGH where we believe that we can hyper activate the implanted seeds). The chemotherapy and radiation regimens were prescribed for a period of 1 year, or until the patient could no longer tolerate them.

We are now at the 1-year mark and unfortunately the news is not good. Mr. Alcott has suffered several setbacks. As a result of the treatment regimens and cancer attacking his immune system Mr. Alcott's white blood cell count has gone dangerously low and he has suffered two bouts of pneumonia; the first in November 2004 and the second in March of 2005. During these times we were forced to discontinue treatment. At this time not only has Mr. Alcott shown only limited progress with the original tumor, but also on 4/8/05 we confirmed the existence of two metastases on Mr. Alcott's pelvic bone. Thus Mr. Alcott is now suffering from "Advanced Stage Prostate Cancer" and "Secondary Bone Cancer".

We will be starting a much more aggressive treatment protocol on 4/25/05, which will include the use of "Proton beam radiation (The Northeast Proton Therapy Center at MGH is only one of two such centers in the U.S. Proton beam therapy enables radiologists to target a tumor precisely with a high dose of radiation with minimal damage to surrounding tissue and vital structures), chemotherapy, and biological therapy. Sadly Mr. Alcott's current prognosis is a 0% survival rate beyond 2 years, thus most of the above treatment is palliative. It is my personal opinion that introducing any further stress into Mr. Alcott's life will only serve to lessen the amount of quality time that he has left.

The Claire & John Bertucci Center for Genitourinary Cancers

On a personal note I would like to end by saying that I have a great deal of respect for Mr. Alcott and his family. I am aware of his legal problems, however today I do not see a man capable of being dishonest, immoral or dangerous to anyone. I find Mr. Alcott to be an extraordinary individual who is always giving of himself; to his family, other patients and the staff here at MGH. I found myself and other staff members to be visibly shaken by Mr. Alcott's recent setback; he is a likable, upbeat, spiritual, family oriented man of great character and humility.

If I may be of any further assistance please call me.

Sincerely,

Anthony L. Zietman, MD
Professor of Radiation Oncology, Harvard Medical School
Associate Director of Radiation Oncology
Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114
(617) 499-4836