ATTORNEY ASSIGNMENT REQUEST

Defendant:_Michael Alcott_____   Case & Defendant Number__04-CR-10286-PBS_____

Date of Appointment:__May 9, 2005_____   Appointed by:__Saris, D.J._____

Attorney Withdrawn__Peter Muse_____   Date of Withdrawal__May 9, 2005_____

Reason for Withdrawal_____irreconcilable differences_____

Number of Counts___3_____

Charge(s) and Cite(s)__(1) 18 USC Section 1344 Bank Fraud.   (2&3)18 USC Section 1014 False Statements.

Indictment__X_____        Information_____   Probation Revocation_____

Number of Defendants____1_____

Judge Code__0129_____

Special Instructions:__Appointment of CJA Counsel for purpose of a Plea_____

_____

_____

_____

_____

_____/s/ Robert C. Alba_____
                    Deputy Clerk

Dated___May 9, 2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION**
 **MUST ACCOMPANY THIS FORM**
**SUBMIT A COPY FOR DOCKETING**

**Alcott Attorney Assignment Form.wpd**

[attyreq.;kattyreq.]