UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10286-PBS |
| ) | |
| v. ) | |
| ) | |
| MICHAEL W. ALCOTT, ) | |
| Defendant ) | |

## MOTION TO UNSEAL RECORD

The United States hereby moves to unseal the April 28, 2005 hearing in this matter along with the letter submitted by the defendant purporting to be from Dr. Anthony L. Zeitman of Massachusetts General Hospital. The court had originally ordered it sealed because it purported to refer to the Defendant's medical condition. Because that letter is a fabrication, there is no further reason that it remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210

Date: May 9, 2005