UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                      Action No. 1:04-cr-10286 PBS

v.

MICHAEL ALCOTT,
     Defendant.

## CONSENT TO DETENTION

N O W  C O M E S defendant, Michael Alcott, by his counsel, and consents to his continued pre-trial detention pursuant to 18 USC §3142.  Counsel has spoken to Mr. Alcott today and on earlier occasions, and Mr. Alcott consents to his continued pre-trial detention and waives hearing on Monday, May 16, 2005.

    Dated this 11th day of May, 2005 at Boston, Massachusetts.

/s./ *Kevin Barron*

_____
Kevin Lawrence Barron, Mass BBO 550712
Counsel to MICHAEL ALCOTT, Defendant
453 Washington Street - 5th Floor
Boston, Massachusetts 02111-1325
Telephone No. 617-482-6368
Facsimile No. 617-517-7711
Cellular No. 617-407-6837
Electronic Mail:  k@lawyerbarron.com

ELECTRONIC FILING