UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                        CRIMINAL ACTION
                        NO.   04-10286-PBS

v.

MICHAEL ALCOTT

## NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                                        May 11, 2005

      The Revocation Hearing previously scheduled for May 16, 2005, has been **rescheduled** to a **Pretrial Conference** on **June 1, 2005, at 4:00 p.m.**

                                                      By the Court,

                                                      _/s/ Robert C. Alba_
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc