UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10286-PBS |
| v. | |
| MICHAEL ALCOTT | |

### NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          May 23, 2005

At the request of counsel, the Pretrial Conference previously scheduled for June 1, 2005, has been **rescheduled** to  **June 10, 2005, at 3:45 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc