UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
| v. | ) | |
| MICHAEL W. ALCOTT,<br>　　　Defendant | ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

April 28, 2005 (the date through which the court has previously excluded) through July 20, 2005 (the date the court has now set for a plea hearing).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with his expected plea. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　**/s/ Jack W. Pirozzolo**
　　　　　　　　　　　　　　　　　　Jack W. Pirozzolo
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　1 Courthouse Way
　　　　　　　　　　　　　　　　　　Boston, MA 02210

Date: June 13, 2005

**CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on June 13, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                                    **/s/ Jack W. Pirozzolo**
                                                    Jack W. Pirozzolo

**CERTIFICATE OF CONFERENCE**

    I, Jack W. Pirozzolo, hereby certify that I conferred with Kevin Barron, counsel for defendant Michael Alcott, who stated that he assents to the motion.

                                                    **/s/ Jack W. Pirozzolo**
                                                    Jack W. Pirozzolo