UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL W. ALCOTT, | ) |  |
| Defendant | ) |  |

## ORDER

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from April 28, 2005 through July 20, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Honorable Patti B. Saris
U.S. District Judge

Dated: