Waiver of Indictment

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 7-20-05
By _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-CR-10286-PBS |
| | ) |
| MICHAEL W. ALCOTT | ) |

### WAIVER OF INDICTMENT

I, MICHAEL W. ALCOTT, the above-named defendant, who is accused of violations of 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1014 (false statements), and 18 U.S.C. § 1952 (Travel Act) being advised of the nature of the charge(s), the proposed superseding information, and my rights, hereby waive in open court on ___July 20, 2005___ prosecution by indictment and consent that

*(Date)*

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer