UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.   04-10286-PBS

v.

MICHAEL ALCOTT

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                              October 12, 2005

     At the request of U.S. Probation, the Sentencing previously scheduled for November 22, 2005, has been **rescheduled** to **December 20, 2005, at 3:00 p.m.**

                                         By the Court,

                                         _/s/ Robert C. Alba_
                                         Deputy Clerk

Copies to:  All Counsel

resched.ntc