UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES of AMERICA,

Action No. 1:04-cr-10286 PBS

v.

MICHAEL W. ALCOTT,
Defendant.


MOTION TO FILE EXCESS PAGES


N O W   C O M E S defendant, Michael W. Alcott, and moves, respectfully, for an

order permitting defendant to exceed the page limit for briefs imposed by the

Local Rules.  LR 7.1(b)(4) reads in pertinent part as follows:  "*Length of*

*Memoranda.* Memoranda supporting or opposing allowance of motions shall not,

without leave of court, exceed twenty (20) pages, double-spaced."  Counsel

believes that granting this motion will serve the interests of justice.  Mr. Alcott's

case presents a complex fact pattern and much new law has evolved since the

Supreme Court decided *United States v. Booker*, 125 S. Ct. 738, 748-50 (2005).  See,

e.g., *United States v. Jiminez-Beltre*, No.  05-1268 (1 Cir., March 8, 2006)(Boudin, CJ,

for the majority, holding that Guidelines not presumptively reasonable, with

concurrences and Lipez, J., dissenting).  Counsel believes that a limit of thirty-

five double-spaced pages would be sufficient.  AUSA Jack Pirozzolo does not

oppose this motion.

Dated this 8th day of March, 2006 at Boston, Massachusetts.

/s./      *Kevin L. Barron*

Kevin Lawrence Barron, Mass BBO 550712
Counsel to MICHAEL ALCOTT, Defendant
453 Washington Street - 5th Floor
Boston, Massachusetts 02111-1325
Telephone No. 617-482-6368
Facsimile No. 617-517-7711
Cellular No. 617-407-6837
Electronic Mail:  k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Jack Pirozzolo, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 8, 2006.  No party requires service by mail.

/s./ *Kevin L. Barron*

Kevin Lawrence Barron BBO550712

2