UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
| v. | ) | |
| MICHAEL W. ALCOTT,<br>Defendant | ) | |

### UNITED STATES' MOTION FOR UPWARD DEPARTURE

The United States hereby moves, pursuant to United States Sentencing Guidelines § 5K2.0, for a departure upward of one level from the otherwise calculated guidelines range for the defendant in this action. As grounds for this motion, the United States says that a departure of one level is warranted based on the defendant's use of his teenage son in an attempt to dispose of evidence of the defendant's obstruction of justice and other wrongful conduct. Grounds for this motion are further set forth in Section D of the Sentencing Memorandum of the United States submitted simultaneously herewith.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney


    **/s/ Jack W. Pirozzolo**
    Jack W. Pirozzolo
    Assistant U.S. Attorney
    U.S. Attorney's Office
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA 02210

Date: March 16, 2006

**CERTIFICATE OF SERVICE**

  I, Jack W. Pirozzolo, hereby certify that on March 16, 2006, I served a copy of the foregoing document via electronic filing on counsel for the defendant.

                 **/s/ Jack W. Pirozzolo**
                 Jack W. Pirozzolo

**CERTIFICATE OF CONFERENCE**

  I, Jack W. Pirozzolo, hereby certify that on March 16, 2006, I conferred with counsel for the defendant on the foregoing motion and he stated that he opposes the motion.

                 **/s/ Jack W. Pirozzolo**
                 Jack W. Pirozzolo