March 8, 2006

Hon. Patti B. Saris
U.S. District Court
1 courthouse Way
Boston, MA  02210

RE: U.S. v Michael Alcott # 1:04-CR-10286

Dear Judge Saris:

I am writing to request leniency in the sentencing of my husband Michael Alcott.

As Michael's wife of 8 years, I have a very hard time reconciling the wonderful father, loving, romantic husband and spiritual, caring friend with the man who has admitted committing these outrageous and unbelievable crimes.  I can only begin to put the 2 personalities together when I look at his past and remember that Michael comes from an abusive, alcoholic family with extreme mental Illness. I truly believe that Michael's bizarre criminal behavior is a combination of unresolved childhood traumas as well as an undiagnosed and untreated mental illness rather than a criminal mind that wants to deceive and hurt.

Michael was raised by 2 alcoholic parents.  His grandfather committed suicide by hanging, leaving his wife in a psychiatric hospital and Michael's mother an only child. Although Michael excelled in sports as a child and did well academically in Junior High, things began to fall apart for him after he was molested by a catholic priest, and lost his scholarship to BC high in his sophomore year of  High school. These events eventually led to drugs and alcohol and years of destructive behavior for Michael.

When I met Michael he was clean and sober and doing very well working for a recruiting firm.  He wanted nothing more than to stay sober, support a family and raise children.  He regularly attended AA meetings and belonged to a spiritual group.  However his company found out about his criminal past and was ready to fire him so he moved to a competitor.  After quickly moving up the ranks to Vice President in a very short time, he was fired when someone alerted the company of his criminal past. Michael was devastated because he so wanted to work and do well.  We both felt his only hope for a future was if he worked for himself.  Michael worked very hard to open his company and was desperate for it to thrive because in his eyes it was his only option of making a living and supporting a family.

Michael deserves to serve some time in prison for the crimes he committed and as retribution to the people he has deceived and hurt.  However I truly believe that with medication and therapy Michael's time would be better served in the community where he could work, support his children emotionally and financially, and possibly even begin to repay some of his debt.

Thank you


Mary P. Alcott