# JINCY PUBLIC SCHOOLS
## REPORT CARD

ATLANTIC JUNIOR HIGH SCHOOL  
96 HOLLIS AVE  
328-4084  
ARNOLD A. RUBIN, PRINCIPAL

SCHOOL YEAR: 74/75

ALCOTT MICHAEL W  
57 ESSEX ST  
QUINCY  MASS. 02171   126426    GRADE 8   HOMEROOM 111

| TEACHER | SUBJECT | DIPLOMA POINT VALUE | 1st QUARTER Level/Grade | Q.P. | 2nd QUARTER Level/Grade | Q.P. | 3rd QUARTER Level/Grade | Q.P. | 4th QUARTER Level/Grade | Q.P. |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVA | PHYSICAL EDUCAT | | S B | 3.00 | S A | 3.00 | S B | 2.50 | | |
| HARRINGTON | LANGUAGE ARTS | | (H) B | 3.00 | (H) B | 4.00 | (H) B | 3.00 | | |
| HARHI | MATHEMATICS | | (A) | | (H) A | | S A | 3.50 | | |
| ARUFI | SOCIAL SCIENCE | | S A | 3.50 | S C | 1.50 | (A) | | | |
| TORTORA | SCIENCE | | B | 3.00 | B | 3.00 | B | 3.50 | | |
| EMMENS | ART | | | | | | | | | |
| CLANCY | MUSIC | | | | | | | | | |
| MCWEENY | INDUSTRIAL ARTS | | | | | | | | | |

HIGH HONORS    HIGH HONORS    HONORS

|  | 1 | 2 | 3 | 4 |  | 1 | 2 | 3 | 4 |  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS ABSENT | 3 | 13 | | | TIMES TARDY | | | | | TIMES DISMISSED | | 1 | | |
| | | | | | CONDUCT OFFICE | | | | | CONDUCT CLASS | | | | | EFFORT |

ATTENDANCE TOTALS AS OF 03/27/75



QUINCY SCHOOLS DATA PROCESSING  
STUDENT COPY

# QUINCY PUBLIC SCHOOLS
## REPORT CARD

ATLANTIC JUNIOR HIGH SCHOOL  
HOLLIS AVENUE  479-4084  
SCHOOL YEAR 73/74  
ARNOLD A. RUBIN, PRINCIPAL

ALCOTT MICHAEL W  
126426  GRADE 7  HOMEROOM 101

| TEACHER | SUBJECT | DIPLOMA POINT VALUE | 1st QUARTER Level/Grade | Q.P. | 2nd QUARTER Level/Grade | Q.P. | 3rd QUARTER Level/Grade | Q.P. | 4th QUARTER Level/Grade | Q.P. | FINAL GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OLIVA | PHYS EDUCATION | | S | | S | | S | | S A | | A |
| IBRANI | ENGLISH-ART | | A | 3.30 | A | 4.00 | A | 2.50 | A 3 | 3.25 | A |
| | MATHEMATICS | | A | 4.50 | A | 4.00 | A | 3.00 | A 4 | | A |
| PETERSON | SOCIAL STUDIES | | H A | 4.00 | H B | 3.00 | H B | 2.00 | B 3 | | B |
| | SCIENCE | | S B | 2.50 | S C | | S C | | C | | C |
| | ART | | S | | S | | S | | S | | |
| | MUSIC | | S | | S | | S | | S | | |
| | INDUSTRIAL ARTS | | S | | S | | S | | S | | |

1st Qtr: HIGH HONORS  
2nd Qtr: HONORS  
3rd Qtr: HONORS  
4th Qtr: HIGH HONORS

ATTENDANCE TOTALS AS OF 6/20/74  
DAYS ABSENT  
TIMES TARDY  
TIMES DISMISSED

CONDUCT OFFICE · CONDUCT CLASS · EFFORT

QUINCY SCHOOLS DATA PROCESSING CENTER  
STUDENT COPY

# QUINCY PUBLIC SCHOOLS
## REPORT CARD

ATLANTIC JUNIOR HIGH SCHOOL  SCHOOL YEAR '74/75
86 HOLLIS AVE  328-4084
ARNOLD A. RUBIN, PRINCIPAL

ALCOTT, MICHAEL W
59 ESSEX ST
QUINCY  MASS 02171  126426 GRADE 8

STUDENT COPY
QUINCY SCHOOLS DATA PROCESSING CENT

| TEACHER | SUBJECT | DIPLOMA POINT VALUE | 1st QUARTER Level | Grade | Q.P. | 2nd QUARTER Level | Grade | Q.P. | 3rd QUARTER Level | Grade | Q.P. | 4th QUARTER Level | Grade | Q.P. | FINAL GRADE | HOME ROOM Q.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OLIVA | PHYSICAL EDUCAT | | | S | | | S | A | | | | | | | | | |
| HARRINGTON | LANGUAGE ARTS | | H | B | 3.00 | H | B | 3.00 | | | | | | | | | |
| KARHU | MATHEMATICS | | H | B | 3.00 | H | B | 4.00 | | | | | | | | | |
| GARUFI | SOCIAL SCIENCE | | S | A | | S | C | 1.50 | | | | | | | | | |
| TORTORA | SCIENCE | | H | B | 3.50 | H | B | 3.00 | | | | | | | | | |
| LEMMENS | ART | | | S | | | S | A | | | | | | | | | |
| CLANCY | MUSIC | | | S | 3.50 | | S | A | | | | | | | | | |
| MCWEENY | INDUSTRIAL ARTS | | | | | | | | | | | | | | | | |

