# Boston College High School
150 Morrissey Boulevard
Boston, MA 02125-3391
617-436-3900

March 7, 2002

Dear Members of the BC High Community:

As you are aware, allegations of inappropriate conduct have been raised against three Jesuits while they were teachers at BC High more than 20 years ago. In our initial examination, we have found no allegation reported to school officials with regard to these teachers during the periods that they served at BC High. We will continue to work with authorities in a forthright manner to ensure that these allegations are pursued.

Rev. James Talbot, S.J. was a teacher and soccer coach at BC High from 1972 to 1980, at which time he was assigned by the Jesuit Provincial to Cheverus High School in Portland, Maine. Rev. Frank McManus, S.J. was a teacher at BC High in the early 1980s, after which he was transferred by the Provincial to another ministry. Most recently we received an allegation from 20 or more years ago from the *Boston Globe* regarding Rev. Stephen Dawber, S.J. Fr. Dawber worked in the high school as a teacher and administrator in the 1970s. Following that he was assigned by the Provincial to other schools before returning to BC High in 1991 as a teacher and Jesuit community minister. Given the fact that Father Dawber was teaching when these allegations arose, we have suspended him from the school pending the outcome of the investigation.

We have a proud 139 year history and this has not changed. BC High continues to be a dynamic and vibrant community where young men are educated to do all things for the *Greater Glory of God*. We have an incredible school today and a proud history. We owe it to the proud history of BC High to face these allegations squarely and work to bring healing and closure to this situation.

We are working with our students, alumni, faculty and staff to address these allegations and the many emotions that this incident has evoked. We have policies and processes in place to deal with any alleged misconduct in a prompt and professional manner. I can assure you that we seek to be a resource for people at this difficult time and provide an opportunity to begin the healing process.

Finally, I ask you to join me in praying for our alumni, students, faculty and staff, the Jesuits and our entire school community. In asking God's help, we ask that He be especially present to all those who are suffering in the wake of past and recent events.

Sincerely,

William J. Kemeza
Principal

# SECONDARY SCHOOL RECORD—TRANSCRIPT

## STUDENT INFORMATION

**Last Name / First Name / Middle Name:** ALCOTT, MICHAEL W.

**Home Address / City / State / Zip:** 57 Essex St., Quincy, Mass. 02171

**Parent or Guardian:** Mr. & Mrs. George R. Alcott

**Previous Secondary School Attended (if any):** Boston College High School

**Date of Birth:** 4/5/61  **Sex:** M

☒ Was or Will Be Graduated  **Month Year:** June, 1979

## SCHOOL INFORMATION

**School Name:** NORTH QUINCY HIGH SCHOOL
**School Address:** 316 Hancock St., N. Quincy, Mass. 02171
**School Accredited By:** ☒ Reg. Accred. Assoc.
**School Phone Number:** 786-8746
**Non-Public:** ☒
**Enrollment in Grades 9–12:** 34.8
**Percent Graduates Entering College:** 4 Yr. Col. — ; 2 Yr. Col. 22; and Other

**Passing Mark:** 65%  **Honors Mark:** 80

**Lowest Numerical Equivalent:** 90 A | 80 B | 70 C | 65 D

## CLASS RECORD
Include Subjects Failed or Repeated

| YEAR | SUBJECTS | IDENTIFY LAB TV SEMINAR SUMMER | IDENTIFY HONORS ACCEL AD. PL. ETC. | 1ST SEM | 2ND SEM | CRED OR UNIT | STATE EXAM SCORES |
|---|---|---|---|---|---|---|---|
| 9 | English | | | | C+ | | |
|   | Algebra 1 | | | | A | | |
|   | Earth Science | | | | C+ | | |
|   | Social Studies | | | | D+ | | |
|   | French 1 | | | | D+ | | |
| 1975 | | | | | | | |
| 1976 | | | | | | | |
| 10 | English | | | | 65 | | |
|   | CM2S | | | | 80 | | |
|   | French | | | | 70 | | |
|   | Health ED | | | | 95 | | |
| 1976 | Phy Ed 2 | | | | 70 | | |
| 1977 | | | | | | | |
| 11 | * English – American Literature | | | | 75 | | |
|   | * English – College Writing | | | | 80 | | |
|   | Algebra 2S | | | | 85 | | |
|   | Chemistry | | | | 55 | | |
|   | U.S. History | | | | 60 | | |
| 1977 | College Typing | | | | 80 | | |
| 1978 | Data Processing | | | | 75 | | |
|   | Physical Education 1 | | | | 80 | | |
| 12 | General English | | | | 90 | | |
|   | Trigonometry | | | | 60 | | |
|   | Computer Language | | H | | 85 | | |
|   | College Accounting 1 | | H | | 90 | | |
|   | Foods and Nutrition 1 | | | | 75 | | |
| 1978 | Law and Social Responsibility | | | | 75 | | |
| 1979 | Project LINC ** | | | | 90 | | |
|   | Physical Education | | | | 55 | | |

