# ACADEMIC RECORD

**BENTLEY COLLEGE**
WALTHAM, MASS. 02154

PHYSICAL EDUCATION
☐ FULFILLED   ☐ TRANSFER
☐ VETERAN    ☐ WAIVED

ADDRESS CHANGE

AWARDED (Date)
CERTIFICATE _____
ASSOCIATE _____
BACHELORS _____

**GRADING SYSTEM**

| GRADE | VALUE |
|---|---|
| 4.0 | 95-100 |
| 3.7 | 90-94 |
| 3.3 | 87-89 |
| 3.0 | 83-86 |
| 2.7 | 80-82 |
| 2.3 | 77-79 |
| 2.0 | 73-76 |
| 1.7 | 70-72 |
| 1.3 | 67-69 |
| 1.0 | 63-66 |
| 0.7 | 60-62 |
| F | BELOW 60 |

INCOMPLETE
"I" WITHDRAWAL BEFORE TWO-THIRDS
"W" COLLEGE WITHDRAWAL AFTER TWO-THIRDS
QUALITY POINTS OBTAINED BY MULTIPLYING GRADE BY SEMESTER HOURS OF CREDIT COURSE CARRIES

SOC. SEC. NUMBER: 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
HIGH SCHOOL GRADUATION: _____
BIRTH DATE: 4/5/61
☒ MALE  ☐ FEMALE  ☐ PARENT  ☐ GUARDIAN
MIDDLE NAME: W.
FIRST NAME: MICHAEL
LAST NAME: ALCOTT
ADDRESS: 57 Essex Street
CITY: Quincy
STATE: M.  ZIP CODE: 02171

| Course | ATT'D CRED | GRADE | QUAL. PTS. |
|---|---|---|---|
| **SUMMER SEMESTER 78-79** | | | |
| GO100E AMERICAN GOVT | 3 | F | 0.0 |
| QA111E PRE-CALCULUS | 3 | 2.3 | 6.9 |
| SEMESTER TOTALS | 6 | 1.2 | 6.9 |
| **FALL SEMESTER 79-80** | | | |
| AC111E PRINC OF ACCTG I | 3 | I | 0.0 |
| SEMESTER TOTALS | 3 | 0.0 | 0.0 |
| **SPRING SEMESTER 79-80** | | | |
| AC111E PRINC OF ACCTG I | 3 | I | 0.0 |
| SEMESTER TOTALS | 3 | 0.0 | 0.0 |
| **FALL SEMESTER 80-81** | | | |
| AC111E PRINC OF ACCTG I | 3 | 2.7 | 8.1 |
| AC112E PRINC OF ACCTG I | 3 | I | 0.0 |
| LA201E BUSINESS LAW I | 3 | I | 0.0 |
| SEMESTER TOTALS | 9 | 0.9 | 8.1 |

_Patricia A. Rogers_ 2/1/02
RECORDER          DATE

*DEAN'S LIST
TRANSCRIPT NOT OFFICIAL WITHOUT COLLEGE SEAL
ENTITLED TO HONORABLE DISMISSAL UNLESS OTHERWISE STATED.
PAGE ___

## ACADEMIC RECORD
**BENTLEY COLLEGE**
WALTHAM, MASS. 02154

AWARDED (Date) _____

**GRADING SYSTEM**

| GRADE | VALUE |
|---|---|
| 4.0 | 95-100 |
| 3.7 | 90-94 |
| 3.3 | 87-89 |
| 3.0 | 83-86 |
| 2.7 | 80-82 |
| 2.3 | 77-79 |
| 2.0 | 73-76 |
| 1.7 | 70-72 |
| 1.3 | 67-69 |
| 1.0 | 63-66 |
| 0.7 | 60-62 |
| F | BELOW 60 |

