

# GREENBERG TRAURIG
ATTORNEYS AT LAW

December 5, 2002

Mr. Michael Alcott
Four Jason Lane
Scituate, MA 02066

Re: <u>Claim Against Society of Jesus, B.C. High School, Fr. James Talbot</u>

FOR PROFESSIONAL SERVICES RENDERED;

| | |
|---|---:|
| Total Settlement Amount | $300,000.00 |
| Less: Contingent Fee (33.33%) pursuant to agreement: | 100,000.00 |
| Out-of-pocket expenses as outlined on the attached disbursement detail | 4,346.37 |
| Total amount due Michael Alcott | <u>$195,653.63</u> |

Tax ID: 13-3613083

A LIMITED LIABILITY PARTNERSHIP
ONE INTERNATIONAL PLACE, BOSTON, MASSACHUSETTS 02110
617-310-6000   FAX 617-310-6001   www.gtlaw.com



December 5, 2002

Mr. Michael Alcott
Four Jason Lane
Scituate, MA 02066

Re: <u>Claim Against Society of Jesus, B.C. High School, Fr. James Talbot</u>

DISBURSEMENTS;

<u>Expenses</u>:

| | |
|---|---:|
| Facsimile Charges | 4.00 |
| Federal Express Charges | 9.45 |
| Local Travel | 34.50 |
| Mediation Fees | 1,204.27 |
| Messenger Services | 20.00 |
| Photocopy Charges | 4.20 |
| Professional & Legal | 1,755.00 |
| Special Clerical Services | 85.00 |
| Total Expenses: | $ 3,116.42 |

Tax ID: 13-3613083