**GEORGE SVAJIAN, Ph.D.**
Clinical Psychologist
Cutter Place
152 Dean Street
P.O. Box 2494
Taunton, Massachusetts 02780
508-824-1780

Attorney Jeff Newman
One Stony Terrace
Marblehead, MA 01945

July 29, 2002

Dear Jeff:

Clinically, when a psychologist uses the term Posttraumatic Stress Disorder (my diagnosis of Mike Alcott in the last paragraph of the report I sent to you), sexual abuse is covered under that DSM IV Diagnosis. However, let me address the specific issue of sexual abuse.

Mike Alcott's behavior, after the sexual abuse perpetrated by Father Talbott, was behavior often typically seen by young people who have been sexually abused. Mr. Alcott's intense anger, fire setting and sudden academic failure are symptoms often associated with young people victimized in a sexual manner. In my practice, when I encounter a young person with the above mentioned symptoms, I am direct in pursuing the possibility of sexual abuse.

Very truly yours,

*George Svajian*
George Svajian, Ph.D.

GS/pah