| Rc | DOCKET | DOCKET NUMBER 0251 CR 1358 | ATTORNEY NAME |
|---|---|---|---|
| COURT DIVISION **Waltham** | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Michael W. Alcott 139 Atlantic Street Quincy, Mass. | | ☐ Waived ☐ Retained ☑ Assigned *Fred Harris 9/1-5-92* TERMS OF RELEASE |

| DATE | PROCEEDING |
|---|---|
| 11/18/92 | ☑ Arraigned before J. *Harrison* |
| | ☑ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| | ☐ Warrant issued ☐ Default warrant issued |
| | ☐ Default removed ☐ Warrant recalled |
| | ☐ Warrant issued ☐ Default warrant issued |
| | ☐ Default removed ☐ Warrant recalled |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4/5/61-m | 313, 313 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| diverse dates | Watertown |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| John B. Real | Watertown |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 4/17/92 | WARRANT @ 8:30 a.m. |

**COUNT-OFFENSE**
**A. LARCENY OF PROPERTY, OVER $250 C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| 11/18/92 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | G | *Harrison* | |

FINAL DISPOSITION — DATE
☐ Discharged from probation
☐ Dismissed at request of probation
☐ Cont. w/o finding until:
☐ Appeal of find. & disp.   ☐ Appeal of disp.

**COUNT-OFFENSE**
**B. LARCENY OF PROPERTY, OVER $250 C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| " | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | G | | A TRUE COPY ATTEST MICHAEL J. FINUCANE CLERK/MAGISTRATE |

FINAL DISPOSITION
☐ Discharged from probation
☐ Dismissed at request of probation
☐ Cont. w/o finding until:
☐ Appeal of find. & disp.   ☐ Appeal of disp.

| COUNT-OFFENSE | | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION | | | |

| COUNT-OFFENSE | | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION | | | |

| CONT TO | PURPOSE | CONT TO | PURPOSE | DATE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|
| 11-18-92 | speedy trial | | | | | | |

| DATE | DOCKET ENTRIES |
|---|---|
| 11-5-92 | Request for speedy trial filed. Hab. to issue Norfolk County. Ret. date 11-18-92. Frederick Harris Atty. apt. as counsel A.P.N. |
| 11-30-92 | Hab. ret'd w/o service |

*TRUE COPY ATTEST*
MICHAEL A. FINUCANE
CLERK / MAGISTRATE