| DOCKET | DOCKET NUMBER CR 239 | ATTORNEY NAME | |
|---|---|---|---|
| COURT DIVISION Brighton | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | ☐ Waived ☐ Retained ☐ Assigned | |
| | ALCOTT, Michael<br>20 A Standish Rd.<br>Scituate, MA | TERMS OF RELEASE | |

| | | DATE | PROCEEDING |
|---|---|---|---|
| DEF. DOB AND SEX 4/5/61 | OFFENSE CODE(S) | 1-26-93 | ☑ Arraigned before J. Agnes<br>☑ Advised of right to counsel<br>☐ Advised of right to drug exam<br>☐ Advised of right to bail review<br>☐ Advised of right to F.I. Jury Trial<br>☐ Waives  ☐ Requests F.I. Jury Trial |
| DATE OF OFFENSE divers | PLACE OF OFFENSE Brighton | 1-26-93 | ☑ Advised of alien rights |
| COMPLAINANT John Bean | POLICE DEPARTMENT (if applicable) Boston D 14 | 1-26-93 | ☐ Warrant issued  ☐ Default warrant issued<br>☐ Default removed  ☒ Warrant recalled |
| DATE OF COMPLAINT 9/21/92 | RETURN DATE AND TIME WARRANT | | ☐ Warrant issued  ☐ Default warrant issued<br>☐ Default removed  ☐ Warrant recalled |

**COUNT-OFFENSE A. LARCENY OF PROPERTY, $250., OR LESS C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| 1-26-93 | ☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts | SUFF. FACTS<br>Guilty | Agnes | 1 yr. H.C. concurrent with sentence now serving |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | FINAL DISPOSITION<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

**COUNT-OFFENSE B. LARCENY OF PROPERTY, $250., OR LESS C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| 1-26-93 | ☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts | SUFF. FACTS<br>Guilty | Agnes | ~ SAME ? |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | FINAL DISPOSITION<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

**COUNT-OFFENSE C. LARCENY OF PROPERTY, $250., OR LESS C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| 1-26-93 | ☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts | SUFF. FACTS<br>Guilty | Agnes | ~ SAME |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | FINAL DISPOSITION<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

**COUNT-OFFENSE D. LARCENY OF PROPERTY, $250., OR LESS C266 S30**

| DATE | PLEA | FINDING | JUDGE | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|---|
| 1-26-93 | did on divers ☐ Not Guilty ☐ Guilty ☐ Nolo of Mark C. Sa...<br>☐ New Plea: ☐ Admits suff. facts | SUFF. FACTS<br>Guilty | Agnes | ~ SAME ? |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | FINAL DISPOSITION<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

| CONT TO | PURPOSE | CONT TO | PURPOSE | DATE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|
| 1-26-93 | note | | | 1-26-93 | 090 | 1840 | 2000 |

| DOCKET | ADDITIONAL COUNTS Page ___ Of ___ | DOCKET NUMBER |
|---|---|---|

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| FRAUDEULENT USE OF CREDIT CARD TO OBT. GOODS C266 S| | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| 1-26-93 | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea  ☐ Admits suff. facts  FINDING **SUFF. FACTS** Guilty  JUDGE Agnes | SAME |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation    DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| F.FORGERY C267 S1 | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| 1-26-93 | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea:  ☐ Admits suff. facts  FINDING **SUFF. FACTS** Guilty  JUDGE Agnes | SAME |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation    DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

(Four additional blank COUNT-OFFENSE sections follow, all empty.)

| CRIMINAL COMPLAINT | DOCKET NUMBER 9208 CR 2390 | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| COURT DIVISION Brighton | NAME, ADDRESS AND ZIP CODE OF DEFENDANT ALCOTT, Michael / 20 A Standish Rd. / Scituate, MA | | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein, the defendant did commit the offense(s) listed below. |
| DEF. DOB AND SEX 4/5/61 | OFFENSE CODE(S) | | |
| DATE OF OFFENSE divers | PLACE OF OFFENSE Brighton | | |
| COMPLAINANT John Bean | POLICE DEPARTMENT (if applicable) Boston D 14 | | |
| DATE OF COMPLAINT 9/21/92 | RETURN DATE AND TIME WARRANT | | |

COUNT-OFFENSE
A. LARCENY OF PROPERTY, $250., OR LESS C266 S30

did ,on divers, steal the property of Mark C. Sarber, said property having a value of two hundred and fifty dollars or less, in violation of G.L. c.266, s.30.

COUNT-OFFENSE
B. LARCENY OF PROPERTY, $250., OR LESS C266 S30

did ,on DIVERS, steal the property of Mark C. Sarber , said property having a value of two hundred and fifty dollars or less, in violation of G.L. c.266, s.30.

COUNT-OFFENSE
C. LARCENY OF PROPERTY, $250., OR LESS C266 S30

did ,on divers, steal the property of one Mark C. Sarber , said property having a value of two hundred and fifty dollars or less, in violation of G.L. c.266, s.30.

COUNT-OFFENSE
D. LARCENY OF PROPERTY, $250., OR LESS C266 S30

did ,on divers , steal the property of Mark C. Sarber, said property having a value of two hundred and fifty dollars or less, in violation of G.L. c.266, s.30.

| COMPLAINANT X _John Bean_ | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK _Theresa M Driscoll_ | ON (DATE) 9/22/92 | ADDITIONAL COUNTS ATTACHED ☐ |
|---|---|---|---|
| FIRST JUSTICE Albert H. Burns | | COURT ADDRESS 52 Academy Hill Rd. Brighton | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |