| DOCKET | DOCKET NUMBER 9256 CR 05580 | ATTORNEY NAME |
|---|---|---|
| COURT DIVISION Quincy | NAME, ADDRESS AND ZIP CODE OF DEFENDANT W. Michael Alcott  139 Atlantic St.  Quincy, Mass,.  or 127 Beacon St., Boston, Mass. | ☐ Waived ☒ (illegible) ☐ Assigned  TERMS OF RELEASE  B-J Set / 15000 Cash (illegible) |

| DEF. DOB AND SEX 4/5/61 | OFFENSE CODE(S) 313 | | DATE | PROCEEDING |
|---|---|---|---|---|
| DATE OF OFFENSE 5/5/89 | PLACE OF OFFENSE Quincy | | 1-27-93 | ☒ Arraigned before J.  ☒ Advised of right to counsel  ☐ Advised of right to drug exam  ☐ Advised of right to bail review |
| COMPLAINANT David Anderson | POLICE DEPARTMENT (if applicable) Private | | 3/18/93 | ☒ Advised of right to F.I. Jury Trial  ☒ Waives ☐ Requests F.I. Jury Trial  ☐ Advised of alien rights |
| DATE OF COMPLAINT 4/24/92 | RETURN DATE AND TIME 5/12/92 at 9:0 | | 5-18-92  9/21/94 | ☒ Warrant issued ☐ Default warrant issued  ☐ Default removed ☒ Warrant recalled  ☐ Warrant issued ☐ Default warrant issued  ☐ Default removed ☐ Warrant recalled |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| a. LARCENY OF PROPERTY, OVER $250 C266 S30 | | | | VWF Waived | | |
| DATE 1-27-93 | PLEA ☒ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea: ☒ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION  2 1/2 yrs H/C committed conc w/ sent now serving | | | |
| 3/18/93 | FINDING Guilty | JUDGE Dunn | | | | |
| | ☐ Cont. w/o finding until:  ☐ Appeal of find. & disp. ☐ Appeal of disp. | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| XXLARCENYXXBYXXFALSEXPRETENSEXXC266XS30XXXXX | | | | | | |
| DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea: ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | | | |
| | ☐ Cont. w/o finding until:  ☐ Appeal of find. & disp. ☐ Appeal of disp. | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea: ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | | | |
| | ☐ Cont. w/o finding until:  ☐ Appeal of find. & disp. ☐ Appeal of disp. | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea: ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | | | |
| | ☐ Cont. w/o finding until:  ☐ Appeal of find. & disp. ☐ Appeal of disp. | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 2-9-93 | 9am CJ | 3/3/93 | (illegible) | | 3/18/93 .9 | (illegible) | |
| MITT 2/16/93 | (illegible) Save tapes | | | | | | |

| DATE | DOCKET ENTRIES |
|---|---|
| 5-12-92 | Warrant to issue |
| 1-12-93 | Hale issued Concord Rev. E.E. |
| 1-27-93 | Set Bail $15,000 cash without surety |
| | Hale to issue Rt 2-9-93 go-c |
| | MCI Concord |
| 1-27-93 | Hale issued |
| 1-27-93 | Mitt issued |
| 2-9-93 | Mitt Issued |
| 2-16-93 | Same Bail. Mitt to Issue |
| | Habe to Issue – Concord Rtd 3/3/93 |
| 2-16-93 | Hab. Mitt Issued. |
| 3/3/93 ABAMJA | Habe to Concord returned |
| 3-3-93 | Hale issued |
| 3/18/93 | Mitt to Issue |
| 3-18-93 | Mittimus issued |
| 1-5-94 | Deft files Motion to revise & revoke Motion for appointment of counsel |
| 9-27-94 | Motion to withdraw Motion to revoke Probation allowed Judge Nolan |

# SUPERIOR COURT CRIMINAL

INDICTMENT NO. 83925

**COMMONWEALTH**  VS.  MICHAEL W. ALCOTT
SCITUATE

| OFFENSE | PLACE | PRESIDING JUSTICE | COURT REPORTER |
|---|---|---|---|
| Armed Robbery | Plymouth | Sheehan, J. | W. Sawyer<br>C. Tinkham |

| COUNSEL FOR COMMONWEALTH | COUNSEL FOR DEFENDANT |
|---|---|
| J. Corbett, S. Lazarus | T. L. Largey, Quincy<br>R. Barry, Quincy |

## DOCKET ENTRIES

1987

| DATE | NO. | |
|---|---|---|
| April 27 | 1 | Returned into court and ordered filed. |
| May 12 | 2 | Appearance of Largey for deft.<br>Pleads not guilty<br>Same bail as District Court |
| | 3 | ORder for the transmittal of bail<br>Case continued to May 27, 1987 for pre-trial conference report<br>(Sheehan, J.) W. Sawyer, court reporter |
| May 15 | 4 | Appearance of Corbett for the Commonwealth |
| May 19 | 5 | Cash bail $5,000: (George R. Alcott, surety) |
| June 15 | 6 | Pre-trial conference report |
| June 29 | 7 | Appearance of Barry for deft. |
| July 15 | | Case continued to August 19, 1987 by agreement<br>(Carey, J.) |
| Aug. 27 | 8 | Appearance of Lazarus for Commonwealth<br>Pleads guilty<br>Case continued to September 28, 1987 for disposition in New Bedford<br>(Sheehan, J.) W. Sawyer, court reporter |

## DOCKET ENTRIES - (CONTINUED)

| 1987 DATE | NO. | |
|---|---|---|
| Sept. 29 | | Suspended Sentence 12 years Massachusetts Correctional Institution Concord; Probation 5 years one year of which is to be intensive superivision; additional conditions of probation to include community service $25.00 Victim Witness Fee suspended to be paid to Probation Officer within 30 days (Sheehan,J.) (Sitting in New Bedford) C. Tinkham, court reporter |
| Oct. 2 | | Cash bail returned to surety   (check #2429) |