**Julie Alcott**
**54 East Water St. Apt. 4**
**Rockland, MA  02370**
**781-710-8019**

To Whom It May Concern:

I first met Michael Alcott in 1983. We dated for one year before we were married in August of 1984.  Our first child, Kerri, was born in September of 1985, and our second child, Richard, in 1987.  By that time we were separated and were subsequently divorced.  It became apparent early in the marriage that Michael had some emotional problems, but as time went on they became more and more apparent and more severe.

It was as if he couldn't face what disturbed him.  Whenever he stopped long enough over the years to get help, through AA or therapy, he did improve, but as soon as he stopped seeking the support of these groups, he would get scared and work hard to create, by any means, the world that the people he loved wanted or needed.

Never, in all the years that I have known Michael has he ever been violent or physically abusive toward anyone, even during his most desperate times.  Despite the time he spent in prison, he provided our children with an excellent education and, before he went away, made sure that both were set up for college.  He has always been involved in their lives and provided for them.  I have seen that same passion with his three year old twins, Emma and Harrison, who love him very much.

Over the years, through all of his problems and issues, we have raised our children and become friends.  Being a cancer survivor, particularly during the most recent period of time, has left some of the people close to me thinking I should feel no support or love toward Michael.  I think, however, that it has created the opposite reaction.  Having fought and beaten a deadly disease, I have a new view on life and love.  I would like to see Michael be able, once and for all, to face the demons in his past and feel the hope of a new life, as I have.

With ongoing, committed help and support, I believe he could live a productive life as a good father and citizen.  Being near his children and a supportive spouse, now living in Minnesota, would greatly enhance his recovery and rehabilitation.

Thank you for your attention.

Sincerely,


Julie Alcott