

AXIS / INTERIOR CONSULTANTS
430 N. Central Avenue • Ramsey, NJ 07446 • 917-572-3793

March 3, 2006

Mr. Kevin Barron, Atty.
453 Washington Street, 5th floor
Boston, MA 02111

Dear Mr. Barron:

I am writing on behalf of Michael Alcott. During the time that I sponsored him in the Alcoholics Anonymous program, which was 1995 and 1996, I recall Michael attending AA meetings regularly. Regularly constitutes attendance at 4 to 6 AA meetings per week. He would call me about once every two days to report what was going on in his life. I would meet with him in person about once every two weeks. He worked his AA program diligently during this time.

Sincerely,

Rick Lynch