

Specialized Staffing &
Recruiting Services

Tel 201.843.0006
Fax 201.843.8027

Park 80 West, Plaza II
9th Floor
Saddle Brook, NJ 07663

ajilon.com

December 7, 2005

Kevin Lawrence Barron
Attorney at Law
453 Washington Street – 5th Floor
Boston, MA 02111-7711

Dear Mr. Barron:

This letter confirms Michael W. Alcott's employment at Ajilon Professional Staffing, LLC (formerly know as AOC at the time of Mr. Alcott's employment). Alcott's employment history is as follows:

> Date of hire: 3/27/90
> Date of termination: 9/10/90 (personal – illness in family)
> Starting job title:   Marketing Representative
> Rehire date: 4/13/98
> Job title at rehire:   Branch Manager
> Promotions:  Area Manager (7/2/98); (up for promotion to Area Vice President with 12/1/98 effective before termination)
> Date of 2nd termination:   11/20/98
> Ending job title:   Area Manager
> Reason for term:   Falsification of employment application (terminated solely for misrepresentation in employment application)

I hope this addresses your inquiry.

Kind regards,

*Shelley Johnson*
Shelley Johnson
SVP, Human Resources