# Burke & Foskett, LLC
### Attorneys & Counsellors at Law

Ten McGrath Highway
Quincy, Massachusetts 02169
Telephone (617) 786-8000
Facsimile (617) 773-2612
Writer's email: kburke@burkeandfoskett.com

Managing Members:
 Walter A. Foskett
 Kevin M. Burke


**By facsimile and regular mail**


November 17, 2005


Kevin L. Barron, Esq.
453 Washington Street, 5th Floor
Boston, MA 02111-1325

**Re:   South Shore Savings Bank v. Michael W. Alcott et al.**
   **Norfolk Superior Court; C.A. No. 03-1110**

Dear Kevin:

At your request, I am writing to outline the proceedings that took place in connection with the above-referenced matter.

- Suit was filed on June 16, 2003 against ARK Associates, Inc. (the "Company"), Michael and Mary Alcott. Mr. Alcott, through counsel, answered the complaint. Thereafter, the bulk of Mr. Alcott's efforts were toward ensuring that employee payroll was met and that maximum value was obtained for the remaining assets of the business. As example:
    - Mr. Alcott did not oppose the Bank's motion for summary judgment and, ultimately, signed an agreement for judgment fully acknowledging the debt owed.
    - Mr. Alcott cooperated in cancelling a membership to Black Rock so that the Bank could recover the deposit.
    - I have attached a copy of the docket sheet from the civil litigation which is instructive.

- During the course of the litigation, the Bank hired accountants to examine and review all of the of books, records and accounts of the Company. Mr. Alcott maintained, and it appears, that the money obtained from the Bank was primarily [1] spent on the Company (e.g., rent, payroll, equipment and other usual business expenses). I have not been given any information, documents or evidence to the contrary by either the Bank or its accountants and auditors. I understand that the accountants and auditors performed an extensive review of the Company's books and records and did not find evidence that the money was spent on non-Company items. Certainly, no such evidence was shared with me or the Court.

- During the course of the litigation, the Bank provided me with documentation of its claimed loss, which was as follows:
  - o    $2,032,345.60        Principal Balance of Loan
  - o    $ 435,413.39         Total Principal Recovery (since 7-18-03)
  - o    The remaining charges by the bank consisted of interest ($382,723.81) , late charges ($19,136.20) and attorneys and accountants fees ($185,509.21). The legal fees were $160,284.21. By comparison, my fees totaled less than $45,000.00 and a significant portion of the fees was unrelated to dealings with the Bank but involved dealings with other creditors and claims. A significant portion of my work with the Bank involved discussions negotiations on ensuring employees were paid, maximizing recovery on asset sale and negotiating with the bank regarding the agreement for judgment, particularly with reference to the lack of evidence of fraud on the part of Mary Alcott (ultimately, the Bank agreed to dismiss with prejudice the fraud claims against Mary Alcott and sought only judgment against her as a guarantor of the debt owed by the Company).
  - o    For your reference and convenience, I have enclosed a copy of the Bank's reconciliation.

- It is my belief that the Bank could have realized more income from the sale of the business and the assets of the business if it had acted differently in the manner in which it foreclosed on and/or sold the assets.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kevin M. Burke

KMB/tw

Enc.
cl\alcott\ssb\add.barron.11-17-05

---

[1]    E.g., the purchase of a membership at Black Rock was considered as an expense in furtherance of the business, but had significant personal benefit.

ARK Associates, Inc.
Michael & Mary Alcott
Line of Credit #75-715002113

| Date | Debit / (Credit) | Principal Balance | Comment |
|------|------------------|-------------------|---------|
| 6/18/03 | - | 2,496,485.17 | Line of Credit balance |
| 6/18/03 | (16,420.91) | 2,480,064.26 | Set off from CD securing Letter of Credit |
| 6/18/03 | (49,759.17) | 2,430,305.09 | Set off from operating account |
| 7/17/03 | 23,011.90 | 2,453,316.99 | Line advance to fund payroll |
| 7/18/03 | 14,442.00 | 2,467,758.99 | Line advance to pay Letter of Credit draw |
| 9/12/03 | (15,000.00) | 2,452,758.99 | Sale of customer & client list |
| 9/12/03 | (49,568.46) | 2,403,190.53 | A/R collection |
| 2/17/04 | (225,318.92) | 2,177,871.61 | Sale of Alcott residence |
| 2/17/04 | (10,393.78) | 2,167,477.83 | A/R collection |
| 2/17/04 | (2,267.00) | 2,165,210.83 | Customer & Client List Earnout |
| 4/30/04 | (116,977.87) | 2,048,232.96 | Sale of Black Rock membership |
| 4/30/04 | (1,727.00) | 2,046,505.96 | Customer & Client List Earnout |
| 4/30/04 | (7,090.56) | 2,039,415.40 | A/R collection |
| 6/30/04 | (5,212.80) | 2,034,202.60 | Customer & Client List Earnout |
| 7/31/04 | (1,857.00) | 2,032,345.60 | Customer & Client List Earnout |

| | |
|---|---|
| Principal Balance | 2,032,345.60 |
| Accrued Interest | 382,723.81 |
| Accrued Late Charges | 19,136.20 |
| Total Due - Principal, Interest & Late Charges | 2,434,205.60 |
| Plus Expenses | $ 185,509.21 |
| Total Payoff as of 4/30/05 | $ 2,619,714.81 |
| Per Diem | $ 606.88 |

