TABLE OF CONTENTS

Summary ... 1

REQUEST FOR JUDICIAL RECOMMENDATION TO FMC ROCHESTER ... 2

FACTS ... 2

   A.   Childhood ... 2

   B.   School & Sexual Abuse ... 3

   C.   Maladjustment from Abuse & Criminal History ... 5

   D.   Probation Revocation & the Over Represented Criminal History ... 6

   E.   A Period of Struggle & Reward ... 8

   F.   The Loan from South Shore Savings Bank ... 10

   G.   Cooperation with Creditors & Assessment of Personal Gain ... 11

   H.   Blackmail ... 11

   I.   Lying to Court About Cancer ... 13

   J.   Garbage Bag Not Evidence of Obstruction ... 13

ARGUMENT ... 14

POINT I: Guidelines Calculations ... 14

   A.   Offense Level ... 14

   B.   USSG §4B1.1 Career Offender Does Not Apply; Criminal History Over Represented ... 18

POINT II: VARIANCES ... 22

   The Parsimony Provision ... 22

   Weight of Various Factors ... 25

Mitigating Factors ... 27

Defendant's Age ... 28

Sexual Abuse as A Minor ... 29

Average White Collar Sentence ... 30

Drug Program/Halfway House ... 32

*US v. Castellano* ... 34

CONCLUSION ... 35