Fr. Talbot

April 8, 1980

TO: Father Dawber, S. J.

RE: Father Talbot, S. J.

+Steve:   P. Xti!

    In a recent conversation with the Provincial (O'Flaherty) he asked me to see to it that Jim Talbot be watched carefully by the school administration so as to avoid what Ed referred to as "excessive over-involvement in soccer." I mention this to you inasmuch as this will fall more naturally into your area of concerns as Principal.

# BOSTON COLLEGE HIGH SCHOOL

*150 MORRISSEY BOULEVARD, DORCHESTER, MASS. 02125*

*617/436-3900*

Dec. 17, 1979

Dear Steve:

Enclosed you will find
- 1 page – a very official reply to your very official letter of 11/27
- 1 page – an academic background and experience in teaching report
- 2 pages – a coaching experience and record report.

All of the above are as formal as hell, but if you need or want anything else, let me know.

I have officially resigned from coaching here as of a week ago. I figured that it was best for the kids and Biff to let them know rather than drag it out for a couple of more months. This way also Biff can get started in his search for a coach. The way it stands with the kids is that I have resigned as coach, I have applied to leave here at the end of the year, I have received a teaching offer and information that the head coaching job in soccer is open up there, I have expressed interest in being hired in both capacities, and it is up in the final analysis to the provincial whether or not I can make the shift, but the odds are very good.

I officially told the kids of the decision last week. The juniors had known I was considering it so the trickle down theory worked pretty well here as not too many of the younger ones were caught totally unawares. They have handled it very well. They are disappointed which I would say is probably the biggest tribute of all. (They are also not stupid and can read between the lines of the internal situation here, but they are handling that very discreetly at my request.) Many have also said in private that it is a right move.

Word got out to the faculty at large from the kids, so they know I am leaving here and applying for a position in Maine. No outward talk about internal situation here so it looks like a smooth transition.

As for the visit, I have one request. If possible I am going to a clinic in Philadelphia the weekend of January 19-20, so, if you can avoid it, that is a bad weekend. (If I have to cancel, I can cancel though.) As a suggestion, if it is not too soon, we have Martin Luther King Day off Jan. 15 ( I think.)(I dont have my calendar with me, and apart from JFK's death, I'm weak on holidays.) If that is so, I could come up for Monday (the 14th) and see the school at work. However you want it, if that is too early, is ok with me, but I agree I would like to observe a school day.

I understand this weekend we will be passing in the night you and the swimmers heading south and me going north. Be that as it may, have a good vacation if I dont hear from you and let me hear from you soon.         Peace,

Jim



# BOSTON COLLEGE HIGH SCHOOL

*150 MORRISSEY BOULEVARD, DORCHESTER, MASS. 02125*

*617/436-3900*

December 17, 1979

Rev. Stephen F. Dawber, SJ - Principal
Cheverus High School
267 Ocean Avenue
Portland, Maine 04103

Dear Steve:

As always it was good to hear from you in your letter of November 27. You are right. It was a very difficult decision for me to arrive at to request a transfer from B. C. High, but it was one that I spent much time and prayer in formulating, and I honestly believe that it is the proper one.

I was flattered by your job offer and would be very interested in applying for it. I feel well qualified to handle the academic load you suggest both in the History and the Economics.

In talking with J. J. Bresnahan I made it clear that I was looking for a position at a high school that would combine teaching and coaching as I believe that it is in the combination of the two that I can best satisfy myself and service a school. Therefore, I would be very eager to apply for the position as head coach of soccer at Cheverus as you begin a program next year. I believe, that in the light of my experience, I could provide the background necessary for the inception of such a program, and I feel that the responsibility of that position would afford me a challenge I would like to accept. Therefore, please definitely consider me as a candidate for the job.

In light of the above, at your convenience I would be interested in spending a day at Cheverus to observe the school and speak with you and anyone else about possibilities for next year.

Once again, thanks for your interest and concern and I look forward to hearing from you soon.

Sincerely yours in Christ

Jim

(Rev.) James F. Talbot, S.J.

cc: Rev. John J. Bresnahan, SJ
    Rev. Raymond J. Callahan, SJ
    Rev. William Russell, SJ
    Rev. James Benson, SJ