UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                         CRIMINAL ACTION
                                         NO.   04-10286-PBS

        v.

MICHAEL ALCOTT

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                         March 21, 2006

       The Sentencing previously scheduled for March 23, 2006, has been **rescheduled** to **March 28, 2006, at 2:00 p.m.**

                                   By the Court,

                                    /s/ Robert C. Alba
                                   Deputy Clerk

Copies to:  All Counsel

resched.ntc