UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10286-PBS

v.

MICHAEL ALCOTT

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                           March 21, 2006

At the request of counsel, the Sentencing previously rescheduled to March 28, 2006, has been **rescheduled** to **March 30, 2006, at 9:00 a.m.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc