**EXHIBITS A THROUGH M**
**FILED UNDER SEAL**