UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10286-PBS |
| v. ) | |
| ) | |
| MICHAEL W. ALCOTT, ) | |
| Defendant ) | |

**MOTION TO SEAL EXHIBITS A THROUGH M**
**OF THE AFFIDAVIT OF SCOTT ROBBINS**

The United States of America respectfully moves this Court to seal Exhibits A-M attached to the Affidavit of Scott Robbins filed on March 28, 2006 in anticipation of the defendant's sentencing on March 30, 2006. In support of this motion, the United States says that certain of the exhibits contain potentially sensitive personal information of innocent third parties. While the information is relevant to the upcoming sentencing of the defendant, public disclosure of the information on the court's docket is unnecessary and is outweighed by the interests of the innocent third parties in maintaining confidentiality of their personal information.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    **/s/ Jack W. Pirozzolo**
    Jack W. Pirozzolo
    Assistant U.S. Attorney

Dated: March 28, 2006

SO ORDERED:

_____
Honorable Patti B. Saris
United States District Judge

Dated:

**CERTIFICATE OF SERVICE**

  I, Jack W. Pirozzolo, Assistant U.S. Attorney, hereby certify that on March 28, 2006, I served a copy of the foregoing motion on counsel for the defendant.

            **/s/ Jack W. Pirozzolo**
            Jack W. Pirozzolo
            Assistant U.S. Attorney

**CERTIFICATE OF CONFERENCE**

  I, Jack W. Pirozzolo, Assistant U.S. Attorney, hereby certify that on March 27 and 28, 2006, I attempted to confer with the attorney for the defendant about the substance of the foregoing motion, but was unable to reach him.

            **/s/ Jack W. Pirozzolo**
            Jack W. Pirozzolo
            Assistant U.S. Attorney