UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

Action No. 1:04-cr-10286 PBS

v.

MICHAEL W. ALCOTT,
        Defendant.


OBJECTION TO PSR

N O W   C O M E S defendant, Michael W. Alcott, by his counsel, and requests

correction of an error in the PSR.  The defendant's address is stated incorrectly in

the last version of the PSR.

Defendant's correct address is as follows:

114 W. Center Street S.W.
Rochester, MN 55902


Dated this 29th day of March, 2006 at Boston, Massachusetts.


/s./    *Kevin L. Barron*

Kevin Lawrence Barron, Mass BBO 550712
Counsel to MICHAEL ALCOTT, Defendant
453 Washington Street - 5th Floor
Boston, Massachusetts 02111-1325
Telephone No. 617-482-6368
Facsimile No. 617-517-7711
Cellular No. 617-407-6837
Electronic Mail:  k@lawyerbarron.com

CERTIFICATE OF SERVICE

On March 29, 2006, counsel caused a true copy of this motion to be served on AUSA Pirozzolo through the CM/ECF of this District.  No party requires service by other means.

/s/    *Kevin L. Barron*

Kevin Lawrence Barron, Mass BBO 550712