UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| MICHAEL W. ALCOTT, | ) | |
| Defendant | ) | |

**AFFIDAVIT OF SCOTT A. ROBBINS**
**[Corrected]**
**[Exhibits Filed Under Seal]**

I, Scott A. Robbins, being duly sworn, depose and say:

1. I am a Special Agent for the Federal Bureau of Investigation (FBI). I have been employed by the FBI as an agent since April 1995. During the course of my employment with the FBI, I have received specialized training in the investigation and prosecution of white collar crimes. Since August 1995, I have been assigned to the investigation of financial crimes and various fraudulent schemes, among other offenses.

2. I submit this affidavit in connection with the sentencing of Michael W. Alcott ("Alcott"), the defendant in United States v. Michael W. Alcott, 04-cr-10286-PBS. The information set forth in this affidavit is based on my personal knowledge.

3. On May 12, 2005, I, along with other agents of the FBI, executed a search warrant on Alcott's residence at 4 Jason's Lane, Scituate, Massachusetts. Among the items seized was a desktop computer.

4. On May 20, 2005, I returned the desktop computer to Alcott's wife, Mary Alcott, at 4 Jason's Lane, Scituate, Massachusetts. At that time, Mary Alcott informed me that she had obtained a blue "Town of Scituate" trash bag from Alcott's son, Richard Alcott. Mary then provided me the trash bag and its contents. Attached hereto at Tab A is a copy of my report documenting that conversation with Mary.

5. I have kept custody of the trash bag and its contents since May 20, 2005. On or about March 8, 2006, I brought the trash bag and all of its contents to the United States Attorney's Office in Boston, Massachusetts and made the contents available to Alcott's counsel for his review.

6. Included within the trash bag were a number of items. I have attached to this affidavit copies and photographs of some, but not all, of the items that were contained in the trash bag.

7. Attached at Tab B is a copy of an unsigned letter to "Mary" dated April 29, 2005.

8. Attached at Tab C is a copy of an unsigned e-mail to "Sweetie" dated April 29, 2005.

9. Attached at Tab D is a copy of a folder and its contents of a file titled "Paul Webber" with various identification-related documents, including an e-mail message from "fakeidguru.com."

10. Attached at Tab E are copies of various casino gambling cards found in the trash bag.

11. Attached at Tab F is a copy of a business card from an oncology social worker at Massachusetts General Hospital.

12. Attached at Tab G are copies of informational brochures on prostate cancer.

13. Attached at Tab H is a copy of a handwritten document with the handwritten signature of "Anthony Zeitman."

14. Attached at Tab I is a copy of a letter sent to "Peter Muse" purporting to be from "Tony Zeitman."

15. Attached at Tab J is a photograph of a voice scrambler found inside the trash bag.

16. Attached at Tab K are copies of two letters relating to the misuse of a Discover Card in the name of Mary Alcott.

17. Attached at Tab L is a copy of a client statement related to Mary Alcott's 401K account.

18. Attached at Tab M is a copy of internet screen shots of bank account information with handwritten notes.

Subscribed and sworn to under the penalties of perjury.

_____
Scott A. Robbins
Special Agent
Federal Bureau of Investigation

4

**EXHIBITS A THROUGH M
FILED UNDER SEAL**