Kerri Alcott
101 West Water Street
Rockland, MA
339-788-7933

To Whom It May Concern,

    I am writing this letter on behalf of my father, Michael Alcott. I think it is important for everyone involved to understand this man like I do. My father is an extremely caring man, probably too caring for his own good. He cares more for the people around him, specifically me, my brother's Richard and Harrison, and my sister Emma, then he does for himself. I whole heartily believe this is his reason for the things he stands trial for today. Without getting too into his case, we all know why he is here; I believe my father panicked when the economy took its turn and his business started to drown. He was scared he would be unable to continue to provide for us kids and give us the things he was already working so hard for (i.e. private school, college for me, cars, etc.) I understand that not everybody can have these things and it is not acceptable to go about illegal means to get them, however due to my fathers upbringing I do not think his understanding is this clear.

    For as long as I can remember I have been a "daddy's girl." Growing up my father has grown to be my best friend. I have always been able to go to my father with anything, including money problems, boy troubles, and things as serious as drug addictions. My father has always been there for me, no matter what. He has always done everything in his power to help me with whatever I need. My father has also, ironically, done an amazing job at teaching me responsibility and right from wrong. My father brought me up imposing the importance of trust and honestly everyday. In fact, the only thing I can ever remember being punished for is being dishonest. My point is that my father knows, deep down, what is right. There is an amazing person inside of him, one capable of good and honest things, one who cares for everyone around him, including himself. I just think he needs help to find that person and I personally will always be there to help him, just like he was always there to help me.

    I hope that you will take this letter into consideration when it comes to my fathers sentencing. I have been visiting him weekly and I have seen the difference the truth has had on him. I can see, each week, his eyes opening to the truth of what he has done, and who he has hurt. I know that once those eyes are fully open my father will be capable of being the amazing person I personally know he is. I could go on and on about how amazing I think this man is, however I am sure it will do no good, I know this is not a measure of good against bad. I just hope I have helped you understand that Michael Alcott is not a bad person, he is just a lost person trying to be; and once he is found he will be a truly honest and good father, friend, and person. I have seen it!

Thank you for your time,

*Kerri Alcott* (signature)

Kerri Alcott

To Whom It May Concern:                                    February 15, 2006
Reference To: Mr. Michael Alcott
Letter of Recommendation

To Whom It May Concern:

My name is Daniel Alcott, and I am the nephew of Mr. Michael Alcott. I am writing this letter to inform you that my uncle is a caring, respectable man, despite what he has been through recently. This is a very tough time in his life right now, and I support him one hundred percent. I hope this letter helps you see in him what I have my entire life.

Growing up I was always into sports, but basketball was my first love. After high school I enrolled at Endicott College, in Beverly, MA, and played for the men's basketball team. This would have never been possible if it were not for my family, especially my uncle. I have great memories of going to local parks as a young child with my uncle, and him taking the time to teach me the sport, which ended up become a huge part of my life. Basketball helped me get into college, and will eventually help me get a successful job. Without the love and support of my uncle when I was young, none of this would be possible.

My uncle has always been there for me, and that is why I am there for him now. He truly is a great man. He has supported me throughout my life, through the good times and the bad. This is a man who has a family that cares deeply about him. Should he need any help in the future, I will be there for him. I really hope that you get something out of this letter, and I thank you for taking the time to read it.

Sincerely,

Daniel Alcott