FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   05/23/2005

    On Friday, May 20, 2005, a Dell Dimension 4400 CPU, serial number 270HG11, FBI bar code E03766392, 1B-6, was returned to MARY ALCOTT, 4 Jason's Lane, Scituate, Massachusetts after a mirror image of the computer was taken by SA Kevin Swindon. The computer was brought into Mrs. Alcott's home and reconnected. It was then turned on and Mrs. Alcott confirmed its functionality. She then signed a return receipt.

    Mrs. Alcott then handed over a blue "Town of Scituate" garbage bag. MICHAEL ALCOTT had given the bag to his son ██████ the previous week and asked him to throw it away. ██████ returned the bag to MARY after she asked for it.

    Mrs. ALCOTT also reported that MICHAEL admitted to her that he charged approximately $30,000 to her credit cards without her knowledge or consent. He also admitted to taking $150,000 from her 401K account.

    MICHAEL had opened a 401K account for MARY at ADVEST, Norwell, Massachusetts. She rolled over her 401K from her previous employer, TIME WARNER, into the ADVEST account. MICHAEL took two unauthorized withdrawals, one for $50,000 and another for $100,000.

Investigation on   05/20/2005   at   Scituate, Massachusetts

File # 29B-BS-92399                             Date dictated

    SA Debra S. Robbins
by   SA Scott A. Robbins/sar

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.