April 29, 2005

Mary

If you're reading this then I am gone one way or another, either I have found the guts to kill myself, or I'm gone to jail for a long time.

I don't really know where to begin. I have tried since first grade to stop lying and live a normal life. However, I have discovered that I am incapable, I believe that I am a sociopath. I have always truly wanted to be a good person, but it was never enough to just sit back and let it happen I have always had to force myself and my ways on people. I truly, without excuse, believe that my childhood rape is what sent me over the edge.

Since I met you I have tried so hard to be normal. However, every time something goes wrong my will kicks in and I start scheming, cheating, lying, etc anything to make Michael look good and normal. I have BEGGED GOD and the Blessed Mother to take my demons away, but it hasn't happened and I just keep hurting people. I know that you don't want to hear this but I do love you and I will always love you and the babies. The last few months realizing that this day would come and I would be taken from you and the babies has absolutely broken my heart. I look at you wi▮▮▮ a▮▮▮ with absolute delight, yet I realize that I will not get the chance to grow old with the three of you. You are wonderful!!!!!  Please love our babies with all that you can, and seek the support of your family, they are good strong people. Most of all you are a good, strong, awesome woman, please believe that…..take the gift of our children and throw the rest of what I have done out because none of it is your fault. You are a kind, loving woman of GOD…teach that to our children and raise them with pride.

Hopefully you're reading this because I killed myself, because honestly that is the only way that I could leave you and the babies with any financial security.

Sweetie, it's Monday, May 2nd and I'm dying to tell you the truth……it's literally killing me, but I keep thinking that I want another day with you and the babies and if I tell you the truth I'll be gone. I'm a mess!!!!!  I love you soooooo much, but I'm so fucked up I act before I think and once again I am in a position of not being able to tell you the truth. I don't even know where to begin, because in many ways I don't even know how I got here again in less than two years. My life has been nothing but a complete waste!!! I'm sorry that I brought you into it…..YOU deserve much better. I can't write today, I will try more tomorrow, I am also going to try to talk with ▮▮▮▮…..I have confessed all to a priest in at Arch Street, but not to anyone that I know.

Mary, it's Friday the 7th…….yesterday I got news that ▮▮▮▮ has resigned as my Attorney, he didn't give a reason but I know what it is. I have contacted ▮▮▮▮ and confessed all and spoken this morning with ▮▮ and confessed all now its time to tell you and I am having trouble even looking at you because what I have done is soooo sick. Back when I got the Prostititis, on the 3rd diagnosis it was suggested that I should be checked for Prostate Cancer….well the test result was negative, however I chose to tell

you and the whole world that it was positive. The reasons, I'm not sure, but I believe that it was because I thought that I could delay going to jail and try to make things right for you and the babies, and selfishly I was not ready to leave. This became a big snow ball going down hill...once the lie started how could I stop it?...I couldn't confess it and I couldn't suddenly not have cancer. Then it seemed to start helping my case, so I ran with it. Yes, the lies are gross, they are even beyond my comprehension.....wearing diapers, even staining them with blood, faking nausea, although sometimes the nausea was real from the emotional hell that I created for myself. Once I realized that I had you, your family, my kids and our friends all so worried I couldn't face the truth.....it sooo gross it even turns my stomach. So many times I have cried out to GOD and the Blessed Mother to take my demons away, but they never did...I just kept acting psychotically. This week ▮ and I went to court and he presented the court with a letter that he thought my Doctor had mailed to him(in reality I had forged it on stolen MGH stationary). So, now the US Atorney and the judge believe that I'm terminally ill along with the rest of my world. Well this wee▮ ▮nforms me that the Us Attorney and he need to speak with the Dr.....so, I fax ▮ from the hospital in the Dr's name and suggest a conference call, in which I intended to portray the Dr. Well, all day yesterday I sat at the phone at MGH and they didn't call....when I got home there was an email from ▮ resigning as my attorney...no explanation, but I can only believe that he discovered the truth. So, I now sit here not knowing if the Feds know and are on their way to get me or if only▮ knows but the Feds will obviously discover whatever he did. I called ▮ and he will represent me and is contacting Peter and he made me tell ▮ nd expects me to tell you........I DON't KNOW IF I CAN all I can think of is the pain in your reaction to me telling you about my previous lies.
On top of all of this the finances are a mess. One month after I started the Staffing business it was done with because of ▮ telling clients all about me....nobody stayed with me, but I was making $ doing the speaking so I thought that I could get us through it, well it didn't work it just wasn't enough so I hit all of our credit cards mine and most of yours....I changed the addresses to my PO Box and ran them up.....so< I've been drowning in the debt of the monthly payments. I even forged your name and withdrew $150,000(the entire balance) from your 401k and that wasn't enough. At this point I am sitting here writing letters confessing to fraud on each credit card and the pension plan....I believe there's a good chance that you will get all this money back, but you will probably have to file criminal charges against me.
After writing all of this I can still tell you that I LOVE YOU, I know how strange that sounds but the last 7 years with you have been the best of my life. You are an extraordinary woman who will survive this.........I can't even look at you and the babies today without crying because I know I'm about to lose the best things in my life forever. I am sitting here questioning GOD's existence because I know that I do not want to be a bad person, but I know that I am. I hurt everyone that comes in contact with me, including myself......I have honestly not had a peaceful moment in my life in 35 years. How can GOD let this happen to one of his children, I have begged for HIS help in getting rid of my demons, I can only conclude that I am sick and will be forever. So, I fell totaly hopeless.

