4/29/2005

Hi Sweetie

> Probably not calling today…I am very down. I went to court yesterday and
> they put me on electronic home confinement. I can only leave the house to
> go to my medical treatments and church. Other than that I can't even go in
> the yard. I'm wearing an electronic anklet. I can't travel or even visit
> clients, so I can't even earn any money….So, we're going to have to put
> the house up for sale and I'm just totally feeling sooooooo guilty. I can't
> even look at Mary and the kids.
>
> Keep your chin up and do better in life than me.
>
> Love You Always,