MB ETC

276 WASHINGTON ST, BOSTON 02108
(617) 742-6245

644 MIDDLE ST, WEYMOUTH 02189-1130
(781) 340-1115

2756 N GREEN VALLEY PKWY
HENDERSON, NV 89014-2120
(702) 454-5220

```
BHE GRANT            800
BHE WAIVER          1000
FED SUP ED GR        500
W/STUDY             1500
STAFFORD            2625
PELL                4050
MASS GR             1500
UMASS               3400
```

AA
11950q

