

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
| City | State | Zip Code | Social Security # |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A_____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

Employee's Signature                    Date (month/day/year)

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature            Print Name

Address (Street Name and Number, City, State, Zip Code)        Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B **and** one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |

Document title: _____
Issuing authority: _____
Document #: _____
Expiration Date (if any): ___/___/___
Document #: _____
Expiration Date (if any): ___/___/___

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative    Print Name    Title

Business or Organization Name    Address (Street Name...)    State, Zip Code    Date (month/day/year)

**Section 3. Updating and Reverification.** To be completed and signed by employer

A. New Name (if applicable)          B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.
Document Title: _____    Document #: _____    Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative        Date (month/day/year)

Form I-9 (Rev. 11-21-91) N





© 2003 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (01/(
7021G

# WESTERN UNION

**To send money / Para enviar dinero**

www.westernunion.com

PLEASE PRINT / Por favor escriba
Preferred Customer No. / Número de Cliente Preferido

Sending Money to / Para enviar dineroa:
☐ USA   ☑ International (excludes Mexico) / Internacionales (No incluye a Mexico)

Dollar amount in words* / Cantidad de dólares con letra*: ONE HUNDRED & TWENTY NINE 00/100
Dollar amount* / Cantidad en dólares*: $129.00

When sending $1,000 or more, you must provide proper identification and additional information.

Receiver / Destinatario: CARSTEN [redacted]
First name / Nombre   Paternal last name / Apellido paterno   Maternal name / Apellido Materno

Sender's name / Nombre del remitente: [redacted]
Sender's telephone / Teléfono del remitente: [redacted]
Sender's address / Dirección del remitente: P.O. BOX 363
NORTH SCITUATE   MA   02060
City / Ciudad   State / Estado   Zip / Código postal

Expected payout location / Localidad donde se esperará el pago: HOJSLEV   DENMARK
City / Ciudad   State / Estado   Country / País

If sending less than $1,000 and the receiver does not have valid identification, complete the Test question and answer. (The maximum amount that can be picked up without I.D. is $999.99.)

Test question (limit 4 words) / Pregunta de Comprobación límite 4 palabras):
Question / Pregunta:       Answer / Respuesta:

Optional services available at additional cost. Check services desired:

☑ Include this message / Envíe esta mensaje con dinero.    # G110554953IG

☐ I want a check delivered to the following address (selected international locations only):

☐ I want Western Union to telephone the receiver   (   )

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HA ELEGIDO, ESTÁN ESPECIFICADOS EN EL REVERSO DE ESTE FORMULARIO. AL FIRMARLO, USTED ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DÓLARES AMERICANOS POR MONEDA EXTRANJERA. POR FAVOR LEA EL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

Customer's signature / Firma del cliente: [redacted]

© 2000-2003 Western Union [redacted]   DFMTOSNDB (05/03G)

**Shaded area (right column):**
- Do not write in shaded area / No escriba en el área obscura
- Operator number / Número de operador
- Date / Fecha __/__/__   Sent time / Hora de envío
- I.D. type / Tipo de indentificacion   Number / Número
- Date of birth / Fecha de nacimiento __/__/__   Occupation / Ocupación
- Social Security No. / Número de Seguro Social
- Money Transfer Control Number / Número de control de transferencia
- Amount / Cantidad $
- Charge / Cargo $
- Telephone or delivery charge / Cargo por entrega a domicilio o llamada telefónica $
- Message charge / Cargo por el mensaje $
- Tax / Impuesto $
- Total amount collected / Cantidad total cobrada $
- Rate of exchange* / Tipo de cambio*
- Amount to be paid* / Cantidad a pagar*

**Customer Copy / Copia del cliente** (watermark)

---

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

**WESTERN UNION**
© 2003 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (01/0
7021G

```
SHAWS #190                              Oper ID: 070  Money Transfer Send
364 CHIEF JUSTICE CUSHING HWY           01/14/05      Envio de Dinero
COHASSET MA 02025                       1222P EST     MTCN: 994-260-3020

Sender/Remitente: ███████████
Receiver/Destinatario: CARSTEN ELSOE

Available In/Disponible en: DENMARK
Payout amount/Cantidad de pago: 709.18 KRONE
Exchange Rate/Tipo de cambio:   5.4975245


                                       Amount/Cantidad:       $   129.00
                                       Charge(s)/Cargos:
                                         Service/Servicio:        22.00
                                         Total/Total:         $   151.00
```

