

# More Miles.

# Every Day.

## 15,000 Bonus Miles after your first purchase.[1]

- Earn 15,000 Bonus Miles after your first purchase[1]
- Earn 1 mile for every $1 you spend on purchases[2]
- Free One-way, 1,000-Mile One-class Upgrade Certificate[1]
- Free $25 United Discount Travel Certificate[1]
- Up to $1,000,000 Travel Accident Insurance



UNITED
Mileage Plus.

4388 1234 5678 9012
VISA SIGNATURE
00/00 V
VISA

## Start Building Great Travel Rewards
## Apply now at 1-888-865-7955.

this offer.

lication

am not a Mileage Plus member.
Please enroll me and assign me
a member number.

Date of Birth (required)

☐ Rent ☐ Own ☐ Other
Residence (check one)

Yrs      Mos
Length of Time at Present Address

.00
Monthly Housing Payment

Please Check if You Have:
☐ Checking Account
☐ Savings Account


T029

below to my new account:

59357_7955

33WS

4BSW06

e only available to first
to your Mileage Plus
irst purchase. Bonus
ade Certificate are n
s Upgrade Certificate
tes.
never, there is no
urchases only. Mile
insure the balance

N

)elow.³
ome
e Rate.⁴

lus up

yourself every day
your kids to the movies, your car to the gas station or yourself
and getting miles in return. Miles that can add up to your dream
United Mileage Plus® Visa® card with Visa Signature benefits, rewards
things you do every day. Apply now and receive 15,000 bonus miles
first purchase to get you started.

- 15,000 bonus miles after 1st purchase.¹
- 1 mile for every $1 you spend on purchases.²
- One-Class Upgrade Certificate
- $25 United Discount Travel Certificate
- to $1,000,000 Travel Accident Insurance

# 15,000 Bonus Miles after your first purchase.¹

**Please see important information about rates, fees and other costs included with this offer.**

## United Mileage Plus® Signature Visa® Application

☐ I am not a Mileage Plus member. Please enroll me and assign me a member number.

**Please tell us about yourself**
Please print in black ink, one character to a box.

Please Enter Your United Mileage Plus Number

First Name (Required)    Middle    Last Name (Required)    Date of Birth (required)

☐ Rent ☐ Own ☐ Other
Residence (check one)

Social Security Number (required)    Home Telephone (required)    Mother's Maiden Name (for security purposes)

Street Number (required)    Street Name (required–no P.O. Boxes accepted)    Apt No.    Yrs    Mos
Length of Time at Present Address
.00
City (required)    State (required)    Zip (required)    Monthly Housing Payment

Please Check if You Have:
☐ Checking Account
☐ Savings Account

E-Mail Address (optional) here, and we'll keep you informed of upcoming special values via e-mail.

Present Employer    Business Telephone

Occupation/Position    Yrs    Mos    .00
Time with Present Employer    Annual Household Income*
*Alimony, child support, or separate maintenance income need not be revealed if you do not wish it to be considered as a basis for repaying this obligation.

☐ **YES!** Please send the below authorized user a free additional card:

T029

First Name    Initial    Last Name

BALANCE TRANSFER OPTION Transfer the amount(s) shown from the MasterCard® Visa® Discover® American Express® or any store card account(s) listed below to my new account:

1. Amount    Account Number (refer to credit card)

2. Amount    Account Number (refer to credit card)

3. Amount    Account Number (refer to credit card)

X
Your Signature    Date

APC4619_FSI59357_7955

33WS

**Authorization:** I certify that I am at least 18 years of age, and that I have read and agreed to all of the terms, authorizations and disclosures included with this form, and that everything I have stated in this application is true and correct. I agree that Bank One and the partner named in this offer may share information about me and my account(s).

4BSW06

**Michael Alcott**

| | |
|---|---|
| From: | FakeIdGuru [webmaster@fakeidguru.com] |
| Sent: | Wednesday, January 12, 2005 12:06 PM |
| To: | |
| Subject: | |
| Importance: | High |

Hello Advanced Financial Group,

We successfully received the order form submitted by you and attachments.

