

**MASSACHUSETTS GENERAL HOSPITAL**



*Oncology Social Worker*
*Social Service Department*

55 Fruit Street, YAW 7E
Boston, Massachusetts 02114

A Teaching Affiliate of
Harvard Medical School