

What You Need To Know About™ Prostate Cancer

NATIONAL INSTITUTES OF HEALTH
National Cancer Institute



# Radiation Therapy and You

## A GUIDE TO SELF-HELP DURING CANCER TREATMENT



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
National Cancer Institute

# UNDERSTANDING YOUR BLOOD COUNTS





Blood counts measure the number of each different type of cell in your blood. When you have cancer, you will have blood tests regularly to check your blood counts.

Read more about the types of blood cells, what they do and how they are measured.

**MASSACHUSETTS GENERAL HOSPITAL**
**CANCER CENTER**



# Biological Therapy

Treatments That Use Your Immune System to Fight Cancer




U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES
National Institutes of Health
National Cancer Institute