- VOCIE ALBERTO
- PELVIS
- JAY
- PETER
- MARK
- PAPALARDO
- D.C.
- KATHY

Mc Neal
Anthony Jordan

Anthony Jordan