# FAX

To: ▓▓▓▓▓▓▓, Esquire(617) 770-4091

Fr: Anthony L. Zietman, MD

Subject: Michael Alcott

Attorney Muse,

I have spoken with Mr. Alcott and understand that You and the Assistant U.S. Attorney would like to speak with me. I have a couple of suggestions, first I believe that it would benefit your client if this were to take place over the telephone. My feeling is that via telephone I am simply speaking as Mr. Alcott's personal physician, however if I were to meet with you here at the hospital I would be forced to have Hospital Counsel with me, therefore limiting my thoughts and descriptions.

Furthermore, I will be traveling out of the country for a symposium Friday, 5/6 until Wednesday 5/11. So, I would be able to make myself available for roughly half an hour tomorrow @ 11:00am or 1:30 pm or not until next Thursday.

Please call my voicemail( 617-499-4836) and tell me what you think, if either time tomorrow via telephone is good just let me know and I will call you sometime tomorrow to let you know what phone number you can conference me at. Otherwise we will have to make arrangements with Hospital Counsel to meet the following week.

Tony Zietman

# FAX

To: ███████████ Esquire (617) 770-4091

Fr: Anthony L. Zietman, MD

**Subject: Michael Alcott**

Attorney Muse,

I have spoken with Mr. Alcott and understand that You and the Assistant U.S. Attorney would like to speak with me. I have a couple of suggestions, first I believe that it would benefit your client if this were to take place over the telephone. My feeling is that via telephone I am simply speaking as Mr. Alcott's personal physician, however if I were to meet with you here at the hospital I would be forced to have Hospital Counsel with me, therefore limiting my thoughts and descriptions.

Furthermore, I will be traveling out of the country for a symposium Friday, 5/6 until Wednesday 5/11. So, I would be able to make myself available for roughly half an hour tomorrow @ 11:00am or 1:30 pm or not until next Thursday.

Please call my voicemail( 617-499-4836) and tell me what you think, if either time tomorrow via telephone is good just let me know and I will call you sometime tomorrow to let you know what phone number you can conference me at. Otherwise we will have to make arrangements with Hospital Counsel to meet the following week.

Tony Zietman

# FAX

To:  Esquire

Fr: Anthony L. Zietman, MD

Subject: Michael Alcott

Attorney Muse,

I have spoken with Mr. Alcott and understand that You and the Assistant U.S. Attorney would like to speak with me. I have a couple of suggestions, first I believe that it would benefit your client if this were to take place over the telephone. My feeling is that via telephone I am simply speaking as Mr. Alcott's personal physician, however if I were to meet with you here at the hospital I would be forced to have Hospital Counsel with me, therefore limiting my thoughts and descriptions.

Furthermore, I will be traveling out of the country for a symposium Friday, 5/6 until Wednesday 5/11. So, I would be able to make myself available for roughly half an hour tomorrow @ 11:00am or 1:30 pm or not until next Thursday.

Please call my voicemail( 617-499-4836) and tell me what you think, if either time tomorrow via telephone is good just let me know and I will call you sometime tomorrow to let you know what phone number you can conference me at. Otherwise we will have to make arrangements with Hospital Counsel to meet the following week.

Tony Zietman