May 6, 2005

To whom it may concern;

As pertains to Discover Card account #

I, Michael W. Alcott, do confess that without my spouses permission or knowledge I willfully changed the address on her account and as an additional card user I used her account without her knowledge. My spouses address is 4 Jasons Lane, Scituate, MA 02066......I changed it to P.O. Box 363, North Scituate, MA 02060.

I understand that this constitutes an act of fraud for which I could be held civilly and criminally responsible.

_____
Michael W. Alcott
4 Jasons Lane
Scituate, MA 02066

_____
Witnesses by:

May 6, 2005

To whom it may concern;

As pertains to Discover Card account ████████████ assigned to ████████.

I, Michael W. Alcott, do confess that without my spouses permission or knowledge I willfully changed the address on her account and as an additional card user I used her account without her knowledge. My spouses address is 4 Jasons Lane, Scituate, MA 02066......I changed it to P.O. Box 363, North Scituate, MA 02060.

I understand that this constitutes an act of fraud for which I could be held civilly and criminally responsible.

_____          _____
Michael W. Alcott                        Witnesses by:
4 Jasons Lane
Scituate, MA 02066

May 6, 2005

To whom it may concern;

As pertains to Discover Card account #, ssigned to

I, Michael W. Alcott, do confess that without my spouses permission or knowledge I willfully changed the address on her account and as an additional card user I used her account without her knowledge. My spouses address is 4 Jasons Lane, Scituate, MA 02066……I changed it to P.O. Box 363, North Scituate, MA 02060.

I understand that this constitutes an act of fraud for which I could be held civilly and criminally responsible.

_____          _____
Michael W. Alcott                                                Witnesses by:
4 Jasons Lane
Scituate, MA 02066