# Advest
*Serving Investors Since 1898* | A member of *The MONY Group.*

**Retirement Account**

Through The Courtesy Of:

**For The Period:**
July 1 - September 30, 2004

Your Financial Advisor:

ADVEST, INC.
80 WASHINGTON ST. BLDG E
NORWELL MA 02061

Account Number:

MICHAEL ALCOTT TTEE, ADVANCED
FINANCIAL GROUP 401 K PLD

Phone: 781-792-0666

Page 1 of 3

## Total Account Net Worth

|  | OPENING | CLOSING |
|---|---|---|
| Money Mkt Funds/Bank Dep. Bal. | $298.50 | $298.74 |
| **Total Net Worth** | **$298.50** | **$298.74** |

## Income & Distributions

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Municipal Money Fund Dividends | $.24 | $12.75 |
| Dividends | $.00 | $813.96 |
| **Total Income** | **$.24** | **$826.71** |

## Cash Activity Highlights

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Opening Cash, MM Fnd/Bank Dep. Bal. | $298.50 | $897.87 |
| Income & Distributions In Cash | $.24 | $.00 |
| Funds Added | $.00 | $79,987.39 |
| Net Securities Bought/Sold | $.00 | ($101,043.29) |
| Funds Withdrawn | $.00 |  |
| Miscellaneous | $.00 | ($18.43) |
| Closing Cash, MM Fnd/Bank Dep. Bal. | $298.74 |  |

Please see reverse side

Case 04-cv-19286-PBS    Document 61-15    Filed 03/30/2006    Page 2 of 3

Unless otherwise indicated, the securities and balances reflected upon this statement are carried by our clearing firm, Wexford Clearing Services, LLC ("Wexford"). We perform front-office services and Wexford performs back-office functions. Front-office services include such matters as the opening and approval of accounts, the acceptance and transmittal of orders for execution and the provision of investment advice and recommendations in light of investment objectives and financial circumstances of the account. We also exclusively supervise personnel directly or indirectly involved with securities transactions and all the business handled by our personnel in light of applicable rules and regulations which govern the securities industry.

If you have any inquiries regarding this arrangement or have not received the Correspondent Allocation of Responsibility letter describing the division of responsibilities indicated above please contact Wexford at 212-778-7041. All other inquiries or complaints concerning your account should be addressed directly to Advest, Inc. at the address and telephone number on the front of this statement. You can view Wexford's most recent Statement of Financial Condition at www.wexfordclearing.com or at our site www.advest.com.

**Your statement may contain the following sections:**

**Total Account Net Worth** represents the net value of the account at the close of the statement period, except where otherwise indicated. "Available for Checkwriting, VISA and Loans" (Premier Accounts Margin Only) reflects the approximate amount available as of the period ending date and should be reduced by any pending checks and VISA charges not yet cleared. For all other Margin Accounts, this is the approximate amount available for withdrawal and loans. A ▲ Margin loan is a variable rate loan secured by your account.

**Gain (Loss) Summary** reflects realized gains (losses) from purchases, sales or other dispositions of securities transactions for the statement period and year to date. Also reflected are estimated unrealized gains (losses) on securities held as of the close of the statement period.

**Income & Distributions** reflects the total of dividends, interest, partnership distributions and other income credited to your account during this statement period as well as year to date. Return of Principal information appears separately and is not included as part of your "Total Income." The schedule K-1 showing the taxpayer's share of the net income or loss will be provided directly from the partnership to the investor.

**Cash Activity Highlights** displays Funds Added and Funds Withdrawn for the current statement period and year to date. Included are Federal Funds wires, Automated Clearing House (ACH) funds and journal entries between separate accounts. All Margin Accounts (including Premier Accounts) reflect any margin interest charged to your account during this period and year to date. Interest charges appear in a separate section for non-Premier Accounts.

**Asset Composition** reflects the percentage breakdown of priced "long" positions displayed within the Portfolio Detail section. This pie chart does not display short positions, unpriced positions and cash credits (debits).

**Tax Information (Retirement Accounts)** reflects the tax reportable distributions received for the current and prior IRS reportable years; as well as contributions made for the current calendar year.

