UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR -6 P 12:29

U.S. DISTRICT COURT
DISTRICT OF MASS

U.S.

v.                                  #04-10286

MICHAEL W. ALCOTT

## NOTICE OF APPEAL

ON MARCH 30, 2006 I WAS SENTENCED TO 92 MONTHS OF INCARCERATION. I WOULD LIKE TO APPEAL THIS SENTENCE.

*M. W. Alcott*

MICHAEL W. ALCOTT - 40120
FNI/103
PCCF
26 LONG POND RD
PLYMOUTH, MA 02360