# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

April 17, 2006

Hon. Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA 02210

RE:   US v. Michael Alcott; No. 1:04-cr-10286 PBS; Amendment to Judgment

Dear Judge Saris:

Thank you for having Mr. Alba inquire about the defendant's request for a designation to FMC Rochester. Mr. Alcott has consistently sought a designation to FMC Rochester. He believes he would benefit from the care of a federal medical center because it would allow review of his medications and his mental condition. At sentencing, your Honor noted the helpful effects of medicine on Mr. Alcott. Mr. Alcott's request is consistent with the position taken at sentencing, the first page of sentencing memorandum reading in pertinent part as follows:

> *Mary Alcott urges in her letter that the Court recommend Mr. Alcott to a nearby Minnesota facility, FMC Rochester. (Mary Alcott March 13, 2006 Letter, Ex. A.) As set forth in the medical records submitted in connection with the PSR, Mr. Alcott takes a regimen of mood stabilizers and anti-depressants and may benefit at least initially from confinement at a Federal Medical Center. Mr. Alcott requests a judicial recommendation to FMC Rochester, Minnesota.*

As Mr. Alcott's counsel, I am familiar with his condition and believe that his request is appropriate.

Sincerely,

*Kevin L. Barron*

Kevin L. Barron
KB
cc:  Michael Alcott