Hon. Patti B. Saris
U.S. District Court
One Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE
2006 APR 14 P 3:18

4/11/06

RE: 1:04-CR-10286

Dear Judge Saris,

    Today I received my judgement and committment papers. In looking at them I respectfully believe that there is an error. It was my understanding that your honor issued a judicial reccomendation to FMC-Rochester (MN), where I could receive a psychiatric/neurological evaluation. However, the papers show a reccomendation to an FCI in Minnesotta.

    Your attention to this matter would be greatly appreciated.

Thank you,

M.W. Alcott

Michael Alcott - 40120
PCCF
26 Long Pond Rd
Plymouth, MA 02360