APPEAL, CLOSED, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10286-PBS-ALL

Case title: USA v. Alcott                    Date Filed: 09/16/2004

Assigned to: Judge Patti B. Saris

**Defendant**

**Michael W. Alcott** (1)            represented by  **Kevin L. Barron**
*TERMINATED: 03/31/2006*                              Suite 5B
                                                     453 Washington Street
                                                     Boston, MA 02111-1325
                                                     617-482-6368
                                                     Fax: 617-517-7711
                                                     Email: k@lawyerbarron.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: CJA Appointment

                                                     **Peter J. Muse**
                                                     Law Office of Peter J. Muse
                                                     15 Foster Street
                                                     Torlheg Building
                                                     Quincy, MA 02169
                                                     617-479-3888
                                                     Fax: 617-770-4091
                                                     Email: pjmlaw02169@yahoo.com

                                                     *TERMINATED: 05/09/2005*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: Retained

                                                     **Robert M. Goldstein**
                                                     20 Park Plaza
                                                     Suite 903
                                                     Boston, MA 02116
                                                     617-742-9015

Fax: 617-742-9016
Email: rmg@goldstein-lawfirm.com
*TERMINATED: 10/14/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1344 BANK FRAUD (1) | Dimissed on government motion. |
| 18:1344 BANK FRAUD (1s) | ORIGINAL: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by US Probation. AMENDED: The court makes a recommendation to FMC Rochester, Minnesota and to a 500 hour alcohol program. |
| 18:1014 False Statements (2-3) | Dismissed on government motion. |

| | |
|---|---|
| 18:1014 False Statements (2s-3s) | ORIGINAL: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by US Probation. AMENDED: The court makes a recommendation to FMC Rochester, Minnesota and to a 500 hour alcohol program. |
| | ORIGINAL: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be |

| | |
|---|---|
| 18:1952 - Travel Act (4s) | on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by US Probation. AMENDED: The Court makes a recommendation to FMC Rochester, Minnesota and to a 500 hour alcohol program. |

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**              **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                     **Disposition**
None

---

**Plaintiff**
USA                     represented by **Jack W. Pirozzolo**
                        United States Attorney's Office
                        Suite 9200
                        1 Courthouse Way
                        Boston, MA 02210
                        617-748-3189
                        Fax: 617-748-3960
                        Email: jack.pirozzolo@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2004 | 1 | INDICTMENT as to Michael W. Alcott (1) count(s) 1, 2-3. (Gawlik, Cathy) (Entered: 09/17/2004) |
| 09/17/2004 | 2 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Michael W. Alcott (Gawlik, Cathy) (Entered: 09/17/2004) |
| 10/14/2004 |  | Attorney update in case as to Michael W. Alcott. Attorney Peter J. Muse for Michael W. Alcott added. Attorney Robert M Goldstein terminated. (Quinn, Thomas) (Entered: 10/14/2004) |
| 10/14/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Michael W. Alcott (1) Count 1,2-3 held on 10/14/2004,; AUSA Pirozzolo and Attorney Muse for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. pleads not guilty, will proceed with automatic discovery and seeks to have 1st status conference for December 6,2004 @ 2:30pm.; Dft. is released on personal recognizance with conditions. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 10/14/2004) |
| 10/14/2004 | 3 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Michael W. Alcott. Status Conference set for 12/6/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 10/14/2004) |
| 10/14/2004 | 4 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael W. Alcott. Time excluded from 10/14/04 until 12/6/04. (Dambrosio, Jolyne) (Entered: 10/14/2004) |
| 10/28/2004 | 5 | Judge Patti B. Saris : ORDER entered ORDER Setting Conditions of Release. Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed. Defendant shall report to Pretrial Services as directed; shall surrender any passport to Pretrial Services; shall refrain from possessing a firearm, destructive device, or |

