HONORABLE PATTI B. SARIS
U.S. DISTRICT COURT OF MASS.
ONE COURTHOUSE WAY
BOSTON, MA

July 26, 2006

RE: U.S. v. ALCOTT   DOCKET #04cr10286-001-PBS

DEAR JUDGE SARIS,

    I AM WRITING TO YOU BECAUSE I DO NOT KNOW WHERE ELSE TO TURN. AFTER BEING SENTENCED BY YOU ON 3/30/06, I AM STILL SITTING IN PLYMOUTH 17 WEEKS LATER. EACH WEEK I SIT HERE AND WATCH OTHER INMATES GET AIRLIFTED 4-5 WEEKS AFTER SENTENCING AND NOBODY CAN TELL ME WHY I'M DELAYED.

    IN THE MEANTIME, MY ATTORNEY HAS SHARED WITH ME A LETTER FROM THE B.O.P. THAT HE RECEIVED THRU THE DISTRICT'S ECF. THIS LETTER INFORMS YOU THAT B.O.P. IS ASSIGNING ME TO A U.S.P. IN PENNSYLVANIA, AND NOT FMC-ROCHESTER AS YOUR HONOR RECOMMENDED. WHEN MY ATTORNEY, AND U.S. CONGRESSMAN WILLIAM DELAHUNT, INQUIRED AS TO WHY I, A NON VIOLENT OFFENDER, AM BEING ASSIGNED TO A USP, BOP'S REPLY WAS THAT IT WAS BECAUSE OF MY PRIOR ARMED ROBBERY CONVICTION COMBINED WITH A VICTIM IMPACT STATEMENT IN THIS CASE.

AS YOUR HONOR MAY, OR MAY NOT, REMEMBER THERE WAS NO VICTIM IMPACT STATEMENT AT MY SENTENCING HEARING. SO, I AM LEFT WONDERING WHERE THE B.O.P. CAME UP WITH A VICTIM IMPACT STATEMENT.

    IN SUMMARY YOUR HONOR, I AM STILL IN PLYMOUTH 17 WEEKS AFTER SENTENCING WHILE OTHERS LEAVE IN 4-5 WEEKS, I AM BEING SENT TO A HIGH SECURITY U.S.P. (THIS DECISION LARGELY BASED ON A 20 YR OLD ARMED ROBBERY W/ A TOY GUN AND A VICTIM IMPACT STATEMENT THAT I KNOW NOTHING ABOUT) AND THE FACT THAT MY FAMILY LIVES IN MINNESOTA IS BEING IGNORED. YOUR HONOR ONCE REFERRED TO PLYMOUTH AS "AN AWFUL PLACE", THAT IT IS. DUE TO THE INADEQUATE MEDICAL CARE HERE I CONTINUE TO SUFFER FROM, TREMORS, TOOTHACHES, HERNIATED DISC IN BACK, BAD KNEE AND NOW A BACTERIAL INFECTION IN MY EYES.

    AT SENTENCING YOU AGREED TO HELP ME GET PROPER MENTAL HEALTH & MEDICAL CARE, AND TO REUNITE ME WITH MY FAMILY. I WOULD APPRECIATE ANY CONSIDERATION THAT YOU CAN GIVE TO THE ABOVE MATTERS,

SINCERELY,

M. W. Alcott

MICHAEL ALCOTT 40120
FMI/103
PCCF
26 LONG POND RD
PLYMOUTH MA