

U.S. Department of Justice



Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

June 29, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: ALCOTT, Michael W.**
    Reg. No. 25301-038
    Docket No. 1:04CR10286-001-PBS

Dear Judge Saris:

  Thank you for your recommendation that Mr. Alcott serve his term of confinement at the Federal Medical Center in Rochester, Minnesota. In addition, you recommend that he participate in the Residential Drug Abuse Program (RDAP). Mr. Alcott was recently sentenced in your court to a 92-month term for Bank Fraud, False Statements, and Travel Act.

  During the designation process, we were aware of your recommendations. Regrettably, in the case of Mr. Alcott, your recommendations cannot be followed. Our Office of Medical Designations has reviewed his medical needs and determined he does not require a specialized medical facility. Mr. Alcott has been classified as a medium security level offender. Accordingly, he has been designated to the high security level facility in Canaan, Pennsylvania, which currently houses medium security level offenders.

  Although the RDAP is not available at the Canaan facility, staff will work closely with Mr. Alcott and encourage him to participate in a variety of substance abuse education and counseling programs offered at the Canaan facility.
Should Mr. Alcott become eligible for transfer, he will be considered for a facility which offers the RDAP, if he is determined appropriate under the established program criteria.

    We regret we were unable to comply with the Court's recommendations.  Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

cc:   Warden, USP Canaan