UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA,

Case No. 1:04-cr-10286 PBS

v.

MICHAEL ALCOTT,
            Defendant.

MOTION FOR SEALED DOCUMENTS

N O W   C O M E S defendant's counsel and moves pursuant to General Order 06-5 (of November 27, 2006), "Regarding Obtaining Access to Documents and Information under Seal" for an order transmittal of documents 18 & 23 located in the Court's sealed files for transmittal to the Court of Appeals in a sealed appendix.  The United States has requested production of these documents as exhibits in the parties' joint appendix on appeal.

Dated this 5th day of December, 2006 at Boston, Massachusetts.

/s./    Kevin L. Barron
KEVIN L. BARRON, BBO 550712
Counsel to Defendant
MICHAEL W. ALCOTT
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617-737-1555
Facsimile 617-517-7711
kevin.barron@mac.com

CERTIFICATE OF SERVICE

Counsel certifies that he has caused on December 5, 2006 a true copy of this motion to be served on his opponent, AUSA Jack Pirozzolo, by CM/ECF of this District and that no party requires service by other means.

/s/      Kevin L. Barron
Kevin Lawrence Barron, BBO 550712
Counsel to Defendant-Appellant