UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10286-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL W. ALCOTT, | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR MODIFICATION
## OF RELEASE CONDITIONS

The United States hereby moves for modification of Defendant Michael W. Alcott's

("Alcott's") release conditions. As grounds for this motion, the United States submits the

Affidavit of Agent Scott Robbins of the FBI, which shows that while on pre-trial release, Alcott

was engaged in an extortionate scheme in violation of Mass. Gen. L. Ch. 265, § 25 (extortion)

and 18 U.S.C. § 1952 (Travel Act). See also Commonwealth v. Miller, 385 Mass. 521 (1982).

As set forth in Agent Robbins' Affidavit, in February 2005, while on release, Alcott engaged in a

scheme to extort money from a doctor in California by threatening to expose a sexual

relationship the doctor was having with a woman the doctor had met through an "escort" service.

In light of Alcott's medical condition, the United States requests the following modifications to

his release conditions:

1.   Home confinement with electronic monitoring, with travel away from home only for purposes of receiving his required medical treatment. (Implicit in this condition is that Alcott be prohibited from any further travel out of state.)

2.   No use of the internet.

3.   No financial transactions above $500 without prior approval of Pretrial Services.

4.   Prohibition on any opening of any financial accounts, including any bank brokerage or other accounts.

5.   No communication with Toni Spain.

6.   No communication with Kenneth Storum.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
>
> **/s/ Jack W. Pirozzolo**
> Jack W. Pirozzolo
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 1 Courthouse Way
> Boston, MA 02210

Date: April 28, 2005

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on April 28, 2005, I served a copy of the foregoing motion via hand on counsel for the defendant.

> **/s/ Jack W. Pirozzolo**
> Jack W. Pirozzolo

2

AFFIDAVIT

1. I, Scott A. Robbins, am a Special Agent of the Federal Bureau of Investigation and have been so for the last ten years. I am the case agent for the investigation of MICHAEL W. ALCOTT, 4 Jason Lane, Scituate, Massachusetts, date of birth April 5, 1961, Social Security Number ▮▮▮▮▮▮ for which Alcott has been indicted for 18 U.S.C. § 1344, Bank Fraud, 18 U.S.C. § 1014 False Statements and 18 U.S.C. § 982 Forfeiture. That matter is docket number 04-CR-10286-PBS.

2. I have been informed by a Special Agent from the FBI, San Diego, California that Mr. Alcott is the subject of an investigation involving an extortionate type demand for money. The victim in that investigation is a oral and maxillofacial surgical dentist named KENNETH ALLEN STORUM, 1820 Avenida Del Mundo, #309, Coronado, California ("Storum"). Storum has an email address of kstorum@sbcglobal.net.

3. It appears that while Alcott and Storum do not personally know each other, they both know a woman named TONI M. SPAIN, aka JAMIE, ("Spain") formerly of Quincy, Massachusetts. Both Alcott and Storum have or had a relationship with Spain through an escort service for which she was employed here in Massachusetts. According to Storum, he met Spain through an escort service in or about 2004. After having vacationed together on at least two occasions, Spain moved in with Storum in California around June of 2004.

4. On February 8, 2005, Storum received a letter via Federal Express at his work address, 9040 Friars Road, Suite 105, San Diego, California. The sender information on the shipping label was listed as PHILLIP EDWARDS, DDS, 60 Federal St., Boston, Massachusetts. The envelope contained a letter which asks for money in exchange for not revealing Ms. Spain's past profession as an escort. The letter is signed "PE, Pe343@hotmail.com." (See copies of February 8, 2005 letter and Federal Express envelope attached at Tab 1).

5. Between Tuesday, February 8, 2005 and Wednesday, February 16, 2005 Dr. Storum received a series of e-mails originating from the Pe343@hotmail.com address. (See copies of e-mails attached at Tab 2). In more than one of the messages, the writer states that he has a serious medical condition and is receiving chemotherapy. The writer of the e-mails repeatedly asks for a $150,000 "retainer" from Dr. Storum. In an e-mail dated February 14, 2005, the writer tells Dr. Storum that he can wire the money into an account at the Bank of America, to the account of "EXECUTIVE ACCESS", ABA 02600953, Account number ▮▮▮▮▮▮ (the "Bank of America Account"). (See Tab 2, pages 19-20).

6. Account information obtained for the Bank of America Account shows that it is held by Michael W. Alcott, 4 Jasons Lane, Scituate, Massachusetts 02066, date of birth ▮▮▮▮▮, social security number ▮▮▮▮▮▮ doing business as Executive Access. (See copy of Account

1

Records at Tab 3). The records show that the Bank of America account was opened on September 29, 2004.

7. A review of Microsoft, msn Hotmail account records reveals that the internet address pe343@hotmail.com was registered on September 21, 2004 to someone who gives a first name of "Phil" and a last name of "E." The listed state is Massachusetts. (See copy of Hotmail records at Tab 4).

8. The account was registered from an internet service provider ("ISP") address of 66.31.162.148. A review of internet registration material shows that Comcast Cable Communications, Inc., is allocated the internet range of 66.31.0.0 - 66.31.255.255. I personally am aware that Comcast provides internet services to the town of Scituate, Massachusetts.

9. A review of Verizon New England Telephone company records reveals that the telephone number 781-544-3888 and others are listed to ADVANCED FINANCIAL GROUP, PO Box 363, N. Scituate, Massachusetts, with a residential address of 4 Jasons Lane, Scituate, Massachusetts. Also listed at that address is a residential telephone number of 781-545-6681, listed to Michael Alcott.

10. Storum's telephone numbers include: 619-437-1661 ("Storum home"), 619-994-6122 ("Storum cellular") and 619-282-7088 ("Storum office").

11. I have read a report stating that telephone toll records from the number 781-544-3888 show that calls were placed to number 619-437-1661 (Storum home) on 1/31/05, 2/7/05 and 2/16/05. The same reports shows that calls were placed from the 781-544-3888 number to number 619-994-6122 (Storum cellular) on 2/14/05, (two times) and 2/15/05, (three times). The report also shows that calls were placed from 781-544-3888 to number 619-282-7088 (Storum office) on 2/4/05 (three times), 2/7/05 (two times) and 2/16/05.

12. On April 5, 2005, Toni Spain was interviewed. Spain stated that she met both Storum and Alcott at about the same time, that being February 2004. Spain stated that she saw Alcott as a "client" twice before she attempted to break off the relationship. Among other things, Spain stated that Alcott called her periodically. Spain also stated that she listened to a telephone message left on the cellular telephone of Storum. She told Storum that she recognized the voice as that of Michael Alcott.

13. On Tuesday, March 22, 2005, Storum received an e-mail from Toni Spain in which she attached an e-mail from pe343@hotmail.com sent to her and signed "GOD bless and fondly, Me." The e-mail states in part, that the writer is in love with Spain and hoped to start a life together. The writer also explains the extortionate scheme, reports being under federal indictment and admits to being a criminal. Attached to that e-mail is a copy of a press release dated June 18, 2004 announcing the Information filed against Michael W. Alcott. (See Tab 2, pages 25-28).

2

14. Based on the information set forth in this affidavit and in the attached documents, it appears that Michael Alcott has violated, at least, Mass. Gen. L. c. 265, § 25 (extortion) and 18 U.S.C. § 1952 (Travel Act), which prohibits the use of the mails or any facility in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment or carrying on of any unlawful activity (in this case, extortion).

Signed under the pains and penalties of perjury,

Scott A. Robbins, SA, FBI

Scott Robbins

Dated: April 28, 2005

3

TAB 1

# FedEx Envelope

## FedEx Express USA Airbill

Airbill number: 8293 7829 2963

Weight Limit: 8 Ounces

**1 From**
Date: 2/7/05
Sender's Name: PHILLIP EDWARDS, DDS
Phone: 617 423 6155
Company:
Address: 60 FEDERAL ST
City: BOSTON
State: MA
ZIP: 02110

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: KENNETH STERN, DDS
Phone: 619 487 1641
Company:
Address: 9040 FRIARS RD
SUITE # 105
City: SAN DIEGO
State: CA
ZIP: 92108

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday
- HOLD Saturday

**7 Payment**
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

**8**
Total Packages
Total Weight
Total Declared Value

URGENT X
404

Apr 01 05 09:38a    FBI Boston, MA    6172236057    p.4
MAR-31-2005  08:54    FBI SOG    8584997881    P.05

KEN STORM

(URGENT & PERSONAL)

Apr 01 05 09:38a    FBI Boston, MA

MAR 31 2005  08:54    FBI SD6    85849978B1    P.04

**For the eyes of <u>Kenneth A. Storum, DDS</u> only**

To: Kenneth Storum, DDS

Subject: Toni Spain (JAMIE)

Date: February 7, 2005

Ken,

First of all it will serve you best to read this **ENTIRE** memo. I am a Private Detective located in Boston, Ma. I was hired several months ago to look into your friend/fiancé Toni Spain. My client is currently hounding me for information, so I have a dilemma, as I have come to realize that my client is probably going to use the information that I have gathered to attempt to ruin You and Ms. Spain. I have uncovered some rather unsavory stuff.

1) I have reviews and pictures from adult websites showing Ms. Spain (JAMIE).

2) I have proof that you met Ms. Spain by hiring her as a "GFE Escort" while visiting your daughter, wouldn't do a whole lot for the Father/Daughter relationship.

3) I have tracked you to Boston, Fla, Ga and of course Ca.

Suffice it to say that the information that I have could bring you down. Think about the humiliation with your parents (Bill & Joann), your children and especially your colleagues and patients if this seedy side of your life comes out, and trust me when I tell you that the above is just a sampling of what I have gathered.

In my investigation I have come to the conclusion that you may even love Ms. Spain, you certainly have done a lot of chasing. So, think about how much this could devastate her with her family and friends in Fla, Ma, TX, etc. How about with her new bosses(didn't you get her the job?)?

The bottom line is that I spend a lot of time tracking down the "dirt" in people's lives and then see it used to destroy them. I have thought about this and would like to not see You and Ms. Spain destroyed, however my client is paying well and knows that there is something out there. I am writing to offer you an option...You pay me more than my client and not only do I make this information disappear, I share some very useful information with you. Please think long and hard about how long and hard you have worked to establish your reputation and just how quickly it could be destroyed.

