# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1756

USDC Docket Number: 04-cr-10286

United States of America

v.

Michael W. Alcott

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

81 & electronic order

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 19, 2007.

Clerk of Court

By:

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/07

Barchard
Deputy Clerk, US Court of Appeals

- 3/06