Kevin L. Barron, Esq
Attorney at Law
25 Channel Center St, #408
Boston, MA 02210-3416

October 5, 2007

Dear Kevin,

    While I do understand that you have a lot going on in your personal life, and I do wish you all the best, I am extremely frustated with our recent communications.

    Enclosed you will find copies of 5 letters from me to You dating 7/18/07 - 9/14/07. On top of the enclosed letters have been numerous phone conversations. A common theme of these letters is my requests for copies of my case file. With each of these requests you have assured me that my file would arrive soon. However, it's now 3 months since my first request and I have not received any of my case file from you. As I have explained to you previously, it is my intent to file a 2255 motion. As we have discussed, I must file this motion by 2/07, and I expect to be in transport for 1-2 months between now and Febuary. Therefore, I am becoming handicapped by your delays. I need my case file immediately.



    I will look forward to hearing from you in the near future.

Sincerely,

*M. W. Alcott*

Michael W. Alcott
25301-038    C-2
USP Canaan
P.O. Box 300
Waymart, PA 18472

PS: When sending my case file, please include several Legal Document Files( accordian file/expandable envelopes)