# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Massachusetts |
|---|---|
| Name (under which you were convicted):<br>Michael W. Alcott | Docket or Case No.:<br>04-CR-10386-PBS |
| Place of Confinement:<br>USP CANAAN | Prisoner No.:<br>25301-038 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | Michael W. Alcott |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

   United States District Court of Massachusetts
   (First Circuit)

   (b) Criminal docket or case number (if you know): 04-CR-10286-PBS

2. (a) Date of the judgment of conviction (if you know): 3/31/06

   (b) Date of sentencing: 3/31/06

3. Length of sentence: 92 Months

4. Nature of crime (all counts): Bank Fraud
   False Statements
   False Statements
   Ttavel Act

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒x

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9.  If you did appeal, answer the following:

   (a) Name of court: __First Circuit__

   (b) Docket or case number (if you know): ___06-1756___

   (c) Result: __Summary Dismissal__

   (d) Date of result (if you know): __2/9/06__

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: __Travel Act conviction non-violent; non valid__
   __waiver; Attempted Extortion v. Extortion__

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

      If "Yes," answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

      _____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

      (5) Grounds raised: _____

      _____

      _____

      _____

      _____

      _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

      Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a)  (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion. petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:      Yes ❑   No ❑

(2)  Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the _facts_ supporting each ground.

GROUND ONE: __ INEFFECTIVE ASSISTANCE OF COUNSEL _____
(see attached brief)

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No XX

(2) If you did not raise this issue in your direct appeal, explain why: Needed to raise
it in the District Court first. _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No XX

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

GROUND TWO: _____"BRADY" CLAIM_____
_____(see attached brief)_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

---

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: <u>defense attorney</u>
<u>failed to raise it. This would be part of his ineffective</u>
<u>assistance of counsel.</u>

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: _____Travel Act conviction Non-Violent_____

_____(see attached brief)_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes XX   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No XX

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ ___ _____ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏    No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏    No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏    No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ ___ ____ _____ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

Docket or case number (if you know): _____ ___ ____ _____ ___ ____ ____ ____

Date of the court's decision: _ _____ ___ ____ _____ ___ ____ ___ ____

Result (attach a copy of the court's opinion or order, if available): _____ ___ ____ ____ ___

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _ _____ ___ ____ _____ ___ ____ ___ ____ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

GROUND FOUR: ___ __Over Statement of Criminal History__ ___ ____
                     __(see attached brief)__ ___ ____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

___ ___ ____ _____ ___ ____ ___ _____ ____ _____ ___ ____

(b)  **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑  No ☒x

   (2) If you did not raise this issue in your direct appeal, explain why: _needed to be_ _brought in front of District Court first._

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑  No ☒X

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____ Ineffective Assistance of Counsel _____

_____ "Brady" Claim _____

_____ Over Statement of Criminal History _____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒X

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: <u>Kevin L. Barron ,Esq</u> _____

_<u>25 Channel Ctr St, 408, Boston, Ma 02210-3416</u>_____

(b) At arraignment and plea: ___<u>"same"</u>_____

_____

(c) At trial: ____ <u>n/a</u>_____

_____

(d) At sentencing: __<u>"same"</u>_____

_____

(e) On appeal: ___"same"_____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒ x

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _RESENTENCING_

_____

_____

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ _1/25/08_ (month, date, year).

Executed (signed) on ___1/25/08___ (date).

_M. W. Atcott_

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

U.S. District of Massachusetts(First Circuit)

[Insert appropriate court]

* * * * *