Honorable Patti B. Saris
United States District Court of Massachusetts
10 Courthouse Way
Boston, Ma 02210

Febuary 19, 2008

**RE: United States v. Michael W. Alcott**

Dear Judge Saris,

    On January 28, 2008 I deposited 3 copies of my 2255 motion in the mail room of USP Canaan. As this motion was due this month, it was sent on time. Before receiving my Return Receipt I was shipped out of USP Canaan on January 30, 2008. After 13 days in transit I arrived here at FCI-Waseca on 2/12/08. Over the last week my Daughter has called the court several times to confirm delivery of my 2255 with no success. Since my property, including legal work, is still in transit I do not currently have my 1 remaining copy of the motion.

    My Counseler, Mr. Ingvaldson, here at FCI-Waseca has attempted to locate my property and/or the mailed motion to no avail. So, I am now told that I will have to wait for my property to arrive(1-3 weeks). So, I am asking that Your Honor give me this time to locate the motion.

    I will remind Your Honor that I previously asked for an extension and was denied. This is in no way an attempt to avert your denial. I completed my motion on time, and in fact was very proud of my finished product. I am at the mercy of the inmate mailing system, thus I would ask for your understanding.

    The above facts can be confirmed by my Counselor, Mr. Ingvaldson, here at FCI-Waseca, and probably by the staff at the mail room in USP Canaan.

Sincerely,

*M W Alcott*

Michael W. Alcott, Pro se
25301-038
FCI-Waseca
P.O. Box 1731
Waseca, MN 56093

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Property Officer | DATE: 2/19/08 |
|---|---|
| FROM: Michael Alcott | REGISTER NO.: 25301-038 |
| WORK ASSIGNMENT: A & O | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On January 28, 2008 one day before leaving USP Canaan I sent a 2255 motion to the Federal Court via Certified/Return Receipt mail. As I was shipped the next day I never received my receipt from the Post Office. I have checked with the Court and my motion has not arrived. My guess is that it may have been returned for insufficient postage. So, at this time I am desperately trying to locate the package as this motion was due in the court last week. I am wondering if my Property has arrived and if this package is with it.

Any assistance that you can give to me in locating this package would be greatly appreciated.

Thank You,

M.W. Alcott

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper