United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Bostob, MA 02210

February 29, 2008

RE: Alcott v. United States   08-10198-PBS

Dear Clerk;

    I am the Petitioner in the above titled matter. I ask that you please change my mailing address for your files. I would ask that anything that has been already sent to my previous address please be resent to my below address. I would further ask for a status update of this motion.

    Your assistance is greatly appreciated.

Sincerely,

*M. W. Alcott*

Michael W. Alcott
25301-038
FCI-Waseca
P.O. Box 1731
Waseca, MN 56093