Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA 02210

February 29, 2008

**RE: Alcott v. United States   08-10198-PBS**

Dear Judge Saris;

    As I am in receipt of the enclosed Order from Your Honor, I assume that my 2255 filing arrived in a timely manner. I would now ask that my address be changed in the Court's files. I would further ask that anything that has already been sent to my previous address, including the Government's response, be re-sent to my current address assuring prompt delivery, as the enclosed order took 20 days to reach me.

    Your assistance with this matter is greatly appreciated.

Sincerely,

*M.W. Alcott*

Michael W. Alcott
25301-038
FCI-Waseca
P.O. Box 1731
Waseca, MN 56093