Ms. Christine Patch  
United States District Court  
1 Courthouse Way  
Boston, MA 02210

March 9, 2008

**RE: Alcott v. United States**

Dear Ms. Patch;

    I am thoroughly confused and am writing for your assistance. Yesterday, I received from you a Notice of Electronic Filing stating that my 2255 motion has not been filed with The Court. Also, my Daughter continues to be told by the Clerk's office that my 2255 motion has not been received. However, on January 28, 2008 I sent 3 Copies of my 2255 motion and a Request for Brady Material to the Court via Certified Mail. Since that time I have received copies of the following enclosed materials; an order by Judge Saris requesting that the Government resond within 20 days(2/7/08), a Notice of Electronic Filing asking the Government to respond to my Brady request(2/21/08), and a Notice of Electronic Filing that the Government has asked for a 10 day extension to respond(2/26/08). So, it is apparent that The Court has in fact received my motions.

    As you can imagine, it is important to me to clear up this confusion. I would like to know that everything has been updated, including my new address reflected below. I would greatly appreciate your assistance with this matter.

Sincerely,

*M W. Alcott*

Michael W. Alcott  
25301-038  
FCI-Waseca  
P.O. Box 1731  
Waseca, MN 56093

cc: Honorable Patti B. Saris  
    AUSA Jack Pirizollo