# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                          CRIMINAL NO..
                                                  04-10286-PBS
      v.

MICHAEL ALCOTT

## ORDER

SARIS, D.J.

On February 27, 2008, the Court issued an endorsed order regarding Mr. Alcott's letter (doc. #90), indicating that it had not received his Motion to Vacate, and Motion for Release of Brady Materials. The Court has since discovered that the motions were filed and docketed as part of the criminal case.  As such, the Court's earlier ruling was in error.  The Court's attempts to contact Mr. Alcott by mail to inform him that the Court did receive his filings were unsuccessful because the mail was returned to the Court as undeliverable.  Mr. Alcott has since filed a notice of change of address, and copies confirming receipt of his submissions were resent to him at his new address of record. The Court hereby vacates its February 27, 2008, endorsed order regarding Mr. Alcott's letter to the Court (Doc. #90).

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

March 26, 2008

To: All Counsel