ROBERT C. ALBA

DEPUTY CLERK

U.S. DISTRICT COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MA  02210

FILED
IN CLERKS OFFICE

2008 JUN -2 P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

MAY. 28, 2008

RE: CIVIL # 08-10198-PBS / CRIM # 04-10286-PBS

DEAR MR. ALBA;

    I AM WRITING TO CONFIRM THAT MY REBUTTAL TO THE U.S.'S RESPONSE TO MY PETITION UNDER 28 U.S.C. 2255 HAS BEEN RECEIDED. IT WAS MAILED BY ME ON 4/28/08. ALSO, PLEASE ADVISE ME AS TO THE STATUS OF MY 2255 MOTION.

    YOUR ASSISTANCE WITH THIS MATTER IS GREATLY APPRECIATED.

SINCERELY,

M. W. Alcott

MICHAEL W. ALCOTT

25301-038

FCI - WASECA

P.O. BOX 1731

WASECA, MN 56093