13.- / 11.50

Honor Roll

ATTENDANCE TOTALS AS OF 01/24/75

| DAYS ABSENT | TIMES TARDY | TIMES DISMISSED | CONDUCT OFFICE | CONDUCT CLASS | EFFORT |
|---|---|---|---|---|---|
| 13 | | 1 | | | |

## QUINCY SECONDARY SCHOOLS GRADING SYSTEM

**Explanation of Letter Grades**

A - Excellent, B - Good, C - Fair, D - Poor but passing, F - Failure, I - Incomplete, S - Satisfactory, U - Unsatisfactory, M - Medical, Excused. In those schools where classes are arranged according to ability groupings, these are ranked as: 1) Advanced, 2) Honors, 3) Standard and 4) Basic.

Quality points are earned according to the student's subject grade, ability group and diploma points. (See specific tables below which are based upon five (5) diploma point subjects. Subjects carrying more or less than a 5 D.P. value are given proportionate quality point scores).

### JUNIOR HIGH SCHOOLS

| GRADE | ABILITY GROUPING (LEVEL) | | | |
|---|---|---|---|---|
| | ADVANCED | HONORS | STANDARD | BASIC |
| A | 4.5 | 4.0 | 3.5 | 3.0 |
| B | 3.5 | 3.0 | 2.5 | 2.0 |
| C | 2.5 | 2.0 | 1.5 | 1.0 |
| D | 1.5 | 1.0 | 0.5 | 0.0 |
| F | 0.5 | .0 | .0 | .0 |

### SENIOR HIGH SCHOOLS

| GRADE | ABILITY GROUPING (LEVEL) | | | |
|---|---|---|---|---|
| | ADVANCED | HONORS | STANDARD | BASIC |
| 95 | 10.0 | 8.0 | 6.0 | 4.0 |
| 90 | 8.75 | 7.0 | 5.25 | 3.5 |
| 85 | 7.50 | 6.0 | 4.5 | 3.0 |
| 80 | 6.25 | 5.0 | 3.75 | 2.5 |
| 75 | 5.0 | 4.0 | 3.0 | 2.0 |
| 70 | 3.75 | 3.0 | 2.25 | 1.5 |
| 65 | 2.5 | 2.0 | 1.5 | 1.0 |

### HONOR ROLL REQUIREMENTS

1. High - An average of 3.5 Quality Points.
2. Honors - An average of 2.5 Quality Points.

A D or F or a U in office conduct is not acceptable even if quality point requirements are met.

Rank in class is based on the total quality points earned by the student for the current quarter(s) and those earned in previous years starting with grade 10.

### HONOR ROLL REQUIREMENTS

I. THERE ARE THREE HONOR ROLLS. THE STATUS OF EACH IS DETERMINED AS FOLLOWS:

DISTINCTION — All grades must be 90 or higher.

HIGH HONORS — One 80 or 85 grade and all other grades 90 or higher.

HONORS — One 70 or 75 grade and all other grades 80 or higher.

II. Students must carry a minimum course load of 3 major subjects to be considered for honor rolls. A major subject is defined as one which carries five or more diploma points per year or 2½ or more per semester.

III. A student who receives an incomplete grade is not eligible for consideration in the honor roll while the incomplete grade remains unresolved.

IV. A U in office conduct will render a student ineligible for the honor roll.

Thursday, January 10, 1974 Quincy Sun Page 13

# NORTH QUINCY

## 297 On Atlantic Junior Honor Roll

Atlantic Junior High School reports 297 students on the first-quarter honor roll. They are:

### HIGH HONORS
**Grade 7**

Michael W. Alcott
Theresa M. Barkas
Alicia K. Burns
Ann T. Carroll
Joan Cavanagh
William E. Clapp
Kevin Cobban
Kathleen M. Connolly
Michele B. Constantineau
Michael J. Crowley
Donnamae D'Angelo
Cynthia A. Duggan
Marie P. Flaherty
Diane M. Graham
Ellen J. Granara
Matthew Hemphill
Joseph J. Kovalchik
Kim M. Kowilcik
Cheryl M. Lineman
Amy Long
Deborah J. Mathieson
Patricia McKeogh
Wendy A. McLean
Karen F. Melanson
Elizabeth L. Murphy
Asha K. Sherring
J. R. Soddeck
Gary L. Stack
Frank N. Strauss
Marilyn J. Tabak
Thomas R. Vella
Linda M. Wilkins
Ann L. Woodward
Mary J. Zakrewski