**Learning In The Community** – Selected seniors have the opportunity to explore a career idea through an intensive practical experience. Both college and non-college bound students are chosen by application and interview to intern full time during the second semester at a site selected to meet individual needs, interests and abilities.

**RANK IN CLASS** BASED ON 6 SEMESTERS
☒ EXACTLY   ☐ APPROX.   IN CLASS OF 379
**FINAL RANK** 339

Check Appropriate Rank Information
☒ ALL SUBJECTS GIVEN CREDIT   ☒ ALL STUDENTS
☐ MAJOR SUBJECTS ONLY   ☐ COLL. PREP. STUDENTS ONLY

Explain Weighting of Marks in Determining Rank

* 1/2 year courses
95 highest rank attainable.

**OUTSTANDING ACTIVITIES, HONORS, AWARDS**
Track – 9,10    Soccer – 12
Football – 9,10,11
Hockey – 9,10
Student Council – 9,10
Year Book – 11,12
Spirit Committee – 12
Ski Club

## TEST RECORD

| DATE | NAME OF TEST | RAW OR STD. SCORE | PERCENTILE SCORE | NORM GROUP | DATE |
|---|---|---|---|---|---|

**LAST:** ALCOTT  **FIRST:** MICHAE  **M.I.** W  **GRADE:** 11  **TEST DATE:** MAY 7
SAT SUBSCORES
VERBAL 35  MATH 54  Read. 31  Voc. 38  TSWE 47  ACH 1  ACH 2  ACH 3
COLLEGE BOARD ADMISSIONS TESTING PROGRAM

**LAST:** ALCOTT  **FIRST:** MICHAE  **M.I.** W  **GRADE:** 12  **TEST DATE:** NOV 78
SAT SUBSCORES
VERBAL 40  MATH 55  Read. 37  Voc. 44  TSWE 47  ACH 1  ACH 2  ACH 3
COLLEGE BOARD ADMISSIONS TESTING PROGRAM

**Date / Signature / Title:** Principal

T/SD 64

REPRESENTATIVES OF AACRAO, ACAC, ASCA AND NASSP HAVE COOPERATED IN THE DEVELOPMENT OF THIS FORM.
COPYRIGHT, 1964, BY THE NATIONAL ASSOCIATION OF SECONDARY SCHOOL PRINCIPALS, 1904 ASSOCIATION DRIVE, RESTON, VIRGINIA 22091, ALL RIGHTS RESERVED.

# SECONDARY SCHOOL RECORD—TRANSCRIPT

**SOC. SEC. NO.**  **CEEB — 220180**

## STUDENT INFORMATION

| Last Name | First Name | Middle Name |
|---|---|---|
| ALCOTT | Michael | W. |

| Home Address | City | State | Zip |
|---|---|---|---|
| 57 Essex Street | Quincy, | Massachusetts | 02171 |

**Parent or Guardian:** Mr. & Mrs. George Alcott

**Previous Secondary School Attended (if any):** _____ **Date Left:** _____

| Date of Birth | Sex | | |
|---|---|---|---|
| April 5, 1961 | M | [X] Withdrew  [ ] Was or Will Be Graduated | Month/Year: April 1977 |

## SCHOOL INFORMATION

**School Name:** BOSTON COLLEGE HIGH SCHOOL
**School Address:** DORCHESTER, MASS. 02125
**School Accredited By:** [ ] State System  [X] Reg. Accred. Assoc.
**School Phone Number:** 617-436-3900

| | NON-PUBLIC | PUBLIC | Enrollment in Grades | Percent Graduates Entering College |
|---|---|---|---|---|
| | [ ] | [X] | 1100+ in 9–12 | 98  4 Yr. Col. | 2  2 Yr. Col. and Other |

| Passing Mark | Honors Mark (if any) | LOWEST NUMERICAL EQUIVALENT |||
|---|---|---|---|---|
| | | A | B | C | D |
| D (1.0) | B (3.0) | 4.0 | 3.0 | 2.0 | 1.0 |