INCOMPLETE
* WITHDRAWAL BEFORE TWO-THIRDS
\* COLLEGE WITHDRAWAL AFTER TWO-THIRDS

QUALITY POINTS OBTAINED BY MULTIPLYING GRADE BY SEMESTER HOURS OF CREDIT COURSE CARRIES

SOC. SEC. NUMBER: 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
BIRTH DATE: 4/5/61
SEX: MALE
LAST NAME: ALCOTT
FIRST NAME: MICHAEL
MIDDLE NAME: W.
ADDRESS: 57 Essex Street
CITY: Quincy
STATE/ZIP CODE: Ma 02171

| Course | ATT'D CRED | GRADE | QUAL. PTS |
|---|---|---|---|
| **SUMMER SEMESTER 78-79** | | | |
| GO100F AMERICAN GOVT | 3 | F | 0.0 |
| MA111F PRE-CALCULUS | 3 | 2.3 | 6.9 |
| SEMESTER TOTALS | 6 | 1.4 | 6.9 |
| **FALL SEMESTER 79-80** | | | |
| AC111E PRINC OF ACCTG I | 3 | I | 0.0 |
| SEMESTER TOTALS | 3 | 0.0 | 0.0 |
| **SPRING SEMESTER 79-80** | | | |
| AC111E PRINC OF ACCTG I | 3 | I | 0.0 |
| SEMESTER TOTALS | 3 | 0.0 | 0.0 |
| **FALL SEMESTER 80-81** | | | |
| AC111E PRINC OF ACCTG I | 3 | 2.7 | 8.1 |
| AC112E PRINC OF ACCTG II | 3 | I | 0.0 |
| LA201E BUSINESS LAW I | 3 | I | 0.0 |
| SEMESTER TOTALS | 9 | 0.9 | 8.1 |

*Patricia A. Rogers* 4/3/02
RECORDER / DATE

*DEAN'S LIST
TRANSCRIPT NOT OFFICIAL WITHOUT COLLEGE SEAL
ENTITLED TO HONORABLE DISMISSAL UNLESS OTHERWISE STATED.
PAGE 1

**AC**

EVENING DIVISION  
BENTLEY COLLEGE  
DEGREE REQUIREMENT SUMMARY  
*Summer 1979*

NA ALCOTT           MICHAEL W  
AD 033481704

BACHELOR OF SCIENCE - ACCOUNTING

CLASS/ 1   MAJOR/ AC  
STUDENT SOC. SEC. # 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

| GRADE | | GRADE | |
|---|---|---|---|
| (2.7) | AC 111 Principles of Accounting I | (_._) | AC 112 Principles of Accounting II |
| (_._) | EN 181 English Composition I | (_._) | EN 182 English Composition II |
| (_._) | *HI 111 Perspectives of History | (_._) | *HI - any "200" level history course |
| (2.3) | QA 110 or 111 Pre-Calculus | (_._) | QA 120 or 121 Introduction to Calculus |
| (_._) | GO 100 American Government | (_._) | Social Science Elective |
| (_._) | AC 211 Intermediate Accounting I | (_._) | AC 212 Intermediate Accounting II |
| (_._) | *EN ___ Literature I | (_._) | *EN ___ Literature II |
| (_._) | EC 101 Principles of Economics I | (_._) | EC 102 Principles of Economics II |
| (_._) | EC 201 The Financial System | (_._) | OA 241 Statistics |
| (_._) | PH 101 Problems of Philosophy | (_._)** | CS 121 Intro. to Computers |

***----------------The AS/Accounting Degree requires the courses listed above----------------***

| | | | |
|---|---|---|---|
| (_._) | AC 311 Cost Accounting I | (_._) | AC 312 Cost Accounting II |
| (_._) | AC 320 Advanced Accounting | (_._) | AC 340 Acctg. Info. Systems |
| Fio (2._) | LA 201 Business Law I | (_._) | LA 202 Business Law II |
| (_._)** | CS 122 Computer Applications in Business | (_._) | Unrestricted Elective |
| (_._) | *SC_____ I | (_._) | *SC_____ II |
| (_._) | AC 351 Income Taxes | (_._) | AC 371 Auditing |
| (_._) | MG 301 Management Planning & Control OR MG 140 | (_._) | MG 160 Marketing |
| (_._) | Humanities Elective | (_._) | Business Related Elective |
| (_._) | Quant. Anal. or Science Elec. | (_._) | Unrestricted Elective |
| (_._) | Unrestricted Elective | (_._) | Unrestricted Elective |

TC = Transfer Credit, PC = Proficiency Credit  
*SEE SEQUENCE OPTIONS AND ELECTIVE GUIDELINES ON REVERSE SIDE  
**CS 121 Intro. to Computers - formerly  
    CS 130 Intro. to Programming  
 CS 122 Computer Applications in Business - formerly  
    CS 211 Automated Business Systems

Laws governing educational requirements for issuance of a CPA certificate vary from state to state. The accounting curriculum has been designed to meet requirements of most states <u>if</u> a student selects <u>elective</u> courses <u>carefully</u>. A student desiring certification in a state other than Massachusetts should contact that state for the latest requirements.