Total Principal Recovery Since 7/18/03:

$ 435,413.39

ARK Associates - Debit Credit 974-7 [A021]

| Date | Debit / (Credit) | Principal Bal. | # Days | Rate | Accrued Interest | Late Charge | Total Payoff Princ./Int./L.C. | Comment |
|---|---|---|---|---|---|---|---|---|
| 6/18/03 | - | 2,496,485.17 | 0 | . | - | . | | Line of Credit balance |
| 6/18/03 | (16,420.91) | 2,480,064.26 | 0 | . | . | . | | Set off from CD securing Letter of Credit |
| 6/18/03 | (49,759.17) | 2,430,305.09 | 0 | . | . | . | | Set off from operating account |
| 7/01/03 - 7/16/03 | - | 2,430,305.09 | 16 | 9.00% | 9,721.22 | | | |
| 7/17/03 | 23,011.90 | 2,453,316.99 | 1 | 9.00% | 613.33 | . | | Line advance to fund payroll |
| 7/18/03 - 7/31/03 | 14,442.00 | 2,467,758.99 | 14 | 9.00% | 8,637.16 | . | | Line advance for Letter of Credit |
| Total - 7/31/03 | | 2,467,758.99 | 31 | | 18,971.71 | 948.59 | 2,487,679.28 | |
| | | | | | | | | |
| 8/01/03 - 8/31/03 | - | 2,467,758.99 | 31 | 9.00% | 19,125.13 | 956.26 | | |
| Total - 8/31/03 | | 2,467,758.99 | 31 | | 38,096.84 | 1,904.84 | 2,507,760.67 | |
| | | | | | | | | |
| 9/01/03 - 9/11/03 | - | 2,467,758.99 | 11 | 9.00% | 6,786.34 | . | | |
| 9/12/03 | (15,000.00) | 2,452,758.99 | 0 | | . | | | Sale of customer & client list |
| 9/12/03 - 9/30/03 | (49,568.46) | 2,403,190.53 | 19 | 9.00% | 11,415.16 | 910.07 | | A/R collection |
| Total - 9/30/03 | | 2,403,190.53 | 30 | | 56,298.33 | 2,814.92 | 2,462,303.78 | |
| | | | | | | | | |
| 10/01/03 - 10/31/03 | - | 2,403,190.53 | 31 | 9.00% | 18,624.73 | 931.24 | | |
| Total - 10/31/03 | | 2,403,190.53 | 31 | | 74,923.06 | 3,746.15 | 2,481,859.74 | |
| | | | | | | | | |
| 11/01/03 - 11/30/03 | - | 2,403,190.53 | 30 | 9.00% | 18,023.93 | 901.20 | | |
| Total - 11/30/03 | | 2,403,190.53 | 30 | | 92,946.99 | 4,647.35 | 2,500,784.87 | |
| | | | | | | | | |
| 12/01/03 - 12/31/03 | - | 2,403,190.53 | 31 | 9.00% | 18,624.73 | 931.24 | | |
| Total - 12/31/03 | | 2,403,190.53 | 31 | | 111,571.71 | 5,578.59 | 2,520,340.83 | |
| | | | | | | | | |
| 1/01/04 - 1/31/04 | - | 2,403,190.53 | 31 | 9.00% | 18,624.73 | 931.24 | | |
| Total - 1/31/04 | | 2,403,190.53 | 31 | | 130,196.44 | 6,509.82 | 2,539,896.79 | |
| | | | | | | | | |
| 2/1/04 - 2/16/04 | - | 2,403,190.53 | 16 | 9.00% | 9,612.76 | . | | |
| 2/17/04 | (225,318.92) | 2,177,871.61 | 0 | | . | . | | Sale of Alcott residence |
| 2/17/04 | (12,660.78) | 2,165,210.83 | 0 | | . | | | A/R collection and Earnout |
| 2/17/04 - 2/29/04 | | 2,165,210.83 | 13 | 9.00% | 7,036.94 | 832.49 | | |
| Total - 2/29/04 | | 2,165,210.83 | 29 | | 146,846.14 | 7,342.32 | 2,319,399.28 | |
| | | | | | | | | |
| 3/31/2004 | - | 2,165,210.83 | 31 | 9.00% | 16,780.38 | 839.02 | | |
| Total - 3/31/04 | | 2,165,210.83 | 31 | | 163,626.52 | 8,181.33 | 2,337,018.68 | |
| | | | | | | | | |
| 4/01/04 - 4/29/04 | - | 2,165,210.83 | 29 | 9.00% | 15,697.78 | . | | |
| 4/30/2004 | (125,795.43) | 2,039,415.40 | 1 | 9.00% | 509.85 | 810.38 | | Black Rock, etc. |
| Total - 4/30/04 | | 2,039,415.40 | 30 | | 179,834.15 | 8,991.72 | 2,228,241.27 | |
| | | | | | | | | |