I am left with 3 options:
1) Come clean with you and the authorities and go away to jail for a very long time, and probably never see you or the babies EVER again, while at the same time leaving you in financial stress.
2) Run away, but that seems less of an option every minute.
3) Suicide, this is the option that I am leaning towards, as it frees me from me and it gives you financial security and takes the humiliation and stress away from you and the babies, "Daddy was sick and died". I wish I had the courage to do it right now while you're at the park and I could let ▇▇ find me, but I'm afraid to go to hell. However, I am thinking that because I have fought all my life to overcome these demons and I have tried to get GOD's help then maybe someday GOD will forgive me.

Three great option huh, either live a life of hell without my loved ones or go to hell for real. If I think of you I want you to get the million dollars and be secure.....I'd love to be able to ask you what you want me to do, but that's not fair I have to make this decision, in the meantime I am hoping that I can get thru Mother's day with you and the babies....because my greatest joy in life is seeing you as a Mom.....You are definitely one of the great ones, please don't let me and my psychotic behavior take that away from you. I desperately want to tell you all of this, however it's two days before Mother's Day and you deserve to have a special day with our children before this all comes down..

It's Saturday and I'm dying inside, you have noticed but I have just told you that I am in a funk. Thus far I have confessed to ▇▇ who has shared with ▇▇▇, and I have shared with ▇▇▇▇ who has spoken to both of them. All three of them are focusing on you, they want to prepare for them and others to be there for you. I just found out last night that I have to be in court Monday morning @ 8am......so I have a lot to do in a short amount of time. I have to try to get some quality time with you and the babies and at the same time try to organize a lot so that you know whats what. ▇▇▇ is on his way over to hear my confession, I know that he along with the others is going to try to talk me out of suicicde, but I see no alternative. The only alternative is to go to jail for probably 10 years, probably become even more psychotic and never get to see you or the babies.....and know all that time that you are on the outside struggling. I would rather chance going to hell and know that you three are taken care of.

During my conversations with ▇▇ he had some questions that I am sure will be on your mind......I did not fake the weight loss, it's mostly a result of being in such an emotional state that I can't eat. And yes I did have a speaking business, but some of my trips to Vegas were purely for gambling, as I was hoping to make the big score and bail us out. I am so sorry for all of this, I know that you must be sitting there saying, but he let me and others suffer so much......and for that I will never forgive myself....you need to find someone that will return that kind, giving spirit of yours I am just a taker and I don't know that I will ever be anything else. I have heard two things in AA recently that seem to refer to me.....one woman talked about a book that she was reading that was called "The Sociapath Next Door" it said that 1 in 5 people were born with no consciense, I

think that is me. The other one is when we read in AA about the Spiritually incapable person who just can't get the program…I have been thru every addiction in the world, Drugs, Alcohol, Money, Sex, Gambling…..will it ever end? I don't think so, so why should I leave myself on this earth to keep hurting others. Maybe GOD will understand that I am doing this because I have tried everything else and I can't keep hurting people, although everything that I read says that suicide will send me to hell and that I can't even have a Catholic burial. If that's the case then please pray that GOD releases me from hell some day. But most of all, live a happy life with ▮▮▮ and ▮▮▮. Tell ▮▮▮ that I will neve rforget his laugh, athleticism, sense of humor and love. And tell Emma that I will never forget her smile, kindness, quirkiness and love. Please don't EVER let them believe that I didn't love thm.