The currency and exchange rate has been set and is listed above.
El tipo de cambio se ha establecido y se muestra en la parte de arriba

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGN ING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. *IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHE IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF LIS ED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, TH EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN STRANGER ASKS YOU TO SEND MONEY.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. A FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNIO TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO D MONEDA. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO U DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

WESTERN UNION
© 2003 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (01.
7021G



🖨 Send To Printer  Back To Directions

**Start:** ▓▓▓▓▓▓▓▓▓▓

**End:** ▓▓▓▓▓▓▓▓▓▓

**Distance:** 11.02 miles

**Total Estimated Time:** 16 minutes




classmates•com

**Friends from School**

**CLICK HERE** to find out what your old friends are up to...

**Reunite with friends from your past!**

- ➡ Elementary School
- ➡ High School
- ➡ College
- ➡ Military

| Directions | Distance |
|---|---|
| **START** 1. Start out going NORTHEAST on UNION ST toward IVORY ST. | 0.2 miles |
| ⬆ 2. Enter next roundabout and take 1st exit. | 0.3 miles |
| 🛣 3. Stay STRAIGHT to go onto MA-3 S. | 8.4 miles |
| EXIT 13 4. Take the RT-53 N exit- EXIT 13- toward RT-123/NORWELL/HINGHAM. | 0.2 miles |
| ⬅ 5. ▓▓▓▓▓▓▓▓▓▓ | 0.6 miles |
| ➡ 6. ▓▓▓▓▓▓▓▓▓▓ continue to follow MA-123 | 0.3 miles |
| ⬅ 7. ▓▓▓▓▓▓▓▓▓▓ JACOBS LN | 0.6 miles |
| ↱ 8. ▓▓▓▓▓▓▓▓▓▓ | <0.1 miles |
| ➡ 9. Turn ▓▓▓▓▓▓ CAPTAIN JOSHUA LN ▓▓▓ | <0.1 miles |
| **END** 10. ▓▓▓▓▓▓▓▓ Joshua Ln, Norwell, MA 02061-1147 US | |



**Start:**
Braintree, MA

**End:**
45 Captain Joshua Ln

02184 US

Norwell, MA
02061-1147 US





**Notes:** ................................................................

................................................................

................................................................

................................................................

................................................................

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, **you may claim fewer (or zero) allowances.**

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see **Pub. 919**, How Do I Adjust My Tax Withholding?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using **Form 1040-ES**, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . A ___

B  Enter "1" if:  
  • You are single and have only one job; or  
  • You are married, have only one job, and your spouse does not work; or  
  • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.  } . . B ___

C  Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . . . . . . . . C ___

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . D ___

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . E ___

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ___

G  **Child Tax Credit:**
  • If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
  • If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. G ___

H  Add lines A through G and enter total here. **Note:** *This may be different from the number of exemptions you claim on your tax return.* ▶ H ___

For accuracy, complete all worksheets that apply.
  • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
  • If you are **single**, have **more than one job** and your combined earnings from all jobs exceed $34,000, OR if you are **married** and have a **working spouse or more than one job** and the combined earnings from all jobs exceed $60,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
  • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

- - - - - - - - - - - - - - - -   Cut here and give Form W-4 to your employer. Keep the top part for your records.   - - - - - - - - - - - - - -

Form **W-4**  
Department of the Treasury  
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2000**

| 1 | Type or print your first name and middle initial | Last name | | 2 Your social security number |
|---|---|---|---|---|
| | Home address (number and street or rural route) | | 3 ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.<br>Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.* | |
| | City or town, state, and ZIP code | | 4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card . ▶ ☐ | |

5  Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2) . . . 5 ___

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . 6 $ ___

7  I claim exemption from withholding for 2000, and I certify that I meet **BOTH** of the following conditions for exemption:
  • Last year I had a right to a refund of **ALL** Federal income tax withheld because I had **NO** tax liability **AND**
  • This year I expect a refund of **ALL** Federal income tax withheld because I expect to have **NO** tax liability.
  If you meet both conditions, write "EXEMPT" here . . . . . . . . . . . . . . . . ▶ 7 ___

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

**Employee's signature**  
(Form is not valid unless you sign it) ▶ _____   Date ▶ _____

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number

Cat. No. 10220Q