Your invoice

Follow the easy directions below and we will be making your order in a few hours.

Do a Western Union Money Transfer to our employee in charge of receiving funds. His contact information is as follows:

Receiver's Name: Carsten
Receiver's Last Name: Elsoe
Receiver's City: Hojslev
Receiver's Country: Denmark

Pay with cash at your local Western union location. If you do not already know your closest location visit www.westernunion.com to find it.

Pay by credit card online at www.westernunion.com (if you pay online with your credit card Western Union will call your billing phone number to verify payment. This is their policy for all credit card money transfers not just for your order from us. Your payment will NOT be valid until you verify it by phone, so please do not fill out the form from the link below untill it is verified.)

Once you have made payment fill out our Payment Confirmation Form at http://www.fakeidguru.com/payment_confirm.php

Now sit back and relax.in just a few short days the "new you" will be delivered to your shipping address discreetly packaged.

Sincerely,
Guru Designs
www.fakeidguru.com

Please confirm payment as requested above within 24 hours of submitting the order form or your order will be deleted (no exceptions).

1

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

Print Name: Last _____ First _____ Middle Initial _____ Maiden Name _____
Address (Street Name and Number) _____ Apt. # _____ Date of Birth (month/day/year) _____
City _____ State _____ Zip Code _____ Social Security # _____

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

Employee's Signature _____ Date (month/day/year) _____

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature _____ Print Name _____
Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

List A            OR     List B            AND     List C
Document title: _____
Issuing authority: _____
Document #: _____
Expiration Date (if any): ___/___/___
Document #: _____
Expiration Date (if any): ___/___/___

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative _____ Print Name _____ Title _____
Business or Organization Name _____ Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 3. Updating and Reverification.** To be completed and signed by employer

A. New Name (if applicable) _____
B. Date of rehire (month/day/year) (if applicable) _____
C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.
Document Title: _____ Document #: _____ Expiration Date (if any) ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.
Signature of Employer or Authorized Representative _____ Date (month/day/year) _____

Form I-9 (Rev. 11-21-91) N

# Form W-4 (2002)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2002 expires February 16, 2003. See **Pub. 505,** Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if **(a)** your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and **(b)** another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919,** How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using **Form 1040-ES,** Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2002. See Pub. 919, especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

A   Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A _____

B   Enter "1" if:   {   • You are single and have only one job; or
                              • You are married, have only one job, and your spouse does not work; or   }   . . B _____
                              • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

C   Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . . . . C _____

D   Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . . D _____

E   Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above)   . E _____

F   Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F _____
    (**Note:** *Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.*)

G   **Child Tax Credit** (including additional child tax credit):
    • If your total income will be between $15,000 and $42,000 ($20,000 and $65,000 if married), enter "1" for each eligible child plus **1 additional** if you have three to five eligible children or **2 additional** if you have six or more eligible children.
    • If your total income will be between $42,000 and $80,000 ($65,000 and $115,000 if married), enter "1" if you have one or two eligible children, "2" if you have three eligible children, "3" if you have four eligible children, or "4" if you have five or more eligible children.     G _____

H   Add lines A through G and enter total here. **Note:** *This may be different from the number of exemptions you claim on your tax return.* ▶ H _____

For accuracy, complete all worksheets that apply.   {
    • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
    • If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
    • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010 **2002** |

1   Type or print your first name and middle initial     Last name                             2   Your social security number

Home address (number and street or rural route)         3   ☐ Single   ☐ Married   ☐ Married, but withhold at higher Single rate.
                                                                                Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

City or town, state, and ZIP code                 4   If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5   Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2)   5 _____

6   Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6   $ _____

7   I claim exemption from withholding for 2002, and I certify that I meet **both** of the following conditions for exemption:
    • Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
    • This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
    If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 7 _____

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

**Employee's signature**
(Form is not valid unless you sign it.) ▶ _____       Date ▶ _____

8   Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)   9   Office code (optional)   10   Employer identification number

Cat. No. 10220Q





**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

Print Name: Last _____ First _____ Middle Initial _____ Maiden Name _____

Address (Street Name and Number) _____ Apt. # _____ Date of Birth (month/day/year) _____