**Portfolio Detail** reflects all securities holdings and other investments in your account. Unless otherwise specified, all securities are "long." Prices in the Portfolio Detail are obtained from various quotation services which we believe to be reliable, but we cannot guarantee their accuracy. These prices are based on the closing prices for "exchange-listed" securities or are generally the "bid price" for unlisted securities at month end. Unlisted preferred securities are priced via evaluation models and valuation risk factors. They do not necessarily represent the prices at which those securities could have been bought or sold. Certain inactively traded securities are not priced and are not included in the Priced Securities Value total. The markets for some securities may not be liquid, and prices may be approximations or estimates. Prices may be based on: recent transactions or bids, if available, independent quotation services that use computerized valuation formulas to calculate prices based on institutional quantities; or estimates. Neither prices nor approximations represent quotations and prices for retail quantities of some fixed income securities, including but not limited to mortgage-backed securities, are likely to be different than institutional prices. All fixed income securities may be callable. If the security is called it may affect the yield you receive. Certain Unit Investment Trusts that are marginable are generally valued at the sponsor's repurchase price. Those not marginable are generally valued at the public offering price. Yields on priced Unit Investment Trusts exclude accrued interest.

Estimated Accrued Interest is the estimated amount that would be received upon a sale. In most cases, it is calculated from the date of the last coupon payment (or dated date) up through the closing date of this statement. Estimated Annualized Income is based upon the dividend or interest expected to be received annually. Current Yield is derived by dividing Estimated Annualized Income by the current value of the security. With regard to Mutual Funds, Estimated Annualized Income and Current Yield are based upon the historical distributions during the preceding twelve month period. These usually exclude Long Term Capital Gains or Losses, Gains or Losses on Currency Transactions, and may represent a Return of Capital. This information was obtained from outside services believed to be reliable, but no independent verification has been made. Past performance is not indicative of future results and, therefore, it is not intended to project or predict future distributions. For money market funds, the current yield refers to a simple annualized yield for an identified seven calendar day period. Yield and share price will fluctuate from time to time and are not necessarily representative of future income or dividends.

Positions are grouped (e.g., stocks and bonds) and are shown in alphabetical order with the appropriate quantity of shares or principal amount of bonds. Restricted positions may not be marginable or transferable, and generally cannot be sold until restrictive legend is lifted.

Special Notice should be taken of the following notes which may appear on your Statement.

▲ specifies that listed options are available for this security.

E specifies that the price shown is an estimate derived from a pricing matrix or model. Actual price may be higher or lower, if sold prior to maturity. For information, call your Financial Advisor.

■ This position is shown at face value (par). If available, current market price may be significantly different.

M indicates securities held in a margin account.

& indicates that the price reflected represents the net asset value of the Fund per limited partner unit exclusive of unallocated, unrealized profits from the most recent financial statements

♦ indicates that the value of these securities has been reduced to reflect any Anticipated principal payments that will be credited on the next payment date. Anticipated principal payments may be displayed as a separate line of detail for mortgage-backed securities that carry amortized value (AV) factors.

**Realized and Unrealized Gains (Losses)** display securities by individual lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect certain capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. **Although the cost basis shown may have been adjusted, your cost basis may require additional adjustments. Note: we do not represent the calculations of realized and unrealized gains (losses) as an official tax accounting of such figures. For tax purposes, you should rely on your own records and the Consolidated Statement (Form 1099).**

**Account Activity** reflects all settled transactions in your account in chronological sequence, during the statement period. In the Dividend Reinvestment section, fractional shares in Closed End Funds and Equity Securities are book entry only and cannot be transferred or delivered.

**Premier Account Card Activity (Premier Accounts Only)** reflects all Premier Account VISA transactions, including cash access, during the statement period. **Checking and Billpay (Premier Accounts Only)** reflects Premier Account CHECKS paid and Billpay payments made on your behalf during the statement period. An asterisk (*) indicates a check appearing out of sequence. **Money Fund Purchases and Redemptions** will itemize all Premier Account Fund transactions during the statement period.