| | | |
|---|---|---|
| | | other dangerous weapons; shall refrain from excessive use of alcohol; shall refrain from use or unlawful possession of a narcotic drug or other controlled substance...unless prescribed by a licensed medical practitioner; shall report as soon as possible, to the pretrial services office or an supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop; shall notify Pretrial Services of any financial transaction which exceeds $10,500. Travel is restricted to continental United States. Defendant is ordered released after processing. (Patch, Christine) (Entered: 11/01/2004) |
| 12/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael W. Alcott held on 12/6/2004; AUSA Pirozzolo and Attorny Muse report current case status and request further conference for 1/7/05 @ 10:00am. (Court Reporter D.R.) (Quinn, Thomas) (Entered: 12/06/2004) |
| 12/07/2004 | 6 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Michael W. Alcott Status Conference set for 1/7/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/07/2004 | 7 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael W. Alcott Time excluded from 12/6/04 until 1/7/05. (Quinn, Thomas) (Entered: 12/07/2004) |
| 01/04/2005 | 8 | STATUS REPORT *Joint Concerning Local Rule 116.5(A)* by Michael W. Alcott, USA as to Michael W. Alcott (Pirozzolo, Jack) (Entered: 01/04/2005) |
| 01/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael W. Alcott held on 1/7/2005; AUSA Pirozzolo and Attorney Muse report case status and request further conference for 3/8/05 @ 10:00 am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/07/2005) |
| 01/07/2005 | 9 | Judge Judith G. Dein : ElectronicORDER entered. STATUS REPORT as to Michael W. Alcott Status Conference set for 3/8/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/07/2005) |
| 01/07/2005 | 10 | Judge Judith G. Dein : ElectronicORDER entered. ORDER |

| | | |
|---|---|---|
| | | ON EXCLUDABLE DELAY as to Michael W. Alcott Time excluded from 1/7/05 until 3/8/05. (Quinn, Thomas) (Entered: 01/07/2005) |
| 03/08/2005 | 11 | STATUS REPORT by USA as to Michael W. Alcott (Pirozzolo, Jack) (Entered: 03/08/2005) |
| 03/08/2005 | 12 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Michael W. Alcott. (Dambrosio, Jolyne) (Entered: 03/08/2005) |
| 03/08/2005 | 13 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael W. Alcott. Time excluded from 3/8/05 until 3/28/05. (Dambrosio, Jolyne) (Entered: 03/08/2005) |
| 03/09/2005 | 14 | NOTICE OF HEARING as to Michael W. Alcott Change of Plea Hearing set for 4/11/2005 02:30 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/17/2005) |
| 04/05/2005 | | Terminate Hearings as to Michael W. Alcott: Rule 11 Hearing. (Alba, Robert) (Entered: 04/05/2005) |
| 04/05/2005 | 15 | NOTICE OF RESCHEDULED RULE 11 HEARING as to Michael W. Alcott. The Rule11 Hearing previously scheduled for April 11, 2005, has been rescheduled to April 28, 2005, at 4:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/05/2005) |
| 04/08/2005 | 16 | Assented to MOTION for Excludable Delay from 3/28/05 to 4/28/05 as to Michael W. Alcott by USA. (Attachments: # 1 Tab A - Order)(Pirozzolo, Jack) (Entered: 04/08/2005) |
| 04/12/2005 | 17 | Judge Patti B. Saris : ORDER entered granting 16 Motion to Exclude as to Michael W. Alcott (1) (Patch, Christine) (Entered: 04/15/2005) |
| 04/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Michael W. Alcott held on 4/28/2005. Defendant informs the Court that he does not wish to plea at the present time. Court modifies defendant's conditions of pretrial release as set forth on the record. Change of Plea Hearing rescheduled to 5/24/2005 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Niles Fowlkes.) (Alba, Robert) (Entered: 04/28/2005) |