I urge you to move fast, as my client is on my back. Also, Mr. Storum, I would point out that you are obviously a very smart businessman, but you have made a lot of dumb mistakes in your personal life...don't let this one be the dumbest of all, let me, a professional, clear it up for you. I need to hear from you immediately via email

Apr 01 05 09:39a        FBI Boston, MA          6172236057
                        FBI SO6                          8584997081    P.06

pe343@hotmail.com (if I do not hear from you by Wednesday the 9th then I will schedule an appointment with my client and the entire file will be faxed to 619-282-6290.

Lastly, cutting ties with Ms. Spain will not work: so don't try that. You will get hurt even worse (does she even know about your marriage and annulment to Ms Hammond?). Also, do not look at this as blackmail or extortion...what I am offering is my services to you instead of my client and although I see this as a way to make some extra money I also see it as a way to save a couple of peoples lives and reputations. A reputation is something, that I have seen in my many years of experience, that can never be totally repaired, once you've lost loved ones trust then you've lost them.

PE
Pe343@hotmail.com

**TAB 2**

SBC Yahoo! Mail

**YAHOO! MAIL**

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Mail Home | ⚙ Help

Search the web [ ]  [ Search ]

Mail | Addresses ▾ | Calendar ▾ | Notepad ▾                    Mail Upgrades - Mail Options

[ Check Mail ] [ Compose ]              [                ] [ Search Mail ▾ ] [ Search the Web ]

Folders    [Add - Edit]        Previous | Next | Back to Messages                          Printable View - F

Inbox (1)              [ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]
Draft
Sent                   This message is not flagged. [ Flag Message - Mark as Unread ]
Bulk    [Empty]        **From:**   "Phil E" <pe343@hotmail.com>  ✉ Add to Address Book
Trash   [Empty]        **To:**     kstorum@sbcglobal.net

                       **Subject:**  RE: In reply to your letter recived 2/7/2005

                       **Date:**   Tue, 08 Feb 2005 21:08:40 -0500


Dr. Storum

I desire to be paid for my services and not destroy two lives at the same
time.  The information that you give to me is nothing that I do not already
know and currently there are no attorneys involved, just my client who does
not posess the information yet.

Just so that you are aware my client is part of your life,not Ms. Spains,
and I believe that if given even half of the information that I currently
posess then he/she will destroy you, and pay me handsomely.

You are well aware that you make a great deal of money and travel in well
respected circles because of your reputation, which is that of the
all-american boy.  Yet, we both know that there is enough info to destroy
that reputation....ie:the circumstances in which you met Ms. Spain can be
shown via websites, emails, cell phone bills, etc.  You'd be amazed at what
a well trained professional like myself can find.

So, make no mistake You, and your reputation, are in trouble......unless you
hire me to destroy all information, and traces thereof.  You have unti:
tommorrow at noon to give me your decision

Phil

>From: ken storum <kstorum@sbcglobal.net>

**1**

>To: pe343@hotmail.com
>Subject: In reply to your letter recived 2/7/2005
>Date: Tue, 8 Feb 2005 17:22:55 -0800 (PST)
>
>I am not sure on how or what to make of your correspondences of
2/7/2005.
>I spoke to the receptionist and the return phone number and address (
your
>FedEx mail were fraudulent from what I can tell.    My information fo
you,
>your client, and/or your attorney is:
>
>                         Address
>                    My information:   home 619 437 1661
1820
>Avenida del Mundo #309
>                                       cell  619 994 6122
>         Coronado, CA 92118
>
>Ms. Hammond and I had sought annulment on January 29, 2004 after less
than
>four months of marriage.  I met Ms. Spain on February 10, 2004, both
as
>consenting adults.  Yes, we went to florida to meet her parents,
visits to
>Boston and Georgia were she lived and California were I lived.  So,
why
>would your client wish to ruin our lives?  Why, didn't he/she call
Toni or
>myself directly with their concerns previously?
>
>I have excelled in my professional life and have made some poor
decisions
>in my personal life, who hasn't.  So, now I am receiving a letter
>requesting money or my moments of humanity become public knowledge to
>Toni's and my family/?   I am not sure what he purpose of this lette
is
>or what you desire?
>
>Ken Storum
>
>
>
>

Express yourself instantly with MSN Messenger! Download today - it's
FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |

Previous | Next | Back to Messages                                      Save M

| Check Mail | Compose |                              | Search Mail ▾ | Search the Web |

**2**



SBC Yahoo! Mail

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]



Search the web [                    ] [ Search ]

Mail Home | ? Help

| Mail ⌄ | Addresses ⌄ | Calendar ⌄ | Notepad ⌄ | Mail Upgrades - Mail Options |

| Check Mail | Compose | | [            ] [ Search Mail ⌄ ] [ Search the Web ] |

**Folders**   [Add - Edit]

- Inbox (4)
- Draft
- Sent
- Bulk   [Empty]
- Trash   [Empty]

Previous | Next | Back to Messages      Printable View - Full Head

| Delete ⌄ | Reply ⌄ | Forward ⌄ | Spam | Move... ⌄ |

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Phil E" <pe343@hotmail.com>   📇 Add to Address Book
**To:** kstorum@sbcglobal.net
**Subject:** RE: In reply to your letter recived 2/7/2005
**Date:** Wed, 09 Feb 2005 10:44:00 -0500

Dr. Storum

I can't give you my clients name without you retaining me first.   I ca
also
assure you that my client comes from YOUR life and lives in CA.    My
guess
is that your success, arrogance and lying has made more enemies than
you
think.

Trust me when I tell you that You, your children, your parents,your
many
colleagues and Toni and her family WILL NOT weather this well.

Dr., you have to come to terms with the fact that YOU are not in charg
or
control of this situation......it is bigger than both of us.   It's not
about
Ms. Spain, it's about you......including times and questionable peopl
entertained on your Boat.   Lets just say that you would be naive to
think
that this would just be personal humiliation that can be
"weathered"....it
is my guess that your license would even come into question.

As for finding who is behind this screen name....I am fully aware that
with
some work that would be possible, however it would not benefit you in
any
way because it would just cause all of the information to come out.

Just know that I am a professional man and I can tell you that nothing
I
have, or am doing is illegal.   I was hired to investigate you, and
certain

**3**

MHR-19-2005 04:35
SBC Yahoo! Mail - kstorum@sbcglobal.net
Case 1:04-cr-10286-PBS Document 81-2    Filed 01/10/2007    Page 16 of 52
5304591001    P.11

aspects of your life...as a licensed Private Investigator i did just that.
I am now offering to let you retain my services because I'm TRULY sick of
seeing people destroyed for , as you say their "humanity". Today is Ash
Wednesday, and believe it or not I am a holy man and I would like to start
out my lenten season by doing something good for you.

As for an amount....my retainer won't be cheap....my travel expenses alone
have been exorbarant......CA,Mexico,Macon,Savannah,Vegas ,Utah,Fla,
Boston,Reno, etc...and I have spent many man hours on this case.

It is ultimately your decision:
1) do nothing, and I have no choice but to turn over all info to my client
and let he/she do what they want with it(I have given you an idea of what
they can, and I suspect WILL do with it). By you doing nothing my
obligation is to my current client who has already given me a six figure
retainer.

2)Retain me yourself so that I can reimburse my client and destroy all info
and traces thereof. Allowing you to proceed with your life with a clean
slate. Also, after retaining me you will be told who my client is.

Lastly, these emails are getting tedious and you need to make your decision

Phil

>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: RE: In reply to your letter recived 2/7/2005
>Date: Wed, 9 Feb 2005 06:48:01 -0800 (PST)
>
>
>
>
>
>What Toni did for a couple months before me as really unimportant. I
>family and offices knows Toni and knows my personal life has not always
>been perfect. Further, My ex knew all this last year, so this is comming
>from somewhere else, back east.
>
>The only person this would hurt would be Toni and her family. I think I
>can weather this well. I can admit my mistakes. So I want a name o: who
>hired you  and an amount or I will turn this over and find who is hiding
>behind that screen name, and that is easy for a professional.

**4**

SBC Yahoo! Mail

YAHOO! MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Search the web [　　　　] [ Search ]

Mail Home | ? Help

| Mail | Addresses | Calendar | Notepad |

Mail Upgrades - Mail Options

[ Check Mail ] [ Compose ]    [　　　] [ Search Mail ▾ ] [ Search the Web ]

**Folders**  [Add - Edit]

Previous | Next | Back to Messages

Printable View - Full Headers

Inbox (4)
Draft
Sent
Bulk        [Empty]
Trash       [Empty]

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] | [ Spam ] | [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**    "Phil E" <pe343@hotmail.com>  📇 Add to Address Book
**To:**      kstorum@sbcglobal.net
**Subject:** Client's report....URGENT
**Date:**    Wed, 09 Feb 2005 20:29:52 -0500

Dr. Storum

As I explained previously, my current client is all over me for this
report.
  It is after 5pm your time, should I assume that means you have no
interest
in retaining my services, which would mean that I go forward with a
full
report to my client.

Phil

_____

Express yourself instantly with MSN Messenger! Download today — it's
FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

Previous | Next | Back to Messages

Save Message Text

[ Check Mail ] [ Compose ]    [　　　] [ Search Mail ▾ ] [ Search the Web ]

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

MAR-14-2005  14:04    FBI BOS                                    6584957881    P.15

SBC Yahoo!  Mail

**YAHOO!** MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Search the web [          ]  [ Search ]

Mail Home | ⚙ Help

| Mail ⌄ | Addresses ⌄ | Calendar ⌄ | Notepad ⌄ | | Mail Upgrades - Mail Options |

[ Check Mail ] [ Compose ]     [          ]     Search Mail ⌄   Search the Web

Folders    (Add - Edit)

Inbox (4)
Draft
Sent
Bulk        [Empty]
Trash      [Empty]

Previous | Next | Back to Messages                            Printable View - Full Hea▪

[ Delete ] | [ Reply ⌄ ] | [ Forward ⌄ ] | [ Spam ] | [ Move... ⌄ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**    "Phil E" <pe343@hotmail.com>  📇 Add to Address Book
**To:**       kstorum@sbcglobal.net
**Subject:**  Re: Client's report....URGENT
**Date:**     Wed, 09 Feb 2005 21:41:29 -0500

Dr. Storum

I sympathize with your medical condition, as I currently have a most serious
medical condition also.  Therefore, I suggest that we put an end to al of
this.  Involving any authorities(and the Defense Criminal Investigati▪
Service is not the FBI) will only hurt you....I have only asked you to
retain my services, I have not and will not break any laws....however if the
authorities become involved then some very embarassing information becomes
public either thru them or thru my client.