### HONORS
**Grade 7**

David S. Allman
Cheryl A. Attridge
Catherine M. Bent
Patricia M. Brown
Thomas P. Bulger
Laurene M. Burke
Dianne L. Burrows
Eileen M. Butts
Theresa A. Camillo
Steven M. Cavanaugh
Anne F. Clark
John P. Conley
Colleen J. Connors
John Conroy
Susan H. Estabrooks
Margarheeta C. Fatseas
Scott A. Fitzgerald
James B. Flaherty
Richard W. Forrest
David M. Gallagher
Valerie J. Grande
David W. Hanlon
William B. Harrow
Deralla L. Hart
Glenn J. Healy
Donna M. Heffernan
Charles M. Hill
Beverly J. Josselyn
Jean M. King
Theodore K. Koberski
Mark A. Leary
Julie Lyons
James F. Mackiewicz
Christine M. MacLaughlin
Carole A. MacPherson
Michael F. Mariano
Robert W. Matthes
Timothy J. McCluskey
Stephen P. McCormack
Joseph W. McDonald
John T. McFadden
Robert M. McGrath
Diane E. Mignosa
William P. Murphy
Madeline J. Naddaff
James Nee
Paul Nestor
David E. Newton
Nancy L. Nolan
Bernadette O'Brien
Karen M. O'Brien
Marie Anne A. Ostby
Paul J. Ouellette
Susan P. Oxner
Doreen M. Pinkham
Kathleen Player
Sandra L. Pontes
Lynda L. Riddle
Geraldine Ridge
Lydia Robinson
Mark W. Rooney
Lorraine M. Russell
Debra L. Sanderson
Jocelyn Santos
Nancy E. Senter
Nancy M. Shea
James L. Conboy
Susan Cooper
Karen M. Daly
Robert H. Doyle
Denise Duchainey
Bernadette M. Feeney
Kathryn M. Forrest
Diana M. Hidalgo
Anne F. Hogan
Susan E. Ivey
Elizabeth Johnson
Marina Koutoukis
Nancy A. Maloney
Clare J. McDonald
Bayani P. Montoya
Francis Morreale
Jean M. Moynihan
Nadine L. Naddaff
Adam N. Nagy
James P. Nazzaro
Ann M. O'Malley
Eileen A. O'Sullivan
Joni Marie Panaro
Kyriaki [Sandra] Pesiridis
Karen P. Pike
Cheryl Polom
Robert A. Reed
Donna M. Shaw
Margaret R. Shea
Maureen E. Sullivan
Patricia A. Symonds
Bruce G. Taymor
Marisa Tortolini
Carol A. White

### HONORS
**Grade 8**

Linda M. Adams
Joshua W. Alberti
Debra M. Alessi
Debra P. Allen
Stephen J. Anastas
Gary L. Anderson
Edwin J. Beck
Rose Ann F. Befera
Christine M. Burns
Robert F. Burns
Bridget E. Bush
Anne E. Butler
David L. Carr
James W. Carroll
Dorothy M. Caulfield
Dorothy A. Cellini
Russell W. Chisholm
Joanne Cochrane
Michael R. Colby
Gail E. Colclough
Nora May Foley
Susan M. Fournier
Linda M. French
Vincent Furlong
Anne C. Gallagher
Theodor Georgaklis
Lisa Gethin
Philip L. Golden
Elizabeth M. Gori
Christopher P. Gorman
Kathleen M. Goslin
Catherine C. Greene
Deborah A. Grenier

Maureen Griffin
John P. Hagerty
Lynda M. Hanna
James C. Hanrahan
Thomas F. Heavey
Donna M. Jackson
Sean W. Jago
Ann Joyce
Kerry A. Kennedy
Patricia A. Largey
James G. Larkin
Diana L. Laurence
Helena F. Lawlor
Julie Long
Craig P. Lowe
John R. Lydon
Margaret A. Lydon
William F. MacDonald
Maureen MacKay
Charles A. MacMillan
Cheryl L. Maffie
David W. Marland
Cherie A. Martinelli
Marie L. McCarthy
Michael J. McCormack
Robert J. McDonald
Kevin J. McGue
Colleen M. McGuire
Thomas P. McKenna
Maryanne McRae
Clarisa M. Melton
Mary R. Misite
Tagumpay P. Montoya
Linda M. Morin
Kathleen T. Morrissey
Dennis J. Morton
Adam D. Mujica
Kathleen A. Mullaney
Barbara L. Murray
Helen M. Nee
Patricia A. O'Brien
Dennis O'Keefe
Claire C. O'Neil