## CLASS RECORD
*Include Subjects Failed or Repeated*

| YEAR | SUBJECTS | IDENTIFY LAB TV SEMINAR SUMMER | IDENTIFY HONORS ACCEL AD. PL. ETC. | MARKS 1ST SEM. | MARKS FINAL OR 2ND SEM. | CRED UNIT | STATE EXAM SCORES |
|---|---|---|---|---|---|---|---|
| 9 | ENGLISH I | | | | C+ | 1 | |
| | ALGEBRA I | | | | A | 1 | |
| | EARTH SCIENCE | | | | C+ | 1 | |
| | SOCIAL STUDIES | | | | D+ | 1 | |
| | French I | | | | D+ | 1 | |
| 19 75 | | | | | | | |
| 19 76 | | | | | 3rd Qt. | | |
| 10 | ENGLISH II | | | | E | | |
| | GEOMETRY | | | | B | | |
| | French II | | | | E | | |
| | Latin I | 1 Sem | | | E | | |
| | U.S. History Inquiry | | | | D | | |
| 19 76 | | | | | | | |
| 19 77 | | | | | | | |
| 11 | ENGLISH III | | | | | | |
| | ALG. II/TRIG. | | | | | | |
| 19 ___ | | | | | | | |
| 19 ___ | | | | | | | |
| 12 | ENGLISH IV | | | | | | |
| 19 ___ | | | | | | | |
| 19 ___ | | | | | | | |

### EXPLANATION OF HONORS COURSES

B. C. High is a Jesuit college preparatory school founded in 1863. The spacious campus is located on the shores of Dorchester Bay and contains four modern buildings. Admission is by examination. Classes are grouped both heterogeneously and homogeneously. Roman Catholic students must complete seven semesters of religious education before graduation.

**RANK IN CLASS** _____ **BASED ON** _____ **SEMESTERS**

[X] EXACTLY   [ ] APPROX. _____ IN CLASS OF _____

**FINAL RANK** _____

*Check Appropriate Rank Information*

[X] ALL SUBJECTS GIVEN CREDIT   [ ] ALL STUDENTS
[ ] MAJOR SUBJECTS ONLY   [ ] COLL. PREP. STUDENTS ONLY

*Explain Weighting of Marks in Determining Rank*

Final grades in all courses determine class rank.

Marking scale: A = 4.0; B+ = 3.5; B = 3.0; C+ = 2.5; C = 2.0; D+ = 1.5; D = 1.0. NOTE: E (0.0) and F (−1.0) are failing marks.

For averaging purposes, those in Honors (H) courses are given a premium of 0.5; those in Advanced Placement (AP) and College Level (CL) courses are given a 1.0 premium. The number of classes per week is also reflected in the weighted average.

### OUTSTANDING ACTIVITIES, HONORS, AWARDS

| | | | | |
|---|---|---|---|---|
| 9: | 227 | OF 286 | CUM. AVE. | 2.274 |
| 10: | | OF | CUM. AVE. | |
| 11: | | OF | CUM. AVE. | |
| 12: | | OF | CUM. AVE. | |

10 : 248 of 271 – 1.828 3rd Quarter

## TEST RECORD

| DATE | NAME OF TEST | RAW OR STD. SCORE | PERCENTILE SCORE | NORM GROUP | DATE | NAME OF TEST | RAW OR STD. SCORE | PERCENTILE SCORE | NORM GROUP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CEEB — Achievement | | | |
| | PSAT | V    M | | | | | | | |
| | NMSQT Selection Score | | | | | | | | |
| | CEEB — SAT (Junior Year) | V    M | | | | | | | |
| | CEEB — SAT | V    M | | | | | | | |

**Date:** APR 3 2002   **Signature:** Bro. Donald J. Murray SJ   **Title:** Registrar

REPRESENTATIVES OF AACRAO, ACAC, ASCA AND NASSP HAVE C... THE DEVELOPMENT OF THIS FORM.   T/SD 64
COPYRIGHT, 1964, BY THE NATIONAL ASSOCIATION OF SECONDARY SCHOOL PRINCIPALS,   ION DRIVE, RESTON, VIRGINIA 22091, ALL RIGHTS RESERVED.