Total Course Credits_____

Evaluated by_____ on_____

Matriculation Date_____  
Declaration/Change Major Date _____

DTB/jp - 6/80

*Patricia A. Rogers*

**BENTLEY COLLEGE**
WALTHAM, MASS. 02154

| | | NAME | | SS NUMBER |
|---|---|---|---|---|
| | ALCOTT, | MICHAEL | W. | 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 |

| RANK ORDER | | | DATE | | MAJOR SEMESTER | | | MAJOR CUMULATIVE | | | OVERALL SEMESTER | | | OVERALL CUMULATIVE | | | CUM PF CREDITS | CUM DEGREE CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | YEAR | TERM | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | | |
| JUNIOR | | 1 | 79-80 | F | P | 794 | | | | | 3 | 0.0 | 0.0 | 9 | 6.9 | 0.8 | | 1( 1) |
| CERTIFICATE | | 2 | 79-80 | SP | P | 794 | | | | | 3 | 0.0 | 0.0 | 9 | 6.9 | 0.8 | | 1( 1) |
| | | | 80-81 | F | P | 794 | | | | | 9 | 9.1 | 0.9 | 15 | 15.0 | 1.0 | | 1( 2) |
| ASSOCIATE | | 3 | | | | | | | | | | | | | | | | |
| BACHELOR | | 4 | | | | | | | | | | | | | | | | |
| | | 5 | | | | | | | | | | | | | | | | |
| | | 6 | | | | | | | | | | | | | | | | |
| PLACED ON PROBATION | REMOVED FROM PROBATION | 7 | | | | | | | | | | | | | | | | |
| | | 8 | | | | | | | | | | | | | | | | |
| | | 9 | | | | | | | | | | | | | | | | |
| | | 10 | | | | | | | | | | | | | | | | |
| | | 11 | | | | | | | | | | | | | | | | |
| | | 12 | | | | | | | | | | | | | | | | |
| | | 13 | | | | | | | | | | | | | | | | |
| | | 14 | | | | | | | | | | | | | | | | |
| GRADUATION ELIGIBILITY APPROVED: (DATE) | | 15 | | | | | | | | | | | | | | | | |
| CERTIFICATE | | 16 | | | | | | | | | | | | | | | | |
| ASSOCIATE | | 17 | | | | | | | | | | | | | | | | |
| | | 18 | | | | | | | | | | | | | | | | |
| BACHELORS | | 19 | | | | | | | | | | | | | | | | |
| | | 20 | | | | | | | | | | | | | | | | |

*Patricia A. Rogers*

**ACADEMIC RECORD**
**BENTLEY COLLEGE**
WALTHAM, MASS.

LAST NAME: ALCOTT,
FIRST NAME: MICHAEL
MIDDLE INITIAL: W.
SOC. SEC. NUMBER: 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
BIRTH DATE: 4/5/61
SEX: [X] MALE
ADDRESS: 57 Essex Street
HIGH SCHOOL – COL. GRADUATION

SPECIAL NOTES: G510 1*2/16/2916

| DATE | | MAJOR | | | | | OVERALL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SEMESTER | | | CUMULATIVE | | | SEMESTER | | | CUMULATIVE | | |
| YEAR | SEM | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | ATT'D CREDITS | QUALITY POINTS | AVE. | CUM PF CREDITS | CUM DEGREE CREDITS | TRANSCRIPT SENT DATE | TO |
| 78-79 | 8U | | | | | | | 6 | 6.9 | 1.2 | 6 | 6.9 | 1.2 | 1(1) | | |

Patricia A. Rogers