| 5/1/04 - 5/30/04 | - | 2,039,415.40 | 31 | 9.00% | 15,805.47 | 790.27 | | |
| Total - 5/31/04 | | 2,039,415.40 | 31 | | 195,639.62 | 9,781.99 | 2,244,837.01 | |
| | | | | | | | | |
| 6/01/04 - 6/29/04 | - | 2,039,415.40 | 29 | 9.00% | 14,785.76 | - | | |
| 6/30/2004 | (5,212.80) | 2,034,202.60 | 1 | 9.25% | 522.68 | 765.42 | | Earnout from sale of cust list |
| Total - 6/30/04 | | 2,034,202.60 | 30 | | 210,948.06 | 10,547.41 | 2,255,698.07 | |
| | | | | | | | | |
| 7/01/04 - 7/30/04 | - | 2,034,202.60 | 30 | 9.25% | 15,680.31 | - | | |
| 7/31/2004 | (1,857.00) | 2,032,345.60 | 1 | 9.25% | 522.20 | 810.13 | | Earnout from sale of cust list |
| Total - 7/31/04 | | 2,032,345.60 | 31 | | 227,150.57 | 11,357.54 | 2,270,853.71 | |
| | | | | | | | | |
| 8/01/04 - 8/9/04 | - | 2,032,345.60 | 9 | 9.25% | 4,699.80 | - | | |
| 8/10/04 - 8/31/04 | - | 2,032,345.60 | 22 | 9.50% | 11,798.90 | 824.93 | | |
| Total - 8/31/04 | | 2,032,345.60 | 31 | | 243,649.27 | 12,182.47 | 2,288,177.34 | |
| | | | | | | | | |
| 9/01/04 - 9/21/04 | - | 2,032,345.60 | 21 | 9.50% | 11,262.58 | . | | |
| 9/22/04 - 9/30/04 | - | 2,032,345.60 | 9 | 9.75% | 4,953.84 | 810.82 | | |
| Total - 9/30/04 | | 2,032,345.60 | 30 | | 259,865.69 | 12,993.29 | 2,305,204.58 | |
| | | | | | | | | |
| 10/1/04 - 10/31/04 | - | 2,032,345.60 | 31 | 9.75% | 17,063.23 | 853.16 | | |
| Total - 10/31/04 | | 2,032,345.60 | 31 | | 276,928.93 | 13,846.45 | 2,323,120.98 | |
| | | | | | | | | |
| 11/1/04 - 11/9/04 | - | 2,032,345.60 | 9 | 9.75% | 4,953.84 | 247.69 | | |
| 11/10/04 - 11/30/04 | - | 2,032,345.60 | 21 | 10.00% | 11,855.35 | 592.77 | | |
| Total - 11/30/04 | | 2,032,345.60 | 30 | | 293,738.12 | 14,686.91 | 2,340,770.63 | |
| | | | | | | | | |
| 12/1/04 - 12/13/04 | - | 2,032,345.60 | 13 | 10.00% | 7,339.03 | 366.95 | | |
| 12/14/04 - 12/31/04 | - | 2,032,345.60 | 18 | 10.25% | 10,415.77 | 520.79 | | |
| Total - 12/31/04 | | 2,032,345.60 | 31 | | 311,492.91 | 15,574.65 | 2,359,413.17 | |
| | | | | | | | | |
| 1/1/05 - 1/31/05 | - | 2,032,345.60 | 31 | 10.25% | 17,938.27 | 896.91 | | |
| Total - 1/31/05 | | 2,032,345.60 | 31 | | 329,431.19 | 16,471.57 | 2,379,248.36 | |
| | | | | | | | | |
| 2/1/05 | - | 2,032,345.60 | 1 | 10.25% | 578.65 | 28.93 | | |
| 2/2/05 - 2/28/05 | - | 2,032,345.60 | 27 | 10.50% | 16,004.72 | 800.24 | | |
| Total - 2/28/05 | | 2,032,345.60 | 28 | | 346,014.56 | 17,300.74 | 2,395,660.90 | |
| | | | | | | | | |
| 3/1/05 - 3/22/05 | - | 2,032,345.60 | 22 | 10.50% | 13,040.88 | 652.04 | | |
| 3/23/05 - 3/31/05 | - | 2,032,345.60 | 9 | 10.75% | 5,461.93 | 273.10 | | |
| Total - 3/31/05 | | 2,032,345.60 | 31 | | 364,517.38 | 18,225.88 | 2,415,088.85 | |
| | | | | | | | | |
| 4/1/05 - 4/30/05 | - | 2,032,345.60 | 30 | 10.75% | 18,206.43 | 910.32 | | |
| Total - 4/30/05 | | 2,032,345.60 | 30 | | 382,723.81 | 19,136.20 | 2,434,205.60 | |
| | | | | | | | | |
| Plus Expenses - see attached for detail | - | | | | | | 185,509.21 | |
| Total Payoff | | | | | | | $ 2,434,205.60 | |
| Per Diem | | | | | | | $ 606.88 | |
| | | | | | | | | |
| Principal Recovery Since 7/18/03 | $ 435,413.39 | | | | | | | |