City _____ State _____ Zip Code _____ Social Security # _____

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

Employee's Signature _____ Date (month/day/year) _____

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature _____ Print Name _____

Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

List A                OR       List B         AND      List C

Document title: _____
Issuing authority: _____
Document #: _____
Expiration Date (if any): ___/___/___
Document #: _____
Expiration Date (if any): ___/___/___

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative _____ Print Name _____ Title _____
Business or Organization Name _____ Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 3. Updating and Reverification.** To be completed and signed by employer

A. New Name (if applicable) _____ B. Date of rehire (month/day/year) (if applicable) _____

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): _____

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative _____ Date (month/day/year) _____

Form I-9 (Rev. 11-21-91) N

# Form W-4 (2002)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2002 expires February 16, 2003. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if (a) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919**, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using **Form 1040-ES**, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2002. See Pub. 919, especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

A Enter "1" for **yourself** if no one else can claim you as a dependent ........ A _____

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B _____

C Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) ........ C _____

D Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return ........ D _____

E Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E _____

F Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F _____
  (**Note:** *Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.*)

G **Child Tax Credit** (including additional child tax credit):
- If your total income will be between $15,000 and $42,000 ($20,000 and $65,000 if married), enter "1" for each eligible child plus **1 additional** if you have three to five eligible children or **2 additional** if you have six or more eligible children.
- If your total income will be between $42,000 and $80,000 ($65,000 and $115,000 if married), enter "1" if you have one or two eligible children, "2" if you have three eligible children, "3" if you have four eligible children, or "4" if you have five or more eligible children. G _____

H Add lines A through G and enter total here. Note: *This may be different from the number of exemptions you claim on your tax return.* ▶ H _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

**Form W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010
Department of the Treasury  Internal Revenue Service | ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | **2002**

1  Type or print your first name and middle initial    Last name | 2 Your social security number

[home address, city, state, zip redacted]

3  ☐ [Single] ☐ Married ☐ Married, but withhold at higher Single rate.
   Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)

6  Additional amount, if any, you want withheld from each paycheck

7  I claim exemption from withholding for 2002, and I certify that I meet **both** of the following conditions for exemption:
   - Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
   - This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
   If you meet both conditions, write "Exempt" here ▶ 7

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it.) ▶ _____    Date ▶ _____

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number

Cat. No. 10220Q

# Form W-4 (1999)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 1999 expires February 16, 2000.

*Note: You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. **However, you may claim fewer allowances.**

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see **Pub. 919**, Is My Withholding Correct for 1999?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding will usually be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

## Personal Allowances Worksheet

- **A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **A** _____
- **B** Enter "1" if:
  - You are single and have only one job; or
  - You are married, have only one job, and your spouse does not work; or
  - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
  
  . . **B** _____
- **C** Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (This may help you avoid having too little tax withheld.) . . . . . . . . . . . . . . . . . **C** _____
- **D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . **D** _____
- **E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** _____
- **F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____
- **G** **Child Tax Credit:**
  - If your total income will be between $20,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
  - If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children . . **G** _____
- **H** Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return. ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are **single**, have **more than one job** and your combined earnings from all jobs exceed $32,000, OR if you are **married** and have a **working spouse or more than one job** and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

------------------- Cut here and give the certificate to your employer. Keep the top part for your records. -------------------

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010 **1999** |

1. Type or print your first name and middle initial | Last name | **2** Your social security number
Home address (number and street or rural route) | **3** ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate. Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.
 | **4** If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new ▶ ☐

5. Total number of allowances you are claiming (from the worksheets on page 2 if they apply) | **5** ___
6. Additional amount, if any, you want withheld from each paycheck | **6** $___
7. I claim exemption from withholding for 1999, and I certify that I meet BOTH of the following conditions for exemption
   - Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
   - This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability
   If you meet both conditions, write "EXEMPT" here ▶ **7** ___

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it) ▶ _____  Date ▶ _____

8. Employer's name and address | 9 Office code (optional) | 10 Employer identification number