**IMPORTANT NOTES**: Our clearing firm is a member of Securities Investor Protection Corporation (SIPC). SIPC protects most securities in the majority of, but not all accounts (for instance, Broker/Dealer and accounts held by Banks for their own benefit are not covered) by SIPC up to $500,000 (including up to $100,000 for cash), in the unlikely event of a SIPC liquidation. In addition, our clearing firm maintains a "Net Equity Excess of SIPC program, which provides coverage for the total amount of cash and fully paid-for securities. This coverage does not protect your investments from losses that result from fluctuations in the market value of your investments. Neither we nor our clearing firm is a bank and securities offered through us are not backed by or guaranteed by any bank or insured by the FDIC unless otherwise expressly indicated. Funds placed in deposit accounts at FDIC-insured institutions are insured by the FDIC up to $100,000 (principal and accrued interest) when aggregated with other funds held in each insurable capacity at each depository institution.

If yours is a margin account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

Any free credit balance, while properly accounted for on our books or records, is not segregated from other cash balances held by this corporation (with the exception of regulated commodity accounts) and may be used in the normal conduct of business. Your free credit balance is payable to you upon written notification to us.

Our interest period runs from the third Friday of the last month to the third Thursday of the current month. Interest is calculated on the average net daily debit balance which includes any credit and debit balances in your cash, escrow and margin accounts during the interest period. The interest charge is determined by multiplying the average net daily debit balance by the rate of interest and a fraction, the numerator of which is the number of days the debit existed and the denominator of which is three hundred sixty (360). This statement will show the average net daily debit balance and the interest rate charged to arrive at the amount of interest charged. Interest is charged in accordance with the interest computation schedule previously provided to you pursuant to rule 10b-16 of the Securities Exchange Act of 1934. Interest is charged on the debit balance in your account and such interest charges, if not paid, will be added to the debit balance in your account for the next period.

If account statements and other correspondence mailed to you are returned by the Postal Service as undeliverable and we are unable to locate you through reasonable efforts, a safekeeping fee of $25 per quarter is charged. These fees fairly reflect the costs incurred by our clearing firm in safeguarding inactive and abandoned accounts and are not refundable. Information regarding all charges in your account will be made available to you upon request. A financial statement of this organization will be mailed to you upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you, and such information will be made available to you promptly upon request of your account.

Advisor. This statement is an official record of your account. If you have any questions concerning the accuracy of this information, please contact us immediately. All account statements sent to you shall be considered binding upon you if not objected to in writing within ten days. You are requested to advise us promptly in writing of any material change in your investment objectives or financial condition. Written notices should be sent to the manager of the office servicing your account. Please notify your Financial Advisor of any change of address.

The NASDR's Public Disclosure Program provides certain information about the disciplinary history of NASDR members and their associated personnel. You can access this information by calling the NASDR hotline number (1-800-289-9999) or by visiting the NASDR Web Site at www.nasdr.com. (77JD Rev. 09-03)

# Advest
*Serving Investors Since 1898* | A member of *The MONY Group.*

**Retirement Account**

Through The Courtesy Of:

For The Period:
July 1 - September 30, 2004

Account Number: [redacted]

Page 2 of 3

## Portfolio Detail

### Money Mkt Funds/Bank Dep. Accts. -100.0% of Portfolio

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| CASH TRUST SER MASSACHUSSETTS MUNICIPAL MONEY FUND | 298.740 | 1.000 | $298.74 | | $3 | .88% 7-Day Yield | |
| **TOTAL MONEY MKT FUNDS/BANK DEP. ACCTS.** | | | **$298.74** | | **$3** | | |

## Account Activity

### Income and Distributions

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/01 | Municipal Money Fund Income | | For Reinvestment | | $.05 |
| 08/02 | Municipal Money Fund Income | | For Reinvestment | | $.06 |
| 09/02 | Municipal Money Fund Income | | For Reinvestment | | $.13 |

### Money Fund/Bank Deposit Sweep Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| CTS MA MUNI INTEREST REIN 06/01 - 06/30 | 07/01 Purchased | 0.050 | 1.00 | $.05 | |
| CTS MA MUNI INTEREST REIN 07/01 - 07/31 | 08/02 Purchased | 0.060 | 1.00 | $.06 | |
| CTS MA MUNI INTEREST REIN 08/01 - 08/31 | 09/02 Purchased | 0.130 | 1.00 | $.13 | |

WHEN WAS THE LAST TIME YOU REVIEWED YOUR ESTATE PLAN? DON'T HAVE ONE? CALL YOUR FINANCIAL ADVISOR TODAY FOR UP TO THE MINUTE INFORMATION ON ESTATE PLANNING.

Wexford Clearing Services, LLC

NT942UAJ-WNR-001451