| | | |
|---|---|---|
| 04/28/2005 | 18 | Sealed MOTION as to Michael W. Alcott by USA. (Patch, Christine) (Entered: 05/04/2005) |
| 04/28/2005 | 19 | Letter as to Michael W. Alcott (Patch, Christine) Additional attachment(s) added on 5/9/2005 (Patch, Christine). Modified on 5/9/2005 (Patch, Christine). (Entered: 05/04/2005) |
| 05/05/2005 | 23 | Sealed MOTION as to Michael W. Alcott. (Patch, Christine) (Entered: 05/09/2005) |
| 05/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Michael W. Alcott held on 5/9/2005 re Motion to Withdraw as Counsel. Court allows Motion to Withdraw filed by Attorney Peter Muse. Defendant informs Court that he will need appointed counsel. Court orders CJA counsel be appointed. Court sets Revocation Hearing for 5/16/2005 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 05/09/2005) |
| 05/09/2005 | 21 | ATTORNEY ASSIGNMENT Request as to Michael W. Alcott forwarded to Clerk to Magistrate Judge Dein. (Alba, Robert) (Entered: 05/09/2005) |
| 05/09/2005 | 22 | MOTION to Unseal Record as to Michael W. Alcott by USA. (Alba, Robert) (Entered: 05/09/2005) |
| 05/09/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting [23] Sealed Motion as to Michael W. Alcott (1) (Patch, Christine) (Entered: 05/09/2005) |
| 05/09/2005 | | Attorney update in case as to Michael W. Alcott. Attorney Peter J. Muse terminated. (Patch, Christine) (Entered: 05/09/2005) |
| 05/09/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 22 Motion to Unseal Record as to Michael W. Alcott. (Alba, Robert) (Entered: 05/09/2005) |
| 05/11/2005 | 25 | WAIVER of Rule 32.1 Hearings by Michael W. Alcott (Barron, Kevin) (Entered: 05/11/2005) |
| 05/11/2005 | | Terminate 5/16/05 Hearing as to Michael W. Alcott. Proceding to be rescheduled. (Alba, Robert) (Entered: 05/11/2005) |
| 05/11/2005 | 26 | NOTICE OF RESCHEDULED HEARING as to Michael W. Alcott. The Revocation Hearing previously scheduled for May 16, 2005, has been rescheduled to a Pretrial Conference on |

| | | |
|---|---|---|
| | | June 1, 2005, at 4:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/11/2005) |
| 05/11/2005 | | Attorney update in case as to Michael W. Alcott. Attorney Kevin L. Barron for Michael W. Alcott added. (Patch, Christine) (Entered: 05/11/2005) |
| 05/23/2005 | | Terminate Hearings as to Michael W. Alcott: 6/1/05 pretrial conference. (Alba, Robert) (Entered: 05/23/2005) |
| 05/23/2005 | 27 | NOTICE OF RESCHEDULED PRETRIAL CONFERENCE as to Michael W. Alcott. At the request of counsel, the Pretrial Conference previously scheduled for June 1, 2005, has been rescheduled to June 10, 2005, at 3:45 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/23/2005) |
| 06/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Pretrial Conference as to Michael W. Alcott held on 6/10/2005. Change of Plea Hearing set for 7/20/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 8/8/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 06/10/2005) |
| 06/13/2005 | 28 | MOTION for Excludable Delay from April 28, 2005 to July 20, 2005 as to Michael W. Alcottby Michael W. Alcott, USA. (Attachments: # 1 Order Granting Excludable Delay) (Pirozzolo, Jack) (Entered: 06/13/2005) |
| 06/13/2005 | 30 | Ex Parte MOTION as to Michael W. Alcott. (Patch, Christine) (Entered: 06/16/2005) |
| 06/15/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 28 Motion to Exclude as to Michael W. Alcott (1) (Patch, Christine) (Entered: 06/15/2005) |
| 06/15/2005 | 29 | Judge Patti B. Saris : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael W. Alcott Time excluded from April 28, 2005 until July 20, 2005. (Patch, Christine) (Entered: 06/16/2005) |
| 06/17/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 30 Ex Parte Motion as to Michael W. Alcott (1) (Patch, Christine) (Entered: 06/20/2005) |
| 06/22/2005 | 31 | TRANSCRIPT of Motion Hearing as to Michael W. Alcott |