The bottom line is that if you are truly stressed out about this then it's
because you know that you are between a rock ande a hard place.  If th
information that I posess comes out: you lose Toni, you risk losing your
kids, especially your daughter, you hurt your parents, you suffer
embarassment from your colleagues.  Ken, it's just not worth it....it only
money.

Understand something, i am TRULY on the up and up......I was hired, through
the yellow pages to look into you and your relationship with Ms
Spain....this investigation took on a life of it's own with my client
directing me to fly to several places and look under lots of rocks.  What I
have found is disturbing to me becuae quite frankly you are just not ▪
very
nice guy, and you really proved that when thinking that this was about
Ms.
Spain and her family you said"I think I can weather this", you

**6**

obviouslly
didn't give a shit about her.  For the last time I will tell you that my
client is part of your life, not Ms. Spains!!!!!   I have not shared with
you my identity because the conflict of interest could cost me my
license....the truth is I am supposed to just report this to my client take
my handsome fee, and not give a shit what he/she does with the
information.
I can't just end the investigation because I have spent A LOT of my clients
money....money that I can't reimburse without getting it somewhere else.
So, the most MORAL thing for me to do is to give you the chance to retain me
and put this all to bed.  However, you just don't seem to want to believe
that there is someone out there that would actually want to help you....what
is it with you....you know that I had to be following you just to give you
the tidbits of info that I have...i didn't follow you for sport, I was
hired.  You know that you have made MANY mistakes in some of your
associations, you don't pick friends real well.....they seem to be mo:
hangers on than friends.

So, for the last time I am telling you that I am trying to help you b:
ASKING you to retain me and SAVE yourself.  At this point I am not inclined
to call you, and definately not at an appointed time, and if I were y(
don't even tell me if you mean 7pm or am,  Why don't you just get th:
the
fuck over witn and let both of us tend to our medical conditions.  I (
spending way too much time going back and forth when I can just report to my
client and walk away knowing that I tried to do the right thing.  However, i
have a daughter the age of yours(and that relationship is one that I
cherish), and I wish that I had parents to be close to but they're bo:
dead....don't blow those relationships up when you have the financial
resources to make this go away.

PHil

>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: Re: Client's report....URGENT
>Date: Wed, 9 Feb 2005 18:02:06 -0800 (PST)
>
>
>
>Yes this is becomming tedious and rather scary.  With my Multiple Sclerosis
>it is causing some problems as you can imagine.  I have contacted agent Sam
>Medigocich with the San Diego Office of the Federal Beueu of investigation

**7**

MAR-14-2005  14:1
SPC Yahoo! Mail - kstorum@sbcglobal.net
Case 1:04-cr-10286-PBS   Document 81-2   Filed 01/10/2007   Page 20 of 52

>for advice in this matter phone 858 569 4501 ext 204. So I am very
>concerned and worried.    I do not know what your retainer is, or who
you
>are or who you would represent at the present time.
>
>I would like a phone conversation, not an e-mail.  So call me on my
cell
>phone tomarrow 7;00 my time at 619 994 -6122.
>
>
>
>Ken
>
>
>_____
>Express yourself instantly with MSN Messenger! Download today - it's
FREE!
>http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>

_____
FREE pop-up blocking with the new MSN Toolbar - get it now!
http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                          Save Message

| Check Mail | Compose |              |       | Search Mail ▼ | Search the Web |

Copyright 2005 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

**8**

SBC Yahoo! Mail



**YAHOO!** MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Mail Home | ? Help

Search
the web [          ]  [ Search ]

| **Mail** | Addresses ▾ | Calendar ▾ | Notepad ▾ | | **Mail Upgrades** - **Mail Options** |

[ **Check Mail** ]  [ **Compose** ]        [ Search Mail ▾ ]  [ **Search the Web** ]

Folders    [Add - Edit]         Previous | Next | Back to Messages                    Printable View - Full He

Inbox (5)          [ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]
Draft
Sent              This message is not flagged. [ Flag Message - Mark as Unread ]
Bulk    [Empty]
Trash   [Empty]    **From:**   "Phil E" <pe343@hotmail.com> 🖼 Add to Address Book

                  **To:**    kstorum@sbcglobal.net

                  **Subject:** Re: Client's report....URGENT

                  **Date:**   Thu, 10 Feb 2005 15:58:24 -0500


Dr. Storum

I apologaize that I got your machine today, however it was my
assumption
that you really just wanted to verify that I do indeed exist and I'm
not
someone that you know.

As I said on my brief message I am an Executive level Investigator and
therefore have the resources(and overhead) to get a lot of information
I
would really like to put this case behind me, and quite honestly I am
going
thru my monthly chemotherapy today, which makes me look at the world
differentlt.  That is why I truly want to save you and your family muc
pain.  We both know that you have plenty of financial resources,
therefore
wiring me $150,000 as a retainer(which is a considerable break from tl
$250,000 that I dearn this job to be worth) should be no problem.  If
you do
that I walk away knowing that I have done the correct thing at a VERY
slight
profit, believe it or not, and you walk away stress free.

Please respond tonight asap as my client has called twice already
today.

Phil

>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: Re: Client's report....URGENT
>Date: Wed, 9 Feb 2005 20:58:48 -0600 (PST)
>
>You can call me at the office 619 282 7088 or cell 619 994 6122

**9**

anytime
>tomorrow, I will be at the office and try to take your call if I am
not in
>surgery. I need to talk to you in person to resolve this.
>
>Phil E <pe343@hotmail.com> wrote: Dr. Storum
>
>As I explained previously, my current client is all over me for this
>report.
>It is after 5pm your time, should I assume that means you have no
interest
>in retaining my services, which would mean that I go forward with a
full
>report to my client.
>
>Phil
>
>_____
>Express yourself instantly with MSN Messenger! Download today – it's
FREE!
>http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>
>


_____
Express yourself instantly with MSN Messenger! Download today – it's
FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/


| Delete | | Reply ⌄ | Forward ⌄ | Spam | Move... ⌄ |

Previous | Next | Back to Messages                                           Save Message

| Check Mail | Compose |                         | Search Mail ⌄ | Search the Web |

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

**10**

SBC Yahoo!  Mail

**YAHOO!** MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

**YAHOO!**

Search
the web [          ] [ Search ]

Mail Home | ? Help

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ |

Mail Upgrades - Mail Options

[ Check Mail ] [ Compose ]         [ Search Mail ▼ ] [ Search the Web ]

Previous | Next | Back to Messages                    Printable View - Brief Heade

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Spam ] [ Move... ▼ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

From Phil E Fri Feb 11 08:34:01 2005

| | |
|---|---|
| X-Apparently-To: | kstorum@sbcglobal.net via 206.190.37.182; Fri, 11 Feb 2005 08:35:07 -0800 |
| Authentication-Results: | mta811.mail.scd.yahoo.com from=hotmail.com; domainkeys=neutral (no sig) |
| X-Originating-IP: | [64.4.16.85] |
| Return-Path: | <pe343@hotmail.com> |
| Received: | from 207.115.63.31 (EHLO ylpvmd.prodigy.net) (207.115.63.31) by mta811.mail.scd.yahoo.com with SMTP; Fri, 11 Feb 2005 08:35:04 -0800 |
| X-Originating-IP: | [64.4.16.85] |
| Received: | from hotmail.com (bay22-f35.bay22.hotmail.com [64.4.16.85]) by ylpvmd.prodigy.net (8.12.10 083104/8.12.10) with ESMTP id j1BGZ38A227706 for <kstorum@sbcglobal.net>; Fri, 11 Feb 2005 11:35:04 0500 |
| Received: | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Fri, 11 Fe 2005 08:35:03 -0800 |
| Message-ID: | <BAY22-F35A26038BF9E37CE1D8754EE770@phx.gbl> |
| Received: | from 64.124.83.153 by by22fd.bay22.hotmail.msn.com with HTTP; Fri, 11 Feb 2005 16:34:01 GMT |
| X-Originating-IP: | [64.124.83.153] |
| X-Originating-Email: | [pe343@hotmail.com] |
| X-Sender: | pe343@hotmail.com |
| From: | "Phil E" <pe343@hotmail.com> 📇 Add to Address Book |
| To: | kstorum@sbcglobal.net |
| Subject: | Phil Edwards |
| Date: | Fri, 11 Feb 2005 11:34:01 -0500 |
| Mime-Version: | 1.0 |
| Content-Type: | text/plain; format=flowed |
| X-OriginalArrivalTime: | 11 Feb 2005 16:35:03.0130 (UTC) FILETIME=[A2F0BCC0:01C51057] |
| Content-Length: | 397 |

**11**

Dr. Storum

I have done everything in my power to delay presenting this report to my
client.  Bottom line is that I NEED to know:  are your retaining me o:
am I
reporting to my original client.

Phil

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/cnm00200636ave/direct/01/

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                          Save Message To

| Check Mail | Compose |              |      | Search Mail ▼ | Search the Web |

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

**12**

SBC Yahoo!  Mail

**YAHOO!**
MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]



Search
the web

Search

Mail Home | ⍩ Help

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | | Mail Upgrades - Mail Options |

| Check Mail | Compose | | | Search Mail ▾ | Search the Web |

**Folders** [Add - Edit]

Inbox (8)
Draft
Sent
Bulk     [Empty]
Trash    [Empty]

Previous | Next | Back to Messages              Printable View - Brief Hea...

| Delete | Reply ▾ | | Forward ▾ | | Spam | Move... ▾ |

This message is not flagged. [ Flag Message - Mark as Unread ]

From Phil E Sun Feb 13 07:45:13 2005

| | |
|---|---|
| X-Apparently-To: | kstorum@sbcglobal.net via 206.190.37.179; Sun, 13 Feb 2005 07:46:06 - 0800 |
| Authentication-Results: | mta810.mail.yahoo.com from=hotmail.com; domainkeys=neutral (no sig) |
| X-Originating-IP: | [64.4.16.84] |
| Return-Path: | <pe343@hotmail.com> |
| Received: | from 207.115.57.53 (EHLO ylpvm22.prodigy.net) (207.115.57.53) by mta810.mail.yahoo.com with SMTP; Sun, 13 Feb 2005 07:46:03 -0800 |
| X-Originating-IP: | [64.4.16.84] |
| Received: | from hotmail.com (bay22-f34.bay22.hotmail.com [64.4.16.84]) by ylpvm22.prodigy.net (8.12.10 083104/8.12.10) with ESMTP id j1DFgFuL010061 for <kstorum@sbcglobal.net>; Sun, 13 Feb 2005 10:42:1( 0500 |
| Received: | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Sun, 13 F 2005 07:46:00 -0800 |
| Message-ID: | <BAY22-F3417F2405665BA52CA39F1EE690@phx.gbl> |
| Received: | from 63.236.40.157 by by22fd.bay22.hotmail.msn.com with HTTP; Sun, 13 Feb 2005 15:45:13 GMT |
| X-Originating-IP: | [63.236.40.157] |
| X-Originating-Email: | [pe343@hotmail.com] |
| X-Sender: | pe343@hotmail.com |
| From: | "Phil E" <pe343@hotmail.com>  ⊞ Add to Address Book |
| To: | kstorum@sbcglobal.net |
| Subject: | Re: Phil...URGENT |
| Date: | Sun, 13 Feb 2005 10:45:13 -0500 |
| Mime-Version: | 1.0 |
| Content-Type: | text/plain; format=flowed |
| X-OriginalArrivalTime: | 13 Feb 2005 15:46:00.0867 (UTC) FILETIME=(1E02B730:01C511E3) |
| Content-Length: | 1562 |

Dr Storum

**13**

If you are saying "That it is your intention to retain me, and that y‹
believe you can wire the $ early next week" then I would give you
until
late Tuesday so that the $ is in my account by Wed at the latest.   S‹
lets
not delay this for no reason, IS IT YOUR INTENTION TO RETAIN ME?  If ›
I
want to hear from you again tonight and I want an update on Monday.