Note rate is SSSB Base Rate plus 1.5%
Default rate is SSSB Base Rate plus 5%
Late charge is 5% of payment due (calculated as % of monthly interest due rather than of full balance)
SSSB Base Rate was 4.0% 6/30/03 thru 6/29/04
SSSB Base Rate was 4.25% 6/30/04 thru 8/9/04
SSSB Base Rate was 4.50% 8/10/04 thru 9/21/04
SSSB Base Rate was 4.75% 9/22/04 thru 11/9/04
SSSB Base Rate was 5.00% 11/10/04 thru 12/13/04
SSSB Base Rate was 5.25% 12/14/04 thru 2/1/05
SSSB Base Rate was 5.50% 2/2/05 thru 3/21/05
SSSB Base Rate was 5.75% 3/22/05 thru 5/2/05
SSSB Base Rate was 6.00% 5/3/05 thru

5/31/2005

| Date of Bill | Amount | Paid To | Comment |
|---|---|---|---|
| | | ARK Associates - Bills & Expenses | |
| 6/20/03 | $ 8,191.80 | Barry & Associates | File initial complaint |
| 7/8/03 | 53,169.40 | Craig & Macauley | Legal work for 6/16 - 6/30 |
| 7/11/03 | 16,500.00 | Clarke, Snow & Riley | Accounting work for 6/16 - 6/30 |
| 7/20/03 | 2,000.00 | Advance Disclosures, Inc. | Investigative work |
| 8/19/03 | 40,642.50 | Craig & Macauley | Legal work for 7/1 - 7/31 |
| 8/13/03 | 3,600.00 | Clarke, Snow & Riley | Accounting work for 7/1 - 7/31 |
| 9/15/03 | 9,432.55 | Craig & Macauley | Legal work for 8/1 - 8/31 |
| 9/24/03 | 275.00 | Lane Valuation Group | Appraisal of Alcott residence in Scituate |
| 9/30/03 | 4,000.00 | Craig & Macauley | Half of estimated bill for Acquisition Data |
| 9/30/03 | 200.00 | Clarke, Snow & Riley | Accounting work for July |
| 10/16/03 | 10,793.48 | Craig & Macauley | Legal work for 9/1 - 9/31 |
| 10/31/03 | 668.00 | AE Barnes Insurance | Force placed ins on Scituate house - Oct |
| 11/18/03 | 5,001.17 | Craig & Macauley | Legal work for 10/1 - 10/31 |
| 11/30/03 | 646.00 | AE Barnes Insurance | Force placed ins on Scituate house - Nov |
| 12/15/03 | 712.30 | Craig & Macauley | Legal work for 11/1 - 11/30 |
| 12/31/03 | 668.00 | AE Barnes Insurance | Force placed ins on Scituate house - Dec |
| 1/31/04 | 668.00 | AE Barnes Insurance | Force placed ins on Scituate house - Jan |
| 4/23/04 | 5,525.80 | Craig & Macauley | Legal work for 12/1/03 - 3/31/04 |
| 2/27/04 | 7,352.50 | Craig & Macauley | Cinotti / Investigator bill thru C&M |
| 5/19/04 | 4,534.08 | Craig & Macauley | Legal work for April 2004 |
| 7/1/04 | 8,682.95 | Craig & Macauley | Legal work for May & June 2004 |
| 12/22/04 | 1,680.75 | Craig & Macauley | Legal work for June, July, Aug, & Nov 2004 |
| 1/20/05 | 564.93 | Craig & Macauley | Legal work for December 2004 |
| Total | $ 185,509.21 | | |

# Commonwealth of Massachusetts
## NORFOLK SUPERIOR COURT
## Case Summary
## Civil Docket

## South Shore Savings Bank v ARK Associates Inc et al

Details for Docket: NOCV2003-01110

### Case Information

| Docket Number: | NOCV2003-01110 | Caption: | South Shore Savings Bank v ARK Associates Inc et al |
|---|---|---|---|
| Filing Date: | 06/16/2003 | Case Status: | Needs nisi review |
| Status Date: | 04/12/2005 | Session: | Civil B-CtRm 3 |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| TRK: | F | Discovery: | 04/11/2004 |
|---|---|---|---|
| Service Date: | 09/14/2003 | Disposition: | 08/31/2005 |
| Rule 15: | 11/13/2003 | Rule 12/19/20: | 11/13/2003 |
| Final PTC: | | Rule 56: | 05/11/2004 |
| Answer Date: | 11/13/2003 | Jury Trial: | YES |