| | | |
|---|---|---|
| | | held on May 9, 2005 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/22/2005) |
| 06/23/2005 | 32 | TRANSCRIPT of Hearing as to Michael W. Alcott held on April 28, 2005 before Judge Saris. Court Reporter: Niles Jon Fowlkes. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/469-0756 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/24/2005) |
| 07/19/2005 | 33 | SUPERSEDING INFORMATION (Felony) as to Michael W. Alcott (1) count(s) 1s, 2s-3s, 4s. (Gawlik, Cathy) (Entered: 07/20/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris :Arraignment as to Michael W. Alcott (1) Count 1s,2s-3s,4s held on 7/20/2005, Plea entered by Michael W. Alcott (1) Guilty Count 1s,2s-3s,4s. Sentencing set for 10/21/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/20/2005) |
| 07/20/2005 | 34 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Michael W. Alcott Sentencing set for 10/21/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 07/26/2005) |
| 07/20/2005 | 35 | PLEA AGREEMENT as to Michael W. Alcott (Patch, Christine) (Entered: 07/27/2005) |
| 07/20/2005 | 36 | WAIVER OF INDICTMENT by Michael W. Alcott (Patch, Christine) (Entered: 07/27/2005) |
| 08/22/2005 | 37 | Sealed MOTIONas to Michael W. Alcott. (Patch, Christine) (Entered: 08/22/2005) |
| 09/06/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 37 Sealed Motion as to Michael W. Alcott (1). "Allowed without opposition." (Patch, Christine) (Entered: 09/12/2005) |
| 09/19/2005 | 38 | MOTION to Continue *Sentencing Hearing* to 11/21/2005 as to Michael W. Alcott. (Barron, Kevin) (Entered: 09/19/2005) |

| | | |
|---|---|---|
| 09/26/2005 | | Terminate Deadlines and Hearings as to Michael W. Alcott: 10/21/05 sentencing to be rescheduled. (Alba, Robert) (Entered: 09/26/2005) |
| 09/26/2005 | | Judge Patti B. Saris: ElectronicORDER entered allowing 38 MOTION to Continue Sentencing Hearing as to Michael W. Alcott. "ALLOWED. THE SENTENCING IS CONTINUED TO NOVEMBER 22, 2005, AT 2:00 P.M."(Alba, Robert) (Entered: 09/26/2005) |
| 10/12/2005 | 39 | NOTICE OF RESCHEDULED SENTENCING as to Michael W. Alcott. At the request of U.S. Probation, the Sentencing previously scheduled for November 22, 2005, has been rescheduled to December 20, 2005, at 3:00 p.m. In Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 10/12/2005) |
| 11/08/2005 | 40 | MOTION to Seal *Pursuant to LR 7.2 (Impoundment)* as to Michael W. Alcott. (Barron, Kevin) (Entered: 11/08/2005) |
| 11/09/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 40 Motion to Seal as to Michael W. Alcott (1) (Patch, Christine) (Entered: 11/10/2005) |
| 11/15/2005 | 41 | Ex Parte MOTION as to Michael W. Alcott, filed under seal. (Patch, Christine) (Entered: 11/16/2005) |
| 11/18/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 41 Ex Parte Motion as to Michael W. Alcott (1) (Patch, Christine) (Entered: 11/22/2005) |
| 11/22/2005 | 42 | MOTION to Continue to 2/13/2006 to sentencing hearing as to Michael W. Alcott. (Barron, Kevin) (Entered: 11/22/2005) |
| 11/22/2005 | 43 | MOTION for Interim Compensation as to Michael W. Alcott. (Barron, Kevin) (Entered: 11/22/2005) |
| 11/23/2005 | | Judge Patti B. Saris: Electronic ORDER entered denying 42 MOTION to Continue to 2/13/2006 to sentencing hearing as to Michael W. Alcott. "Denied. We will begin the sentencing hearing on 12/20. If the psychiatrist is unable to prepare a timely report, I will schedule a second sentencing date to complete the hearing." (Alba, Robert) (Entered: 11/23/2005) |
| 11/23/2005 | | Judge Patti B. Saris: Electronic ORDER entered regarding 43 MOTION for Interim Compensation as to Michael W. Alcott. "I will allow one interim voucher, but not quarterly |