Phil


>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: Re: Phil...URGENT
>Date: Fri, 11 Feb 2005 16:09:43 -0800 (PST)
>
>You probably have access to my bank accounts so you know what the
balances
>are.  It would probably be early next week.
>
>Phil E <pe343@hotmail.com> wrote:Listen Dr.
>
>As I told you yesterday i am currently very sick. You constantly
mention
>stress, well it was my thought process that you retaining me would
have me
>doing the RIGHT thing and therefore reducing bot of our stress.
Instead i
>find you resisting and both of us getting stressed out, me by trying
to
>avoid my current client, and you by delaying things.
>
>I can promise you one thing, that retaining me would be the best spe‹
>money
>ever and it would be stress reducing, as I believe that it's my
clients
>intention to cause you LOTS of stress.
>
>So, at this point I'm getting sick and tired of the volleys back and
>forth.....I need to know TONIGHT what your intention is, and if it i‹
to
>retain me...I NEED TO KNOW WHEN, and it must be as immediate as
possiblee.
>I do not believe for one minute that if you really wanted to come up
with
>my
>retainer that you can't. You have no problem paying to renovate hous‹
and
>living your extravagant lifestyle(boughts, luxury cars, real estate,
>travel,
>etc). So, MAKE A DECISION and inform me of that decision TONIGHT!!!!
>
>Phil
>
> >From: ken storum
> >To: Phil E
>

**14**

```
> >Subject: Re: Phil Edwards
> >Date: Fri, 11 Feb 2005 12:20:53 -0800 (PST)
> >
> >
> >
> >Phil E
>wrote:
> >Dr. Storum
> >
> >I have done everything in my power to delay presenting this report
to my
> >client. Bottom line is that I NEED to know: are your retaining me o
am I
> >reporting to my original client.
> >
> >Phil
> >
> >I am not like your client and do not have unlimited funds. I am not
sure
> >you have a realistic picture of my financial situation. I do not
have
> >$150,000.00 at home or in any bank account. How do you expect me to
come
> >up with the money in 24 hours? This is extremely stressful!
> >
> >
> >
> >Ken
> >Don't just search. Find. Check out the new MSN Search!
> >http://search.msn.click-url.com/go/onm00200636ave/direct/01/
> >
> >
> >
>
> _____
>Express yourself instantly with MSN Messenger! Download today - it's
FREE!
>http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>
```

```
_____
Is your PC infected? Get a FREE online computer virus scan from McAfe
Security. http://clinic.mcafee.com/clinic/ibuy/campaign.asp?cid=3963
```

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                          Save Message

| Check Mail | Compose |            |            | Search Mail ▼ | Search the Web |

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

**15**

SBC Yahoo! Mail

# YAHOO! MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Search
the web [_____] [ Search ]

Mail Home | ⏻ Help

| Mail | Addresses | Calendar | Notepad |

Mail Upgrades - Mail Options

[ Check Mail ] [ Compose ]     [_____] [ Search Mail ▾ ] [ Search the Web ]

Folders    [Add - Edit]

Inbox (8)
Draft
Sent
Bulk       [Empty]
Trash      [Empty]

Previous | Next | Back to Messages          Printable View - Brief Head

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

From Phil E Sun Feb 13 07:51:10 2005

| Field | Value |
|---|---|
| X-Apparently-To: | kstorum@sbcglobal.net via 206.190.37.176; Sun, 13 Feb 2005 07:52:02 -0800 |
| Authentication-Results: | mta825.mail.sc5.yahoo.com from=hotmail.com; domainkeys=neutral (no si |
| X-Originating-IP: | [64.4.16.92] |
| Return-Path: | <pe343@hotmail.com> |
| Received: | from 207.115.57.66 (EHLO ylpvm35.prodigy.net) (207.115.57.66) by mta825.mail.sc5.yahoo.com with SMTP; Sun, 13 Feb 2005 07:52:02 -0800 |
| X-Originating-IP: | [64.4.16.92] |
| Received: | from hotmail.com (bay22-f42.bay22.hotmail.com [64.4.16.92]) by ylpvm35.prodigy.net (8.12.10 DB3104/8.12.10) with ESMTP id j1DFrMA7013779 for <kstorum@sbcglobal.net>; Sun, 13 Feb 2005 10:53:2 0500 |
| Received: | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Sun, 13 F 2005 07:52:00 -0800 |
| Message-ID: | <BAY22-F42DC48BCFF7D74ADEEFCEFEE690@phx.gbl> |
| Received: | from 65.119.205.132 by bay22fd.bay22.hotmail.msn.com with HTTP; Sun, 13 Feb 2005 15:51:10 GMT |
| X-Originating-IP: | [65.119.205.132] |
| X-Originating-Email: | [pe343@hotmail.com] |
| X-Sender: | pe343@hotmail.com |
| In-Reply-To: | <20050212000943.91516.qmail@web81201.mail.yahoo.com> |
| From: | "Phil E" <pe343@hotmail.com> ▨ Add to Address Book |
| To: | kstorum@sbcglobal.net |
| Subject: | WHAT THE F**** DR.? |
| Date: | Sun, 13 Feb 2005 10:51:10 -0500 |
| Mime-Version: | 1.0 |
| Content-Type: | text/plain; format=flowed |
| X-OriginalArrivalTime: | 13 Feb 2005 15:52:00.0654 (UTC) FILETIME=[F475DAE0:01C511E3] |
| Content-Length: | 1600 |

**16**

I rec'd the below email from you friday afternnon and replied a hlaf
hour
later wanting to know :

1) Is it in fact you intention to retain me

2) You must wire 5 by Tue .to be in my acct by WED.

I think you think I'm kidding.  I can't keep pushing my clients
deadline
away and I have other business to attend to.  I NEED TO KNOW YOUR
INTENTIONS
IMMEDIATELY!  If you are not going to retain me then I MUST Fedex the
clients report on Monday......If you are going to retain me then I'll
give
you til Tuesday.

Ignoring me, and my emails is not going to make this go away, so make
damn
decision and stay firm.

Either way I need to know IMMEDIATELY!

Phil

>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: Re: Phil...URGENT
>Date: Fri, 11 Feb 2005 16:09:43 -0800 (PST)
>
>You probably have access to my bank accounts so you know what the
balances
>are.  It would probably be early next week.
>
>Phil E <pe343@hotmail.com> wrote:Listen Dr.
>
>As I told you yesterday i am currently very sick. You constantly
mention
>stress, well it was my thought process that you retaining me would
have me
>doing the RIGHT thing and therefore reducing bot of our stress.
Instead i
>find you resisting and both of us getting stressed out, me by trying
to
>avoid my current client, and you by delaying things.
>
>I can promise you one thing, that retaining me would be the best spei
>money
>ever and it would be stress reducing, as I believe that it's my
clients
>intention to cause you LOTS of stress.
>
>So, at this point I'm getting sick and tired of the volleys back and
>forth.....I need to know TONIGHT what your intention is, and if it i:
to
>retain me...I NEED TO KNOW WHEN, and it must be as immediate as
possiblee.

**17**

>I do not believe for one minute that if you really wanted to come up with
>my
>retainer that you can't. You have no problem paying to renovate house
and
>living your extravagant lifestyle(boughts, luxury cars, real estate,
>travel,
>etc). So, MAKE A DECISION and inform me of that decision TONIGHT!!!!
>
>Phil
>
> >From: ken storum
> >To: Phil E
>
> >Subject: Re: Phil Edwards
> >Date: Fri, 11 Feb 2005 12:20:53 -0800 (PST)
> >
> >
> >
> >Phil E
>wrote:
> >Dr. Storum
> >
> >I have done everything in my power to delay presenting this report
to my
> >client. Bottom line is that I NEED to know: are your retaining me o
am I
> >reporting to my original client.
> >
> >Phil
> >
> >I am not like your client and do not have unlimited funds. I am not
sure
> >you have a realistic picture of my financial situation. I do not
have
> >$150,000.00 at home or in any bank account. How do you expect me to
come
> >up with the money in 24 hours? This is extremely stressful!
> >
> >
> >
> >Ken
> >Don't just search. Find. Check out the new MSN Search!
> >http://search.msn.click-url.com/go/onm00200636ave/direct/01/
> >
> >
> >
>
>_____
>Express yourself instantly with MSN Messenger! Download today - it's
FREE!
>http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

**18**

SBC Yahoo! Mail



**Welcome,**
kstorum@sbcglobal...
[Sign Out, My Account]

Search
the web [          ] [ Search ]

Mail Home | ☏ Help

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | | Mail Upgrades · Mail Options |
|------|-------------|------------|-----------|--|------------------------------|

[ Check Mail ] [ Compose ]   [                    ] [ Search Mail ▾ ] [ Search the Web ]

Folders  [Add - Edit]

Previous | Next | Back to Messages

Printable View · Brief Hea

Inbox (7)
Draft
Sent
Bulk      [Empty]
Trash     [Empty]

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

This message is not flagged. [ Flag Message · Mark as Unread ]