### Case Information

| Docket Number: | NOCV2003-01110 | Caption: | South Shore Savings Bank v ARK Associates Inc et al |
|---|---|---|---|
| Filing Date: | 06/16/2003 | Case Status: | Needs nisi review |
| Status Date: | 04/12/2005 | Session: | Civil B-CtRm 3 |
| Lead Case: | NA | Case Type: | Commercial paper |

### Tracking Deadlines

| TRK: | F | Discovery: | 04/11/2004 |
|---|---|---|---|
| Service Date: | 09/14/2003 | Disposition: | 08/31/2005 |
| Rule 15: | 11/13/2003 | Rule 12/19/20: | 11/13/2003 |
| Final PTC: | | Rule 56: | 05/11/2004 |
| Answer Date: | 11/13/2003 | Jury Trial: | YES |

## Parties Involved

11 Parties Involved in Docket: NOCV2003-01110

| Party Involved: | | Role: | Defendant |
|---|---|---|---|

Page 2 of 10

| | | | |
|---|---|---|---|
| **Last Name:** | ARK Associates Inc | **First Name:** | |
| **Address:** | 1250 Hancock Street | **Address:** | Suite 5048 |
| **City:** | Quincy | **State:** | MA |
| **Zip Code:** | 02169 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Alcott | **First Name:** | Mary P |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Alcott | **First Name:** | Michael W |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant/crossclaim |
| **Last Name:** | ARK Associates Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant/crossclaim |
| **Last Name:** | Alcott | **First Name:** | Michael W |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| ▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | |

| | | | |
|---|---|---|---|
| **Last Name:** | South Shore Savings Bank | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff/crossclaim |
| **Last Name:** | Alcott | **First Name:** | Mary P |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Reach & Apply Defendant |
| **Last Name:** | Black Rock Golf Club LLC | **First Name:** | |
| **Address:** | 16R North St | **Address:** | |
| **City:** | Hingham | **State:** | MA |
| **Zip Code:** | 02043 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Trustee |
| **Last Name:** | Fidelity Investments | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Trustee Defendant |
| **Last Name:** | Citizens Band | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | ▉▉▉▉▉▉ | **Role:** | Trustee Defendant |

| | | | |
|---|---|---|---|
| **Last Name:** | Fidelity Investments | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

9 Attorneys Involved for Docket: NOCV2003-01110

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BURK11 |
| **Last Name:** | Burke | **First Name:** | Kevin Michael |
| **Address:** | 10 McGrath Highway | **Address:** | |
| **City:** | Quincy | **State:** | MA |
| **Zip Code:** | 02169 | **Zip Ext:** | |
| **Telephone:** | 617-786-8000 | **Tel Ext:** | |
| **Fascimile:** | 617-773-2612 | **Representing:** | Alcott, Michael W (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BURK11 |
| **Last Name:** | Burke | **First Name:** | Kevin Michael |
| **Address:** | 10 McGrath Highway | **Address:** | |
| **City:** | Quincy | **State:** | MA |
| **Zip Code:** | 02169 | **Zip Ext:** | |
| **Telephone:** | 617-786-8000 | **Tel Ext:** | |
| **Fascimile:** | 617-773-2612 | **Representing:** | Alcott, Michael W (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | JANT01 |
| **Last Name:** | Sacchitella | **First Name:** | Michael J |
| **Address:** | 530 Atlantic Avenue | **Address:** | 3rd Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | |
| **Telephone:** | 617-423-6372 | **Tel Ext:** | |
| **Fascimile:** | 617-348-0989 | **Representing:** | Alcott, Mary P (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | JANT01 |

| | | | |
|---|---|---|---|
| **Last Name:** | Sacchitella | **First Name:** | Michael J |
| **Address:** | 530 Atlantic Avenue | **Address:** | 3rd Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | |
| **Telephone:** | 617-423-6372 | **Tel Ext:** . | |
| **Fascimile:** | 617-348-0989 | **Representing:** | Alcott, Mary P (Plaintiff/crossclaim) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Collins | **First Name:** | Francis X |
| **Address:** | 21 McGrath Highway | **Address:** | Suite 406 |
| **City:** | Quincy | **State:** | MA |
| **Zip Code:** | 02169 | **Zip Ext:** | |
| **Telephone:** | 617-786-1100 | **Tel Ext:** | |
| **Fascimile:** | 617-770-0865 | **Representing:** | South Shore Savings Bank, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | CRAI01 |
| **Last Name:** | Reiser | **First Name:** | Daniel C |
| **Address:** | 600 Atlantic Avenue | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | |
| **Telephone:** | 617-367-9500 | **Tel Ext:** | |
| **Fascimile:** | 617-742-1788 | **Representing:** | South Shore Savings Bank, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | CRAI01 |
| **Last Name:** | Desmery | **First Name:** | Martin P |
| **Address:** | 600 Atlantic Avenue | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | |
| **Telephone:** | 617-367-9500 | **Tel Ext:** | |
| **Fascimile:** | 617-742-1788 | **Representing:** | South Shore Savings Bank, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | CRAI01 |
| **Last Name:** | Hannon | **First Name:** | David F |