| | | |
|---|---|---|
| | | vouchers." (Alba, Robert) (Entered: 11/23/2005) |
| 12/01/2005 | 44 | MOTION for Extension of Time to 12/07/2005 to File Object to PSR as to Michael W. Alcott. (Barron, Kevin) (Entered: 12/01/2005) |
| 12/01/2005 | | Judge Patti B. Saris: Electronic ORDER entered allowing 44 MOTION for Extension of Time to 12/07/2005 to File Object to PSR as to Michael W. Alcott. "Allowed." (Alba, Robert) (Entered: 12/01/2005) |
| 12/08/2005 | 45 | Letter (non-motion) regarding Defendant's Request for Status Conference as to Michael W. Alcott (Barron, Kevin) (Entered: 12/08/2005) |
| 12/13/2005 | | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT as to Michael W. Alcott re 45 Letter to Judge Saris. "I will treat 12/20 as a status and address non-evidentiary matters." (Patch, Christine) (Entered: 12/14/2005) |
| 12/20/2005 | | ElectronicClerk's Notes for sentencing/status held on 12/20/05 before Judge Patti B. Saris. Court and counsel discuss sentencing issues. Defense expert report due in 60 days. Briefing by both counsel due in 60 days. Evidentiary Sentencing set for 3/23/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/20/2005) |
| 02/08/2006 | 46 | MOTION to Continue to 03/16/2006 to file memoranda as to Michael W. Alcott. (Barron, Kevin) (Entered: 02/08/2006) |
| 02/09/2006 | | Judge Patti B. Saris : Electronic ORDER entered re 46 Motion to Continue and to Enlarge Time as to Michael W. Alcott (1). "The parties can file sentencing memoranda on 3/16, but the sentencing shall remain on 3/23/06 at 2:00 PM." (Patch, Christine) (Entered: 02/10/2006) |
| 03/15/2006 | 47 | MOTION for Leave to File Excess Pages as to Michael W. Alcott. (Barron, Kevin) (Entered: 03/15/2006) |
| 03/16/2006 | | Judge Patti B. Saris: Electronic ORDER entered granting 47 MOTION for Leave to File Excess Pages as to Michael W. Alcott. (Alba, Robert) (Entered: 03/16/2006) |
| 03/16/2006 | 48 | SENTENCING MEMORANDUM by USA as to Michael W. Alcott (Pirozzolo, Jack) (Entered: 03/16/2006) |

| | | |
|---|---|---|
| 03/16/2006 | 49 | MOTION Upward Departure re 48 Sentencing Memorandum as to Michael W. Alcott by USA. (Pirozzolo, Jack) (Entered: 03/16/2006) |
| 03/16/2006 | 50 | SENTENCING MEMORANDUM by Michael W. Alcott (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 # 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 # 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Supplement TABLE OF CONTENTS)(Barron, Kevin) (Entered: 03/16/2006) |
| 03/17/2006 | 51 | AMENDED DOCUMENT Amendment to 50 Sentencing Memorandum, *Exhibit G, Omitted Letters*, as to Michael W. Alcott: (Barron, Kevin) (Entered: 03/17/2006) |
| 03/20/2006 | 52 | MOTION to Exclude *Certain "Victim" Evidence* as to Michael W. Alcott. (Barron, Kevin) (Entered: 03/20/2006) |
| 03/21/2006 | 53 | NOTICE OF RESCHEDULED SENTENCING as to Michael W. Alcott. The Sentencing previously scheduled for March 23, 2006, has been rescheduled to March 28, 2006, at 2:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/21/2006) |
| 03/21/2006 | 54 | NOTICE OF RESCHEDULED SENTENCING as to Michael W. Alcott. At the request of counsel, the Sentencing previously rescheduled to March 28, 2006, has been rescheduled to March 30, 2006, at 9:00 a.m. (Alba, Robert) (Entered: 03/21/2006) |
| 03/28/2006 | 55 | AFFIDAVIT of Scott A. Robbins by USA as to Michael W. Alcott (Attachments: # 1 Exhibits A Through M - Filed Under Seal)(Pirozzolo, Jack) (Entered: 03/28/2006) |
| 03/28/2006 | 56 | MOTION to Seal *Exhibits A Through M of SA Scott Robbins Affidavit* as to Michael W. Alcott by USA. (Pirozzolo, Jack) (Entered: 03/28/2006) |
| 03/28/2006 |  | Judge Patti B. Saris : Electronic ORDER entered denying 56 Motion to Seal Exhibits A through M of the Affidavit of Scott Robbins as to Michael W. Alcott (1). "However, the government may delete the children's names and other confidential information like Social Security numbers." (Patch, Christine) (Entered: 03/30/2006) |
| 03/29/2006 | 57 | MEMORANDUM in Opposition by Michael W. Alcott re 56 |