From Phil E Mon Feb 14 04:16:15 2005

| X-Apparently-To: | kstorum@sbcglobal.net via 206.190.37.178; Mon, 14 Feb 2005 04:17:12 -0800 |
|---|---|
| Authentication-Results: | mta806.mail.yahoo.com from=hotmail.com; domainkeys=neutral (no sig) |
| X-Originating-IP: | [64.4.16.73] |
| Return-Path: | <pe343@hotmail.com> |
| Received: | from 207.115.57.63 (EHLO ylpvm32.prodigy.net) (207.115.57.63) by mta806.mail.yahoo.com with SMTP; Mon, 14 Feb 2005 04:17:08 -0800 |
| X-Originating-IP: | [64.4.16.73] |
| Received: | from hotmail.com (bay22-f23.bay22.hotmail.com [64.4.16.73]) by ylpvm32.prodigy.net (8.12.10 083104/8.12.10) with ESMTP id j1ECH8JC022266 for <kstorum@sbcglobal.net>; Mon, 14 Feb 2005 07:17:0 0500 |
| Received: | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Mon, 14 f 2005 04:17:02 -0800 |
| Message-ID: | <BAY22-F23332B83D47D6B0ACDF6FFEE6A0@phx.gbl> |
| Received: | from 63.146.109.45 by by22fd.bay22.hotmail.msn.com with HTTP; Mon, 14 Feb 2005 12:16:15 GMT |
| X-Originating-IP: | [63.146.109.45] |
| X-Originating-Email: | [pe343@hotmail.com] |
| X-Sender: | pe343@hotmail.com |
| In-Reply-To: | <20050213174115.88057.qmail@web81210.mail.yahoo.com> |
| From: | "Phil E" <pe343@hotmail.com>  ☏ Add to Address Book |
| To: | kstorum@sbcglobal.net |
| Subject: | WE'RE AT THE DEADLINE!!!!!! |
| Date: | Mon, 14 Feb 2005 07:16:15 -0300 |
| Mime-Version: | 1.0 |
| Content-Type: | text/plain; format=flowed |
| X-OriginalArrivalTime: | 14 Feb 2005 12:17:02.0643 (UTC) FILETIME=[170F5030:01CS128F] |
| Content-Length: | 2028 |

**19**

Dr. Storum

It is 7am Monday my time, at noon today(my time) if I haven't heard from you
I will have to assume that you are not retaining me and I will fedex report
to my original client.

I have asked 2 questionsw over and over and you find ways to skip around
them:

1) Is it your intention to retain me?

2) are you going to wire the $150,000 retainer by tommorrow at the latest.

I NEED DIRECT ANSWERS TO THE ABOVE QUESTIONS!!!!!

Below are the wiring instructiongs:

Bank Name:        Bank of America

Account Title:   Executive Access

ABA#:   026009593

Account #:    003283014522

Phil

>From: ken storum <kstorum@sbcglobal.net>
>To: Phil E <pe343@hotmail.com>
>Subject: Re: WHAT THE F**** DR.?
>Date: Sun, 13 Feb 2005 09:41:15 -0800 (PST)
>
>I do not have the account information Phill?
>
>Phil E <pe343@hotmail.com> wrote:I rec'd the below email from you friday
>afternnon and replied a hlaf hour
>later wanting to know :
>
>1) Is it in fact you intention to retain me
>
>2) You must wire $ by Tue ,to be in my acct by WED.
>
>I think you think I'm kidding. I can't keep pushing my clients deadline
>away and I have other business to attend to. I NEED TO KNOW YOUR INTENTIONS
>IMMEDIATELY! If you are not going to retain me then I MUST Fedex the
>clients report on Monday......If you are going to retain me then I'll give
>you til Tuesday.
>
>Ignoring me, and my emails is not going to make this go away, so make

**20**



SBC Yahoo! Mail

Welcome,
tonispain@sbcglob...
[Sign Out, My Account]

Search
the web [                    ]    [ Search ]

Mail Home | ? Help

Mail  |  Addresses  |  Calendar  |  Notepad          Mail Upgrades - Mail Options

[ Check Mail ]  [ Compose ]          [                    ]   [ Search Mail ]  [ Search the Web ]

Check Other Mail   [Edit]

  mail.trueswitch...

Folders          [Add – Edit]

  Inbox (3)
  Draft
  Sent
  Bulk          [Empty]
  Trash          [Empty]

My Folders          [Hide]

  Comcast_Mail
  Disney_Pix
  SentMail

Previous | Next | Back to Messages          Printable View - Full Headers

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**    "Phil E" <pe343@hotmail.com>   📷 Add to Address Book
**To:**    tonispain@sbcglobal.net
**Subject:**    Dr. Storum
**Date:**    Tue, 15 Feb 2005 20:33:03 -0500

Ms. Spain

It's urgent that I reach your boyfriend, Ken Storum.  I haven't been able to
reach him today, if you can get a message to him please tell him to contact
me.

Thank You,

Phil Edwards

_____

Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

Previous | Next | Back to Messages          Save Message Text

[ Check Mail ]  [ Compose ]          [                    ]   [ Search Mail ]  [ Search the Web ]

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

**21**

MAR-14-2005 12:39 FBI SD6 P.02
SBC Yahoo! Mail kstorum@sbcglobal.net
Case 2:07-cr-10286 FBI SD6 Document 81-2    Filed 01/10/2007    Page 34 of 52

SBC Yahoo! Mail



**Welcome,**
**kstorum@sbcglobal...**
**[Sign Out, My Account]**



Search
the web

Search

Mail Home | ‡ Help

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | | Mail Upgrades - Mail Options |
|---|---|---|---|---|---|

| Check Mail | Compose | | | | Search Mail ▾ | Search the Web |
|---|---|---|---|---|---|---|

**Folders**    [Add - Edit]

Previous | Next | Back to Messages

Printable View - Brief Hea...

**Inbox (13)**

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |
|---|---|---|---|---|

Draft

**This message is not flagged.** [ Flag Message - Mark as Unread ]

Sent

From Phil E Wed Feb 16 06:17:29 2005

Bulk       [Empty]

Trash      [Empty]

| **X-Apparently-To:** | kstorum@sbcglobal.net via 206.190.37.182; Wed, 16 Feb 2005 06:18:22 - 0800 |
|---|---|
| **Authentication-Results:** | mta820.mail.sc5.yahoo.com from=hotmail.com; domainkeys=neutral (no si |
| **X-Originating-IP:** | [64.4.16.58] |
| **Return-Path:** | <pe343@hotmail.com> |
| **Received:** | from 207.115.57.39 (EHLO vipvm08.prodigy.net) (207.115.57.39) by mta820.mail.sc5.yahoo.com with SMTP; Wed, 16 Feb 2005 06:18:21 -0800 |
| **X-Originating-IP:** | [64.4.16.58] |
| **Received:** | from hotmail.com (bay22-f8.bay22.hotmail.com [64.4.16.58]) by vipvm08.prodigy.net (8.12.10 083104/8.12.10) with ESMTP id j1GEHkmA003503 for <kstorum@sbcglobal.net>; Wed, 16 Feb 2005 09:17: -0500 |
| **Received:** | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Wed, 16 Feb 2005 06:18:01 -0800 |
| **Message-ID:** | <BAY22-F8D01E04694D854E1F9494EE6C0@phx.gbl> |
| **Received:** | from 66.31.162.148 by by22fd.bay22.hotmail.msn.com with HTTP; Wed, 16 Feb 2005 14:17:29 GMT |
| **X-Originating-IP:** | [66.31.162.148] |
| **X-Originating-Email:** | [pe343@hotmail.com] |
| **X-Sender:** | pe343@hotmail.com |
| **From:** | "Phil E" <pe343@hotmail.com>  Add to Address Book |
| **To:** | kstorum@sbcglobal.net |
| **Subject:** | WHAT ARE YOU THINKING>>>>YOU CAN"T JUST AVOID THIS. |
| **Date:** | Wed, 16 Feb 2005 09:17:29 -0500 |
| **Mime-Version:** | 1.0 |
| **Content-Type:** | text/plain; format=flowed |
| **X-OriginalArrivalTime:** | 16 Feb 2005 14:18:01.0737 (UTC) FILETIME=[52A4A790:01C51<32] |
| **Content-Length:** | 611 |

Dr. Storum

**22**

I feel strongly that I am trying to SAVE you from my client, yet you want to
just ignore me. Well my client is not reachable today, so you have today to
reach me.
I have left a voicemail with your parents and an email with Ms. Spain, they
are very inncoent just saying I'm a business associate trying to reach you.

If you don't contact me today, I have to think about my obligations
here....I decided to do this for you out of what I perceived a moral
obligation to do the RIGHT thing for you and Ms. Spain. I now have to think
about the fact that if you're going to ignore me then maybe I need to
contact Ms. Spain with the majority of the info and ask her to talk some
sense into you before both of your lives are destroyed.

EMAIL ME IMMEDIATELY, you are literally being given a chance to save your
life by retaining me......if you want to talk then email me with a ti
and
#

Phil Edwards

On the road to retirement? Check out MSN Life Events for advice on how to
get there! http://lifeevents.msn.com/category.aspx?cid=Retirement

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                                    Save Message

| Check Mail | Compose |          |          | Search Mail ▼ | Search the Web |

Copyright 2005 © Yahoo! Inc  Privacy Policy | Terms of Service | Send Feedback | Help

**23**

**Byron A. Cole, D.D.S., M.S.D.** Practice Limited to Periodontics
**Brian Daly, D.D.S., M.D.** Oral and Maxillofacial Surgery, Plastic and Reconstructive Surgery
**Kenneth A. Storum, D.D.S.** Oral and Maxillofacial Surgery
**Milan J. Jugan, D.M.D.** Oral and Maxillofacial Surgery, Maxillofacial Cosmetic Surgery
**James H. Isaacson, D.D.S., A.P.C.** Practice Limited to Endodontics
**John A. Weisenseel, Jr., D.D.S.** Practice Limited to Endodontics
**James E. Pastor, D.D.S., M.S., A.P.C.** Practice Limited to Endodontics

# FAX MESSAGE
## PLEASE DELIVER IMMEDIATELY

Date: 3 / 03 / 05

Time: _____

Total Pages ___5___ (including this cover page)

To: Frank Teixeira

Company: FBI

From: Ken Storum

Message: E-mail sent to me by
Toni Spara from Michael
Alcott

Thank you,

Ken

9040 Friars Road, Suite 105
San Diego, California 92108
(619) 282-7088
FAX (619) 282-6290

This message is intended only for the use of the individual or entity to which it is addressed, and is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this in error, please notify us.