| | | | |
|---|---|---|---|
| **Address:** | 600 Atlantic Avenue | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | |
| **Telephone:** | 617-367-9500 | **Tel Ext:** | |
| **Fascimile:** | 617-742-1788 | **Representing:** | South Shore Savings Bank, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | CITI01 |
| **Last Name:** | Barry Jr | **First Name:** | Donald J |
| **Address:** | 53 State Street | **Address:** | MBS 840 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-725-5810 | **Tel Ext:** | |
| **Fascimile:** | 617-227-8630 | **Representing:** | Citizens Band, (Trustee Defendant) |

## Calendar Events

7 Calendar Events for Docket: NOCV2003-01110

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 06/17/2003 | 14:00 | Motion/Hearing: prel inj | B | Event held as scheduled |
| 2 | 06/26/2003 | 14:00 | Motion/Hearing: prel inj | B | Event not held-joint request |
| 3 | 07/14/2003 | 14:00 | Motion/Hearing: prel inj | B | Event held as scheduled |
| 4 | 07/14/2003 | 14:00 | Motion/Hearing: prel inj | B | Event held as scheduled |
| 5 | 08/04/2004 | 08:00 | Status: Review Annual Fee | A | Event held as scheduled |
| 6 | 12/20/2004 | 08:00 | Status: Clerk Follow UP | A | Event held as scheduled |
| 7 | 04/11/2005 | 14:00 | Conf: final pre-trial | B | Event cancelled - Case Settle |

## Full Docket Entries

131 Docket Entries for Docket: NOCV2003-01110

| Entry Date: | Paper No: | Docket Entry |
|---|---|---|
| 06/16/2003 | 1 | Complaint entry fee $210 plff jury claim |
| 06/16/2003 | | Origin 1, Type A03, Track F. |
| 06/16/2003 | 2 | Civil action cover sheet filed |
| 06/16/2003 | 3 | plffs motion for tro order of notice to issue under this motion ret |
| 06/16/2003 | 3 | June 17, 2003 at 2:00pm Brady J |

| | | |
|---|---|---|
| 06/16/2003 | 4 | Memorandum: of plff in support of tro and prel injunction |
| 06/16/2003 | 5 | plffs motion for appt of special process server filed and allowed |
| 06/16/2003 | 5 | Brady J |
| 06/16/2003 | | fast track notice sent to plff attorney |
| 06/17/2003 | 6 | SERVICE RETURNED Ark Associates in hand to Patricia Gill |
| 06/17/2003 | 7 | SERVICE RETURNED as to Mary and Michael Alcott |
| 06/17/2003 | | P#3 motion for tro -- Temporary restraining orders to issue in |
| 06/17/2003 | | accordance with the three orders of this date order of notice under |
| 06/17/2003 | | this motion for hearing on preliminary injunction ret June 26, 2003 |
| 06/17/2003 | | at 2:00pm Brady J, |
| 06/17/2003 | | $75 paid for tro |
| 06/17/2003 | 8 | ORDER TRO to Mary P Alcott |
| 06/17/2003 | 9 | ORDER tro directed to Ark Associates Inc |
| 06/17/2003 | 10 | ORDER tro stipulated directed to Michael W Alcott |
| 06/18/2003 | | Motion (P#15.0) ALLOWED (Patrick Brady, Justice) dated 6/18/03 |
| 06/18/2003 | | Certified copy mailed June 18, 2003 |
| 06/18/2003 | 11 | Findings and ex parte Order for Approval of attachment on Trustee |
| 06/18/2003 | 11 | Process (Brady,Justice) dated 6/18/03 certified copy sent to attyt |
| 06/18/2003 | 11 | Hannon |
| 06/18/2003 | 12 | Ex parte Motion for attachment on Trustee Process |
| 06/18/2003 | | Motion (P#12.0) ALLOWED in the amount requested, notice having been |
| 06/18/2003 | | provided orally (Patrick Brady, Justice)dated 6/18/03 Notices |
| 06/18/2003 | | mailed June 18, 2003 |
| 06/18/2003 | 13 | Supplemental Affidavit of Michael R Healy |
| 06/18/2003 | 14 | Plaintiff Amended Complaint and Jury demand |
| 06/19/2003 | 15 | Ex parte Motion to appoint Special Process Server |
| 06/23/2003 | | Motion (P#15.0) ALLOWED (Patrick Brady, Justice) dated 6/18/03 |
| 06/23/2003 | | Notices mailed June 23, 2003 |
| 06/23/2003 | 16 | Defendant Michael W Alcott's emergency MOTION to Partially Modify |
| 06/23/2003 | 16 | Temporary Restraining Order |
| 06/23/2003 | | Motion (P#16.0) ALLOWED after ex parte hearing (Walker Justice) dated |
| 06/23/2003 | | 6/20/03 Notices mailed June 23, 2003 |
| 06/23/2003 | 17 | Affidavit of Patricia Gill |
| 06/23/2003 | 18 | Order on Ex Parte Emergency Motion to Partially Modify Temporary |
| 06/23/2003 | 18 | Restraining Order (Walker,Justice) dated 6/20/03 certified copy to |
| 06/23/2003 | 18 | atty Burke mailed 6/23/03 |
| 06/24/2003 | 19 | Plaintiff South Shore Savings Bank's emergency MOTION to vacate Order |
| 06/24/2003 | 19 | Partially Modifying Temporary Restraininng Order and To compel |
| 06/24/2003 | 19 | Turnover of Collateral rec'd 6/23/03 |
| 06/24/2003 | | MOTION (P#19.0) This motion is set down for hearing on June 26,2003 |
| 06/24/2003 | | at 2:00 p.m. (Patrick Brady, Justice).dated 6/23/03 Notices mailed |