District of Massachusetts Version 2.5 - Docket Report        Page 14 of 16
Case 1:04-cr-10286-PBS   Document 68-2   Filed 05/09/2006   Page 14 of 16

| | | |
|---|---|---|
| | | MOTION to Seal *Exhibits A Through M of SA Scott Robbins Affidavit* (Barron, Kevin) Additional attachment(s) added on 4/3/2006 (Patch, Christine). (Entered: 03/29/2006) |
| 03/29/2006 | 58 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Michael W. Alcott *(Address Correction)* (Barron, Kevin) (Entered: 03/29/2006) |
| 03/29/2006 | 59 | AFFIDAVIT of SA Scott Robbins (Corrected) by USA as to Michael W. Alcott (Pirozzolo, Jack) (Entered: 03/29/2006) |
| 03/29/2006 | 60 | Letter (non-motion) regarding Sentencing as to Michael W. Alcott *(submitted by Daughter and Newphew of Defendant)* (Barron, Kevin) (Entered: 03/29/2006) |
| 03/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 3/30/2006 for Michael W. Alcott (1), Count(s) 1s, 2s-3s, 4s. Court sentences defendant to 92 months imprisonment, 60 months supervised release w/conditions, $2,032,345.60 Restitution, $400 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/30/2006) |
| 03/30/2006 | 61 | AFFIDAVIT of SA Scott Robbins by USA as to Michael W. Alcott 56 MOTION to Seal *Exhibits A Through M of SA Scott Robbins Affidavit* filed by USA,, 59 Affidavit filed by USA,, Order on Motion to Seal, (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15)(Pirozzolo, Jack) (Entered: 03/30/2006) |
| 03/31/2006 | 62 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Michael W. Alcott (1), Count(s) 1, Dimissed on government motion.; Count(s) 1s, 2s-3s, 4s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by |

| | | |
|---|---|---|
| | | US Probation.; Count(s) 2-3, Dismissed on government motion. (Patch, Christine) (Entered: 04/04/2006) |
| 04/06/2006 | 63 | NOTICE OF APPEAL by Michael W. Alcott re 62 Judgment,,,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2006. (Barron, Kevin) (Entered: 04/06/2006) |
| 04/06/2006 | 64 | NOTICE OF APPEAL by Michael W. Alcott re 62 Judgment. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2006. Please note: this is a duplicate of Document No. 63. (Patch, Christine) Modified on 5/8/2006 (Patch, Christine). (Entered: 04/10/2006) |
| 04/14/2006 | 67 | Letter to Judge Saris regarding a recommendation to FMC - Rochester (MN) as to Michael W. Alcott (Attachments: # 1 Exhibit Judgment)(Patch, Christine) (Entered: 04/20/2006) |
| 04/17/2006 | 65 | Letter (non-motion) regarding Designation FMC Rochester as to Michael W. Alcott (Barron, Kevin) (Entered: 04/17/2006) |
| 04/19/2006 | 66 | Judge Patti B. Saris : ORDER entered. AMENDED JUDGMENT as to Michael W. Alcott (1), Count(s) 1, Dimissed on government motion.; Count(s) 1s, 2s-3s, ORIGINAL: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by US |

|  |  | Probation. AMENDED: The court makes a recommendation to FMC Rochester, Minnesota and to a 500 hour alcohol program.; Count(s) 2-3, Dismissed on government motion.; Count(s) 4s, ORIGINAL: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months. The last 6 months are to be served as a consecutive sentence. The court makes a recommendation to a FCI in Minnesota and a recommendation to a 500 hour alcohol program. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months with conditions: Alcohol Anonymoun counseling, mental health counseling, sexual abuse counseling, and standard financial conditions. The $400.00 Special Assessment is due immediately. The $2,032,345.60 Restitution is to be paid in accordance with a payment plan established by US Probation. AMENDED: The Court makes a recommendation to FMC Rochester, Minnesota and to a 500 hour alcohol program. (Patch, Christine) (Entered: 04/19/2006) |
|---|---|---|