24

SBC Yahoo!  Mail

**YAHOO!** MAIL

Welcome,
kstorum@sbcglobal...
[Sign Out, My Account]

Search
the Web [_____]  **Search**

Mail Home | Tutorials | ⚙ Help

| Mail | Addresses ∨ | Calendar ∨ | Notepad ∨ | | What's New - Mail Upgrades - Mail Options |

| **Check Mail** | **Compose** | | [_____] | **Search Mail** ∨ | **Search the Web** |

**Folders**    [Add - Edit]

Inbox (1)
Draft
Sent
Bulk        [Empty]
Trash       [Empty]

Previous | Next | Back to Messages                    Printable View - Brief Hea...

| **Delete** | **Reply** ∨ | **Forward** ∨ | **Spam** | **Move...** ∨ |

This message is not flagged. [ Flag Message - Mark as Unread ]

From Toni Spain Tue Mar 22 10:42:31 2005

| X-Apparently-To: | kstorum@sbcglobal.net via 206.190.37.174; Tue, 22 Mar 2005 10:42:32 -0800 |
| Authentication-Results: | mta813.mail.scd.yahoo.com from=sbcglobal.net; domainkeys=neutral (no s |
| X-Originating-IP: | [206.190.37.125] |
| Return-Path: | <tonispain@sbcglobal.net> |
| Received: | from 207.115.57.65 (EHLO ylpvm34.prodigy.net) (207.115.57.65) by mta813.mail.scd.yahoo.com with SMTP; Tue, 22 Mar 2005 10:42:32 -0800 |
| X-Originating-IP: | [206.190.37.125] |
| Received: | from web81608.mail.yahoo.com (web81608.mail.yahoo.com [206.190.37.125]) by ylpvm34.prodigy.net (8.12.10 083104/8.12.10) with SMTP id j2MIgMq5028559 for <kstorum@sbcglobal.net>; Tue, 22 Mar 2005 13:42:22 -0500 |
| Message-ID: | <20050322184231.1336.qmail@web81608.mail.yahoo.com> |
| Received: | from [68.157.51.166] by web81608.mail.yahoo.com via HTTP; Tue, 22 Mar 2005 10:42:31 PST |
| Date: | Tue, 22 Mar 2005 10:42:31 -0800 (PST) |
| From: | "Toni Spain" <tonispain@sbcglobal.net> 📷 Add to Address Book |
| Subject: | 📎 Fwd: please read |
| To: | "ken storum" <kstorum@sbcglobal.net> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed; boundary="0-442645061-1111516951=:489" |
| Content-Length: | 4347 |

Note: forwarded message attached.

**Forwarded Message** [ Save to Yahoo! Briefcase | Download File ]

| X-Apparently-To: | tonispain@sbcglobal.net via 206.190.37.120; Fri, 18 Mar 2005 13:00:07 -0... |
| Authentication-Results: | mta812.mail.yahoo.com from=hotmail.com; domainkeys=neutral (no sig) |
| X-Originating-IP: | [64.4.16.88] |

| Return-Path: | <pe343@hotmail.com> |
|---|---|
| Received: | from 207.115.57.68 (EHLO ylpvm37.prodigy.net) (207.115.57.68) by mta812.mail.yahoo.com with SMTP; Fri, 18 Mar 2005 13:00:05 -0800 |
| X-Originating-IP: | [64.4.16.88] |
| Received: | from hotmail.com (bay22-f38.bay22.hotmail.com (64.4.16.88)) by ylpvm37.prodigy.net (8.12.10 083104/8.12.10) with ESMTP id j2IL010q009276 for <tonispain@sbcglobal.net>; Fri, 18 Mar 2005 16:00:01 0500 |
| Received: | from mail pickup service by hotmail.com with Microsoft SMTPSVC; Fri, 18 Ma 2005 13:00:03 -0800 |
| Received: | from 66.31.162.148 by by22fd.bay22.hotmail.msn.com with HTTP; Fri, 18 M 2005 21:00:03 GMT |
| X-Originating-IP: | [66.31.162.148] |
| X-Originating-Email: | [pe343@hotmail.com] |
| X-Sender: | pe343@hotmail.com |
| From: | "Phil E" <pe343@hotmail.com> |
| To: | tonispain@sbcglobal.net |
| Subject: | please read |
| Date: | Fri, 18 Mar 2005 16:00:03 -0500 |
| Mime-Version: | 1.0 |
| Content-Type: | multipart/mixed; boundary="----=_NextPart_000_1d7a_3ac7_75f0" |
| X-OriginalArrivalTime: | 18 Mar 2005 21:00:03.0802 (UTC) FILETIME=[74E82BA0:01C52BFD] |
| Content-Length: | 3595 |

**Plain Text Attachment** [ Download File | Save to Yahoo! Briefcase ]

Toni

I'm sure that you know who this is and I'm also sure that I am the la:
person that you want to hear from.  I have a lot to explain, and if y
read
I think that you will find that I am not the terrible person that you
must
think that I am.

First of all, all of my feelings for you are absolutely sincere.......
FELL
IN LOVE WITH YOU,...I didn't want to but I did.  I let you go to San
Diego
the first time and then I was astonished to find out how unhappy you
were, I
will never forget the sad face that you had during lunch in San Diego

I continued to just be supportive even though I knew that I was in lo
with
you.  When you left Ken the 2nd time and moved to Atlanta I thought
that I
may give up everything for a life with you.  I went to Atlanta and yo
couldn't even find the time to see me, yet I bought a small business
there

**26**

in hopes that we would start a life together.  Yet, you avoided me and
went
back to Ken, which I fully accepted, even though I was left with a
business
in a town where i know nobody.

What you didn't know is that at the same time my life was falling
apart;
first the cancer, which meant Mary getting more involved in my home
office
and discovering the Atlanta business and plane tickets for you from
Atlanta
to Las Vegas.  Mary and I are currently friends with her having the
intention to divorce me when and if I get better......then the crushin
blow...I lost my business...YES LOST, I had taken my eye off the ball
for
too long and I not only lost it I have been accused by the federal
government of things that I did not do.

So, I am very now sick(146 lbs), alone and broke(without health
insurance),
under federal indictment......and I secretly dispised Ken.  So, I
decided
that I could probably temporarily solve my financial problems and hurt
him
at the same time.  I had no intention of hurting you at all......I
think
that I just overplayed my hand.

In closing I will tell you that I understand you are hurt, but I do
care and
I will never stop caring.  So, you need to know that in my first
communications with Ken I had to convince him that it was about him an
that
HE would be hurt.  Because he outright said(and I can supply you with
the
email) that if Toni and her Parents would be the only ones hurt then I
could deal with that.  He flat out does not give a shit about you!  I
would
never have hurt you or your family(as evidenced by my backing off the
minute
I knew that I was causing trouble for you with Ken), the entire thing
was a
bluff in order to get money.  I t makes me a criminal, but not the
monster
that you probably think that I am.


GOD Bless and Fondly,

Me

On the road to retirement? Check out MSN Life Events for advice on how
to
get there! http://lifeevents.msn.com/category.aspx?cid=Retirement

HTML Attachment [ Download File | Save to Yahoo! Briefcase ]

| | |
|---|---|
| **United States Department of Justice**<br>*Michael J. Sullivan*<br>U.S. Attorney<br>District of Massachusetts | *United States Attorney's Office*<br>*John Joseph Moakley U.S. Courthouse*<br>*1 Courthouse Way, Suite 9200*<br>*Boston, MA 02210*<br>*Press Office: (617) 748-3139* |

June 18, 2004

PRESS RELEASE

### FOUNDER AND PRESIDENT OF DEFUNCT EMPLOYMENT PLACEMENT FIRM CHARGED WITH BANK FRAUD

Boston, MA... A Scituate man, who was founder and president of an employment placement fi
specializing in employees with business finance backgrounds, was charged with a $2.5 million
bank fraud in an information filed in federal court on June 18, 2004.

United States Attorney Michael J. Sullivan and Kenneth Kaiser, Special Agent in Charge of the
Federal Bureau of Investigation in New England, announced today that MICHAEL W. ALCOTT
age 43, of Scituate, MA, was charged in an information with one count of bank fraud.

The information alleges that ALCOTT obtained a line of credit of $2.5 million from South Shore
Savings Bank on behalf of his business, Ark Associates, Inc. d/b/a Account Recruiters
International, by submitting false financial information to South Shore purporting to show that A
Associates was a profitable business. Included in the false financial information ALCOTT
submitted to South Shore was a supposedly "audit quality" financial statement for Ark Associat
for the year-ended December 31, 2002. The financial statement was accompanied by an audit
opinion on the letterhead of a certified public accounting firm and bearing the signature of a
person, "David Kane," represented on the letter to be a "Partner-Audit Manager" of the
accounting firm. The audit opinion was a fabrication. When South Shore contacted the accoun
firm to discuss the audit opinion, the accounting firm informed South Shore that no one named
David Kane worked at the firm and that the firm had not performed an audit of Ark Associates'
financial statements. At the time South Shore discovered the fraud, Ark Associates had an
outstanding balance owed on the line of credit of $2.496 million. Ark Associates ceased
operations in July 2003.

The case was investigated by the Federal Bureau of Investigation. It is being prosecuted by
Assistant U.S. Attorney Jack W. Pirozzolo of Sullivan's Economic Crimes Unit.

Press Contact: Samantha Martin, (617) 748-3139

US Attorney | Mission Statement | Public Affairs | Administration | Civil Division | Criminal Division
Victim/Witness | LECC | ATAC | Links | Employment | Home

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |
|---|---|---|---|---|

Previous | Next | Back to Messages                                                                      Save Message

| Check Mail | Compose | | | Search Mail ▼ | Search the Web |
|---|---|---|---|---|---|

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

# TAB 3

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Sole Proprietorship Signature Card**

Account Number _____ 003283014522

Account Type _____ BUSINESS ECONOMY CHKG

Account Title _____ MICHAEL W ALCOTT DBA

first title line used to make proprietor's individual name

_____ EXECUTIVE ACCESS

Name of Sole Proprietorship _____ MICHAEL W ALCOTT DBA

Tax Identification Number _____ 900097193        ☐ Social Security Number    ☒ Employer Identification Number

**Substitute Form W-9.** Certification—Under penalties of perjury, I certify that:

(1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions:**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Name (typed or printed)**                    **Signature**

1. MICHAEL W ALCOTT        _M. W. Alcott_
2. _____
3. _____
4. _____
5. _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signatures set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9 certification.