| | | |
|---|---|---|
| 06/24/2003 | | June 24, 2003 |
| 07/07/2003 | | MOTION (P#3.0) The Temporary Restraining Orders of June 17, 2003 are |
| 07/07/2003 | | continued in full force and effect to July 14, 2003 at 2:00 p.m. by |
| 07/07/2003 | | agreement. (Patrick Brady, Justice). Notices mailed June 26, 2003 |
| 07/07/2003 | | MOTION (P#19.0) Hearing on this motioin is continued to July 14, 2003 |
| 07/07/2003 | | at 2:00 p.m. (Patrick Brady, Justice). Notices mailed July 07, 2003 |
| 07/07/2003 | 20 | ANSWER by trustee:Citizens Bank of Mass |
| 07/08/2003 | 21 | ANSWER by trustee: Fidelity Investments |
| 07/10/2003 | 22 | plffs emergency motion to amend complaint order of notice under this |
| 07/10/2003 | 22 | motion ret July 14, 2003 at 2:00pm Hely J |
| 07/10/2003 | 23 | plfs emergency motion for reach and apply injunction order of notice |
| 07/10/2003 | 23 | ret under this motion ret July 14, 2003 at 2:00pm Hely J |
| 07/10/2003 | 24 | Memorandum: in support of emergecny motion to amend complaint |
| 07/10/2003 | 25 | Affidavit of Peter F Mcgowan |
| 07/17/2003 | | re: TRO Directed to Mary P. Alcott (P#8.0) By agreement this T.R.O. |
| 07/17/2003 | | is entered as a preliminary Injunction this date (Patrick Brady, |
| 07/17/2003 | | Justice). dated 7/14/03 Notices mailed July 17, 2003 |
| 07/17/2003 | | re: TRO Directed to Ark Associates Inc (P#9.0) By agreement this |
| 07/17/2003 | | T.R.O. is entered as a preliminary Injunction this date (Patrick |
| 07/17/2003 | | Brady, Justice).dated 7/14/03 Notices mailed July 17, 2003 |
| 07/17/2003 | 26 | Preliminary Injuunction (Brady,Justice) dated 7/15/03 certified |
| 07/17/2003 | 26 | copies mailed 7/17/03 |
| 07/28/2003 | 27 | ANSWER: Michael W Alcott(Defendant)and jury demand. (rec'd 7/24/03) |
| 07/28/2003 | 27 | Track notice sent to Atty Kevin M. Burke |
| 07/29/2003 | 28 | SERVICE RETURNED (order of notice): Black Rock Golf Club LLC, in |
| 07/29/2003 | 28 | hand, Michael Davis, Agent in Charge, served on 7/11/03 (Rec'd. |
| 07/29/2003 | 28 | 7/24/03) |
| 07/29/2003 | | MOTION (P#22.0) ALLOWED (Patrick Brady, Justice) dated 7/14/03 |
| 07/29/2003 | | Notices mailed July 29, 2003 |
| 07/31/2003 | 29 | Second Amended complaint and jury demand |
| 07/31/2003 | 30 | ANSWER (second amended complaint): Mary P Alcott, crossclaim and jury |
| 07/31/2003 | 30 | demand (Rec'd. 7/29/03) |
| 09/16/2003 | 31 | Plaintiff South Shore Savings Bank's MOTION for Partial Summary |
| 09/16/2003 | 31 | Judgment, pursuant to Mass.R.Civ.P. 56(rec'd9/15/03) |
| 09/16/2003 | 31 | Plff's Memorandum in support of motion for partial summary judgment |
| 09/16/2003 | 31 | (rec'd9/15/03) |
| 09/16/2003 | 31 | Plff's Statement of Legal Elements of claims(rec'd9/15/03) |
| 09/16/2003 | 31 | Plff's Statement of undisputed facts(rec'd9/15/03) |
| 09/16/2003 | 31 | Affidavit of compliance with Superior Court Rule 9A.(rec'd9/15/03) |
| 09/16/2003 | 31 | Designation of papers pur. to Rule 9a(rec'd9/15/03) |
| 09/22/2003 | | MOTION (P#31.0) ALLOWED, no opposition. (Patrick Brady, Justice) |