This 29 day of SEPTEMBER         _M. W. Alcott_
                                Sole Proprietor/Owner

**ATM/DepositCheck Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_M. W. Alcott_

Sole Proprietor/Owner

**Bank Information**

Date 09/29/2004        Banking Center Name PLAZA

Associate's Phone Number 404-240-7520        Associate's Name RYAN W THOMPSON

**Sole Proprietor:**

Name _____

Review Information _____

10-14-92MM 06-2001    NGA

**Bank of America.**            924

BANK OF AMERICA, N.A. ("THE BANK")

**Sole Proprietorship Authorization – Opening and Maintaining Deposit Accounts and Services**

Name of Sole Proprietorship   **MICHAEL W ALCOTT DBA**         D 328301 45 22

*First Title Line Must Be Sole Proprietor's Individual Name*

**EXECUTIVE ACCESS**
*Trade Name or D/B/A Name*

I, the undersigned, hereby certify to **BANK OF AMERICA, N.A.**   that **MICHAEL W ALCOTT DBA**
                                                                    *Name of Sole Proprietorship*

having its principal place of business in the State of _____ (the "Proprietorship") is the name and style under which I conduct an unincorporated business as a sole proprietor and that no other person, firm or interest has any right, title or interest in said Proprietorship. Further, I hereby designate **BANK OF AMERICA, N.A.** (the "Bank") as a depositary of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts.

**Furthermore, I Hereby Certify, Agree And Direct As Follows:**

**1.** That any one of the following authorized representatives of this Proprietorship:

MICHAEL W. ALCOTT
_____                    _____
Name                                        Name


_____                    _____
Name                                        Name

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Proprietorship; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship; to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers (Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Proprietorship as such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship; and

**2.** That the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instructions, even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative; and

**3.** That the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship, thereby ratifying the use of such facsimile signature; and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

DA_____  6-1999

**4.** That endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5.** That the undersigned shall certify to Bank the names and signatures of the persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish, and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified; and

**6.** That if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if any relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**7.** That the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable so far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto; and

**8.** That all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in the name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted; and

**9.** That in consideration of your acceptance of the account of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship; and

**10.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any documentation which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I have hereto signed and subscribed my name this 29 day of SEPTEMBER

_____ (Seal)
Sole Proprietor

---

**Bank Information**

Date 09/29/2004

Banking Center Name PLAZA

Associate's Name RYAN W THOMPSON

Associate's Phone Number 404.240.7820

```
 BO03 CUPR              *** BOSS-CUSTOMER PROFILE ***           05/02/28 12.51.59
 CONVERSATION 0                                                   ENTITY:  NBC
 MICHAEL W ALCOTT                         TIE:  0002    SSN/TIN:      033481704
 4 JASONS LN                                            PI:       20055695003
 SCITUATE MA  02066-1423                                EMP:  NO      LOB:
                                                        ASSOC NUMBER:
                                                        COST CENTER:
 PERS PHONE: 781 544-3888  OPENED:           9/29/04    SERVICE LEVEL:
 BUS PHONE:  781 544-3435  EXT:                         SERVICE GUIDE:  5002
 FAX PHONE:                CUSTOMER PREF:  000000        AFFIL SHR BLK:
 MOVER IND:  N    TIN CERT:      CITIZENSHIP:            LAST CONTACT:   12/09/04
 EMPLOYER: SELF EMPLOYED                                LAST MAINT:      9/29/04
     IMG PLACED BY  PLACED    EXPIRES   REMARKS         BOSS MAINT:      9/29/04
     --- --------- ------  -------  -------             ADDR CHG:        9/29/04



  ** NO REMARKS  **
  *** PRESS PF3 TO RETURN TO THE CSCU SCREEN ***
 PF9=CU MENU    PF10=PAGE FORWARD    PF11=PAGE BACK    PF8=DEMOGRAPHICS PROFILE
 PF4=MAIN MENU PF5=HELP PF6=NEW CONVERSATION PF7=OLD CONVERSATION
```

Case 1:04-cr-10286-PBS    Document 81-2    Filed 01/10/2007    Page 46 of 52

```
BO03 CUPR              *** BOSS-CUSTOMER PROFILE ***        05/02/28 12.58.55
CONVERSATION 0                                              ENTITY:   NBC
MICHAEL W ALCOTT                                            TIE:      0002
4 JASONS LN
SCITUATE MA  02066-1423


BIRTHDATE: 04/05/1961      SP SALES:
DECEASED:                       DUNS:   000000000
PRIMARY ID:  DRIVER'S LICENSE            ID STATE:    MA
ID NO:       033481704                   LANG PREF:   ENGLISH
DATE MOVED TO CURRENT ADDRESS:      2/99
START DATE AT CURRENT EMPLOYER:


EMAIL:
MORTGAGE HOLDER:


 *** PRESS PF3 TO RETURN TO THE CSCU SCREEN ***
PF9=CU MENU    PF8=CUSTOMER PROFILE
PF4=MAIN MENU PF5=HELP PF6=NEW CONVERSATION PF7=OLD CONVERSATION
```

```
BO03 CUPR           *** BOSS-CUSTOMER PROFILE ***          05/02/28 12.52.08
CONVERSATION 0                                              ENTITY:  NBC
*EXECUTIVE ACCESS                     TIE:  0001   SSN/TIN:     900097193
925B PEACHTREE ST NE # 322                        CCI:       20055694929
ATLANTA GA  30309~3918                            EMP:  NO    LOB:
                                                  SIC CODE:
                                                  ASSOC NUMBER:
PRINC OFFICE:                 TIN CERT:           COST CENTER:
OPENED:        9/29/04        YEAR EST:  2004     CUSTOMER PREF:  000000
SALES REVENUE:   < MILLION    LEGAL DES: SOLE PROP AFFIL SHR BLK:  NO
# OF EMPLOYEES:      1        FAX NO:             SERVICE LEVEL:
BUS PHONE:      404 419-6039  EXT:               SERVICE GUIDE:  9002
                                                  LAST CONTACT:    9/29/04
CONTACT:  MICHAEL ALCOTT                          LAST MAINT:      9/29/04
TITLE:    OWNER                                   BOSS MAINT:     11/16/04
    ENT PLACED BY  PLACED   EXPIRES   REMARKS     ADDR CHG:        9/29/04


 ** NO REMARKS **
 *** PRESS PF3 TO RETURN TO THE CSCU SCREEN ***
PF9=CU MENU   PF10=PAGE FORWARD   PF11=PAGE BACK    PF8=DEMOGRAPHICS
PF4=MAIN MENU PF5=HELP PF6=NEW CONVERSATION PF7=OLD CONVERSATION
```

**TAB 4**

*Microsoft Confidential*

Please note that the customer provides subscriber information to Microsoft, and Microsoft cannot guarantee this information's validity.

**Requested Account/Nickname:**     pe343@hotmail.com
**Account Status:**     Active
**Account Type:**     Personal - Free Active Hotmail Account
**Date Data Retrieved:**     February 16, 2005

| Field | Value |
|---|---|
| Login | pe343@hotmail.com |
| First Name | Phil |
| Last Name | E |
| State | Massachusetts |
| Zip | 2210 |
| Country | US |
| Timezone | America/New_York |
| Registered from IP | 66.31.162.148 |
| Date Registered | 9/21/2004 7;43 |
| Reply To Address | pe343@hotmail.com |
| Init Locale | EN_US |

(Not every field may appear in your report.
This data was provided to us by the user,
and Hotmail does not make any representations
regarding its authenticity.)

| # | IP | Date(Pacific) | Authentication |
|---|---|---|---|
| 1 | 66.31.162.148 | 2/1/2005 11:53:38 AM (PST) | acti |
| 2 | 66.31.162.148 | 2/1/2005 11:53:38 AM (PST) | pass |
| 3 | 66.31.162.148 | 2/1/2005 11:53:38 AM (PST) | pass |
| 4 | 64.86.101.37 | 2/1/2005 11:56:22 AM (PST) | pass |
| 5 | 66.31.162.148 | 2/1/2005 11:57;49 AM (PST) | pass |
| 6 | 66.31.162.148 | 2/1/2005 12:14:22 PM (PST) | pass |
| 7 | 66.31.162.148 | 2/1/2005 12:33:55 PM (PST) | pass |
| 8 | 66.31.162.148 | 2/1/2005 12:38:20 PM (PST) | pass |
| 9 | 66.31.162.148 | 2/1/2005 1:34;50 PM (PST) | pass |
| 10 | 66.31.167.35 | 2/1/2005 2:25:35 PM (PST) | pass |
| 11 | 66.31.167.35 | 2/1/2005 5:03:21 PM (PST) | pass |
| 12 | 66.31.167.35 | 2/1/2005 5:04:07 PM (PST) | pass |
| 13 | 66.31.167.35 | 2/1/2005 7:33:07 PM (PST) | pass |
| 14 | 66.31.167.35 | 2/1/2005 7:50:41 PM (PST) | pass |
| 15 | 67.131.237.21 | 2/1/2005 7:52:24 PM (PST) | pass |
| 16 | 66.31.162.148 | 2/2/2005 7:12:53 AM (PST) | pass |
| 17 | 66.31.162.148 | 2/2/2005 2:37:21 PM (PST) | pass |
| 18 | 66.31.167.35 | 2/3/2005 11:02:40 AM (PST) | pass |
| 19 | 66.31.167.35 | 2/4/2005 7:05:56 AM (PST) | pass |
| 20 | 66.31.167.35 | 2/4/2005 12:47:08 PM (PST) | pass |
| 21 | 66.31.167.35 | 2/5/2005 3:22:14 PM (PST) | pass |
| 22 | 66.31.167.35 | 2/5/2005 8:34:36 PM (PST) | pass |
| 23 | 66.31.162.148 | 2/7/2005 8:03:13 AM (PST) | pass |
| 24 | 66.31.162.148 | 2/7/2005 9:25:11 AM (PST) | pass |
| 25 | 66.31.162.148 | 2/8/2005 6:11:18 AM (PST) | pass |
| 26 | 66.31.162.148 | 2/8/2005 6:44:22 AM (PST) | pass |
| 27 | 66.31.162.148 | 2/8/2005 7:01:41 AM (PST) | pass |
| 28 | 64.241.37.140 | 2/8/2005 8:48:20 AM (PST) | pass |
| 29 | 64.241.37.140 | 2/8/2005 12:27:44 PM (PST) | pass |