| Date | No. | Description |
|---|---|---|
| 09/22/2003 | | dated September 18, 2003 Notices mailed September 22, 2003 |
| 10/14/2003 | | Case status changed to 'Needs status review' at service deadline |
| 10/14/2003 | | review |
| 04/15/2004 | 32 | Defendant Black Rock Golf Club LLC's MOTION for leave to approve |
| 04/15/2004 | 32 | payment to plff or into court, and to dismiss (Black Rock) with |
| 04/15/2004 | 32 | prejudice as to claims arising from Black Rock membership |
| 04/15/2004 | 32 | Affidavit of compliance with Superior Court Rule 9A. |
| 04/21/2004 | | MOTION (P#32.0) ALLOWED--no opposition (John P. Connor, Jr., |
| 04/21/2004 | | Justice) dated 4/16/04 Notices mailed April 21, 2004 |
| 06/18/2004 | | Notice of Annual Civil Litigation Fee mailed to plaintiff's |
| 06/18/2004 | | attorneys, Martin P Desmery, David F. Hannon and Daniel C. Reiser on |
| 06/18/2004 | | June 18, 2004. |
| 07/09/2004 | | Annual Civil Litigation fee in the sum of $120.00 paid by the |
| 07/09/2004 | | plaintiff's attorney Martin P Desmery on July 09, 2004 |
| 12/02/2004 | 33 | Notice sent: of Status Review with a Return date of December 20, 2004 |
| 12/02/2004 | 33 | (Dortch-Okara, J.) cs |
| 01/13/2005 | 34 | Return of Status Notice by Atty. Daniel C. Reiser - the parties are |
| 01/13/2005 | 34 | in the process of negotiating and drafting an agreement for judgment |
| 01/13/2005 | 34 | that they anticipate filing with the Court shortly (Rec. 12/20/04) |
| 03/24/2005 | 35 | Notice sent to appear for pre-trial conference on April 11, 2005 at |
| 03/24/2005 | 35 | 2:00 P.M. |
| 04/12/2005 | 36 | Nisi dismissal; agreement or stipulation to be filed by May 12, 2005 |
| 04/12/2005 | 36 | (Judith Fabricant, Regional Administrative Justice) |
| 05/12/2005 | 37 | Joint Motion to extend and continue Nisi Order. fax rec'd 5/11/05 |
| 05/12/2005 | 38 | Original of P#37.0 |
| 05/13/2005 | | MOTION (P#37.0) ALLOWED to the extent that the Dismissal Nisi Order |
| 05/13/2005 | | of 4/12/05 is extended up to and including August 1,2005 (Patrick F. |
| 05/13/2005 | | Brady, Associate Justice) dated 5/13/05 Notices mailed May 13, 2005 |
| 07/28/2005 | 39 | Request upon clerk to default (55a) re: ARK Associates Inc by South |
| 07/28/2005 | 39 | Shore Savings Bank (rec'd 7/27/05) |
| 07/28/2005 | | Defendant, ARK Associates Inc is defaulted under Rule 55A for failure |
| 07/28/2005 | | to answer Second Amended Complaint |
| 07/28/2005 | 40 | Plaintiff South Shore Savings Bank's MOTION for Assessment of Damages |
| 07/28/2005 | 40 | against deft, ARK Associates Inc. (rec'd 7/27/05) |
| 07/28/2005 | 41 | Request for default (55a) for failure to answer re: ARK Assoc against |
| 07/28/2005 | 41 | Mary P Alcott, for failure to answer cross-claim |
| 07/28/2005 | | Defendant-in-crossclaim, ARK Associates is defaulted pursuant to Rule |
| 07/28/2005 | | 55a |
| 07/28/2005 | 42 | Plaintiff-in-crossclaim, Mary P Alcott's MOTION for Assessment of |
| 07/28/2005 | 42 | Damages against cross-claim deft, ARK Associates Inc |
| 08/05/2005 | | MOTION (P#40.0) ALLOWED, no opposition. (Patrick F. Brady, Associate |

| 08/05/2005 | Justice) dated August 2, 2005 Notices mailed 8/5/2005 |
| 08/05/2005 | MOTION (P#42.0) ALLOWED, no opposition. (Patrick F. Brady, Associate |
| 08/05/2005 | Justice) dated August 2, 2005 Notices mailed 8/5/2005 |