| 30 | 66.31.162.148 | 2/8/2005 1:27:31 PM (PST) | pass |
| 31 | 66.31.162.148 | 2/8/2005 1:37:32 PM (PST) | pass |
| 32 | 66.31.167.35 | 2/8/2005 4:27:52 PM (PST) | pass |
| 33 | 66.31.167.35 | 2/8/2005 5:54:22 PM (PST) | pass |
| 34 | 66.31.167.35 | 2/8/2005 6:11:03 PM (PST) | pass |
| 35 | 66.31.167.35 | 2/8/2005 8:01:00 PM (PST) | pass |
| 36 | 66.31.167.35 | 2/9/2005 6:38:54 AM (PST) | pass |
| 37 | 66.31.167.35 | 2/9/2005 6:40:12 AM (PST) | pass |
| 38 | 66.31.167.35 | 2/9/2005 6:41:34 AM (PST) | pass |
| 39 | 66.31.167.35 | 2/9/2005 7:20:11 AM (PST) | pass |
| 40 | 66.31.162.148 | 2/9/2005 8:35:00 AM (PST) | pass |
| 41 | 66.31.162.148 | 2/9/2005 8:51:19 AM (PST) | pass |
| 42 | 66.31.162.148 | 2/9/2005 9:05:15 AM (PST) | pass |
| 43 | 66.31.162.148 | 2/9/2005 9:11:50 AM (PST) | pass |
| 44 | 66.31.162.148 | 2/9/2005 9:54:46 AM (PST) | pass |
| 45 | 66.31.162.148 | 2/9/2005 10:23:20 AM (PST) | pass |
| 46 | 66.31.162.148 | 2/9/2005 12:21:14 PM (PST) | pass |
| 47 | 66.31.167.35 | 2/9/2005 12:59:39 PM (PST) | pass |
| 48 | 66.31.167.35 | 2/9/2005 1:05:32 PM (PST) | pass |
| 49 | 66.31.167.35 | 2/9/2005 1:26:27 PM (PST) | pass |
| 50 | 66.31.167.35 | 2/9/2005 3:20:01 PM (PST) | pass |
| 51 | 66.31.167.35 | 2/9/2005 4:39:34 PM (PST) | pass |
| 52 | 66.31.167.35 | 2/9/2005 4:54:12 PM (PST) | pass |
| 53 | 66.31.167.35 | 2/9/2005 5:07:33 PM (PST) | pass |
| 54 | 66.31.162.148 | 2/9/2005 5:26:58 PM (PST) | pass |
| 55 | 66.31.167.35 | 2/9/2005 6:13:45 PM (PST) | pass |
| 56 | 66.31.167.35 | 2/9/2005 6:44:10 PM (PST) | pass |
| 57 | 66.31.167.35 | 2/9/2005 7:24:51 PM (PST) | pass |
| 58 | 66.31.167.35 | 2/9/2005 7:32:12 PM (PST) | pass |
| 59 | 66.31.162.148 | 2/10/2005 3:41:04 AM (PST) | pass |
| 60 | 64.241.37.140 | 2/10/2005 7:01:28 AM (PST) | pass |
| 61 | 64.241.37.140 | 2/10/2005 7:23:54 AM (PST) | pass |
| 62 | 64.241.37.140 | 2/10/2005 9:24:10 AM (PST) | pass |
| 63 | 64.241.37.140 | 2/10/2005 12:09:28 PM (PST) | pass |
| 64 | 66.31.162.148 | 2/10/2005 12:49:46 PM (PST) | pass |
| 65 | 66.31.162.148 | 2/10/2005 1:07:34 PM (PST) | pass |
| 66 | 66.31.167.35 | 2/10/2005 5:37:45 PM (PST) | pass |
| 67 | 66.31.167.35 | 2/10/2005 5:42:35 PM (PST) | pass |
| 68 | 66.31.162.148 | 2/10/2005 5:56:02 PM (PST) | pass |
| 69 | 66.31.162.148 | 2/10/2005 5:58:36 PM (PST) | pass |
| 70 | 66.31.167.35 | 2/10/2005 8:30:12 PM (PST) | pass |
| 71 | 66.31.167.35 | 2/11/2005 5:58:38 AM (PST) | pass |
| 72 | 66.31.162.148 | 2/11/2005 6:07:11 AM (PST) | pass |
| 73 | 66.31.162.148 | 2/11/2005 6:19:19 AM (PST) | pass |
| 74 | 66.31.167.35 | 2/11/2005 6:39:33 AM (PST) | pass |
| 75 | 66.31.162.148 | 2/11/2005 7:10:34 AM (PST) | pass |
| 76 | 66.31.167.35 | 2/11/2005 7:32:30 AM (PST) | pass |
| 77 | 66.31.167.35 | 2/11/2005 7:35:18 AM (PST) | pass |
| 78 | 66.31.162.148 | 2/11/2005 8:21:35 AM (PST) | pass |
| 79 | 66.31.162.148 | 2/11/2005 8:30:59 AM (PST) | pass |
| 80 | 66.31.162.148 | 2/11/2005 8:32:11 AM (PST) | pass |
| 81 | 66.31.167.35 | 2/11/2005 8:57:11 AM (PST) | pass |

| 82 | 66.31.167.35 | 2/11/2005 9:44:31 AM (PST) | pass |
| 83 | 66.31.167.35 | 2/11/2005 12:33:48 PM (PST) | pass |
| 84 | 66.31.167.35 | 2/11/2005 1:08:48 PM (PST) | pass |
| 85 | 66.31.167.35 | 2/11/2005 3:28:54 PM (PST) | pass |
| 86 | 66.31.167.35 | 2/11/2005 5:12:28 PM (PST) | pass |
| 87 | 66.31.167.35 | 2/12/2005 5:10:38 AM (PST) | pass |
| 88 | 66.31.167.35 | 2/12/2005 5:49:44 AM (PST) | pass |
| 89 | 66.31.167.35 | 2/12/2005 6:55:28 AM (PST) | pass |
| 90 | 66.31.167.35 | 2/12/2005 9:19:55 AM (PST) | pass |
| 91 | 66.31.162.148 | 2/12/2005 10:52:26 AM (PST) | pass |
| 92 | 66.31.162.148 | 2/12/2005 11:12:36 AM (PST) | pass |
| 93 | 66.31.167.35 | 2/12/2005 12:05:08 PM (PST) | pass |
| 94 | 66.31.162.148 | 2/12/2005 12:32:06 PM (PST) | pass |
| 95 | 66.31.162.148 | 2/12/2005 2:22:07 PM (PST) | pass |
| 96 | 66.31.167.35 | 2/12/2005 8:13:40 PM (PST) | pass |
| 97 | 66.31.167.35 | 2/13/2005 4:27:11 AM (PST) | pass |
| 98 | 66.31.167.35 | 2/13/2005 7:44:50 AM (PST) | pass |
| 99 | 66.31.162.148 | 2/13/2005 12:31:41 PM (PST) | pass |
| 100 | 66.31.167.35 | 2/13/2005 4:45:57 PM (PST) | pass |
| 101 | 66.31.167.35 | 2/13/2005 8:20:50 PM (PST) | pass |
| 102 | 66.31.162.148 | 2/14/2005 4:10:59 AM (PST) | pass |
| 103 | 66.31.162.148 | 2/14/2005 7:32:48 AM (PST) | pass |
| 104 | 66.31.162.148 | 2/14/2005 8:19:12 AM (PST) | pass |
| 105 | 66.31.162.148 | 2/14/2005 9:01:57 AM (PST) | pass |
| 106 | 66.31.162.148 | 2/14/2005 9:30:52 AM (PST) | pass |
| 107 | 66.31.162.148 | 2/14/2005 10:12:16 AM (PST) | pass |
| 108 | 66.31.162.148 | 2/14/2005 10:43:37 AM (PST) | pass |
| 109 | 66.31.162.148 | 2/14/2005 11:09:18 AM (PST) | pass |
| 110 | 66.31.162.148 | 2/14/2005 11:55:38 AM (PST) | pass |
| 111 | 66.31.162.148 | 2/14/2005 12:02:50 PM (PST) | pass |
| 112 | 66.31.162.148 | 2/14/2005 12:40:41 PM (PST) | pass |
| 113 | 66.31.162.148 | 2/14/2005 12:55:01 PM (PST) | pass |
| 114 | 66.31.162.148 | 2/14/2005 1:36:56 PM (PST) | pass |
| 115 | 66.31.162.148 | 2/14/2005 2:12:19 PM (PST) | pass |
| 116 | 66.31.162.148 | 2/14/2005 2:37:36 PM (PST) | pass |
| 117 | 66.31.162.148 | 2/14/2005 2:44:30 PM (PST) | pass |
| 118 | 66.31.162.148 | 2/14/2005 2:49:58 PM (PST) | pass |
| 119 | 66.31.162.148 | 2/14/2005 2:55:03 PM (PST) | pass |
| 120 | 66.31.162.148 | 2/14/2005 2:58:32 PM (PST) | pass |
| 121 | 66.31.162.148 | 2/14/2005 3:03:44 PM (PST) | pass |
| 122 | 66.31.162.148 | 2/14/2005 3:27:14 PM (PST) | pass |
| 123 | 66.31.162.148 | 2/14/2005 4:58:13 PM (PST) | pass |
| 124 | 66.31.167.35 | 2/14/2005 5:35:14 PM (PST) | pass |
| 125 | 66.31.167.35 | 2/14/2005 5:42:59 PM (PST) | pass |
| 126 | 66.31.167.35 | 2/14/2005 8:06:32 PM (PST) | pass |
| 127 | 66.31.167.35 | 2/14/2005 8:43:53 PM (PST) | pass |
| 128 | 66.31.162.148 | 2/15/2005 5:26:43 AM (PST) | pass |
| 129 | 66.31.162.148 | 2/15/2005 6:00:19 AM (PST) | pass |
| 130 | 64.241.37.140 | 2/15/2005 7:35:31 AM (PST) | pass |
| 131 | 64.241.37.140 | 2/15/2005 7:47:00 AM (PST) | pass |
| 132 | 64.241.37.140 | 2/15/2005 7:54:08 AM (PST) | pass |
| 133 | 63.164.145.85 | 2/15/2005 11:14:16 AM (PST) | pass |